**EXHIBIT 8**

Commitment Committee Memorandum

| Date of Meeting | Wednesday, March 3, 1999 |
| --- | --- |

| Committee | High Yield - New York |
| --- | --- |

| Jessica Palmer | 7WTC-32nd | John Dye | 388-32nd |
| Carol Healy | 7WTC-32nd | Robert S Rubin | 388-39th |
| Michael Christenson | 7WTC-30th | Steve Jones | 388-10th |
| Ted Becker | 7WTC-29th | Randy Barker | 390-4th |
| Tom Maheras | 390-4th | David Bushnell | 390-8th |
| Robert Case | 388-34th | Patrick Ryan | 390 5th |
| Myrna Cruz | 388-34th | Chad Leat | 390-5th |
| Michael Klein | 388-33rd | Bebe Duke | 390-8th |
| Brad Gans | 388-32nd | | |

**PLEASE DELIVER TO THE FOLLOWING BY MESSENGER**

| Dick Trask (559-6665) | 399 Park Avenue (5") | Jolie Eisner (559-3498) | 399 Park Avenue |
| --- | --- | --- | --- |
| Citibank 5th Floor | New York, NY 10043 | Citibank 11th Floor | New York NY 10043 |
| | | | |
| Ann Lane (559 5307) | 399 Park Avenue (5") | Tim Freeman (559-4659) | 399 Park Avenue |
| Citibank 11th Floor | New York NY 10043 | Citibank 11th Floor | New York NY 10043 |
| Zone 19 | | Zone 20 | |

**DELIVER BY INTEROFFICE MAIL**
*Control Group Attn  John Benesch     388-20th*

Name of Transaction  Adelphia / Rigas Family Cable Systems Credit
Facility  (UCA/HHC Borrowing Groups)

2004C 011959

**EXHIBIT**

Clypper 9
8/29/06

Committee Committee Memorandum

DATE     March 3, 1999

TO       The Capital Commitments Committee

FROM

| IBD Media Group | Bank Loan Group | Corporate Credit |
|---|---|---|
| Michael Anderson | Mavis Taintor | Patrick Ryan |
| Todd Alexander | Caesar Wyszomirski | Steven Eckert |
| Christopher Clipper | Michelle Sandoval | Nicolas Erni |
| Christopher Gunther | Lynn Akashi | |
| Joseph Fayyad | | |
| Mark Noble | | |

RE       Adelphia / Rigas Family Cable Systems Credit Facility  (UCA/HHC Borrowing
         Groups)

         Up to $250 Million in an Underwriting Agent Role for a $700 Million Bank Credit
         Facility

## Table of Contents

|  | TAB |
|---|---|
| Committee Memorandum | 1 |
| Appendices | |
| Proposed Term Sheet | A |
| Public and Private Market Comparables | B |
| Ownership Structure Chart | C |
| Audited Financial Statements | D |
| Financial Projections and Model | E |
| Bank Loan Comparables | F |
| Bank Universe / Cable Investor Analysis | G |
| System Franchise List | H |

2004C 011960                2

## 1 Executive Summary

This memorandum recommends approval for Salomon Smith Barney ("SSB") to commit up to $250 million in an underwriting agent role for a proposed $700 million senior credit facility for cable entities owned by both Adelphia and the Rigas family (Adelphia's largest shareholder) currently included in the UCA Corp. and Affiliates ("UCA") and the Hilton Head Communications ("HHC") credit agreements. The cable entities under the UCA credit agreement (the "UCA Borrowing Group") and the cable entities under the HHC credit agreement (the "HHC Borrowing Group") will be combined under the proposed $700 million credit facility and will collectively be referred to as the "Borrowers" or "Borrowing Group". The Borrowers are anticipating placing $400 million of the credit facility (in the form of a reducing revolving credit) through commercial banks with the remainder to be placed with other institutions as a *pari passu* term loan "B tranche." When combined, the UCA and HHC bank loan agreements had original commitments of $550 million which have been reduced to the present level of $440 million. The current lenders to the UCA Borrowing Group and HHC Borrowing Group are primarily banks with long term and strong relationships with both Adelphia and the Rigas family.

The use of proceeds from the new credit facility will be to refinance existing indebtedness from the UCA and HHC credit agreements of $440 million and to make a $180 distribution to the Rigas family. The Rigas family intends to use the proceeds of this distribution to purchase equity securities from Adelphia concurrent with the sale of approximately $500 million of equity to the public in a registered offering to be completed in the next 4-6 weeks. Adelphia recently announced the $2.1 billion acquisition of FrontierVision, a privately held cable concern with 702,000 subscribers and is issuing the equity to finance the cash portion of the acquisition consideration as well as to further de-lever Adelphia's balance sheet. The Borrowers would like to close the facility by March 15, 1999.

## 2  Description of Borrowing Group

*Ownership*

The cable entities that comprise the UCA Borrowing Group include UCA Corporation and Grand Island which are 100% owned by Adelphia   Of the cable entities that comprise the HHC Borrowing Group, 72,000 of the 255,000 subscribers contributed are owned by the Rigas family through Hilton Head Communications, L P , with the remainder of the 255,000 subscribers contributed by Adelphia   The Borrowing Group will be combining the assets and obligations of the of the UCA Borrowing Group and the HHC Borrowing Group as the base for the proposed credit facility   The names and ownership of the individual entities in the new credit facility are as follows

| Cable Entity | Ownership | Current Borrowing Group | Cable Subscribers |
|---|---|---|---|
| UCA Corporation | 100% Adelphia | UCA | 136 000 |
| Grand Island | 100% Adelphia | UCA | 4 000 |
| National Cable Acquisition Associates, L P | 100% Adelphia | HHC | 139 000 |
| SVHH Cable Acquisition, L P | 100% Adelphia | HHC | 34 000 |
| Tele-Media Company of Hopewell Prince George | 75% Adelphia | HHC | 10 000 |
| Hilton Head Communications, L P | 100% Rigas | HHC | 72 000 |
| | | | 395 000 |

Note  See Tab C for more detailed organizational chart.

Historical audited financial statements exist for both the UCA Borrowing Group and the HHC Borrowing Group   Going forward, audits will be performed annually on the combined Borrowing Group under the new credit facility

2004C 011962

Commitment Committee Memorandum

*Location of Systems*

The cable systems owned by the Borrowing Group are located in the following areas and are highlighted in the map by county



- Hilton Head  S C

- Southern Florida  Palm Beach County, Broward County,

- South/Central Florida  Osceola County  Polk County (south of Orlando)

- Suburban communities to the north and west of Philadelphia, in Montgomery and Delaware counties

- 17 suburban communities northwest of Pittsburgh and in eastern Pennsylvania and parts of eastern Ohio outside of Cleveland

- Virginia (small suburban areas), including some areas of North Carolina

- 14 communities in southwestern Michigan, southwest of Kalamazoo, Michigan

The systems described above include areas that are typically high growth and affluent in nature  which have helped drive the Borrowing Group s superior penetration and profit margins  For example, the systems in southern Florida serve the fastest growing areas in the state and in the nation over the last decade   Hilton Head Island has been one of the top year round tourist destinations on the east coast for many years   The systems outside of Philadelphia serve the affluent suburban communities of the largest city in Pennsylvania   Other systems, located in Virginia, North Carolina, Ohio and Michigan are suburban and rural in nature and tend to have superior penetration rates and average growth

*Borrowing Group's Assets (Technical Assessment)*

The Borrowers have made a substantial commitment to the technological development of its cable plant  At September 30, 1998, approximately 55% of the combined systems delivered at least 550 MHz of capacity   Management's projections include rebuild capital expenditure spending of approximately $73 million over the next 2 5 years   At completion of the rebuild, projected by 2001, 100% of the combined systems will have been rebuilt to at least 550 MHz and 75% of the combined systems will have been rebuilt to 750MHz

2004C 011963

5

Commitment Committee Memorandum                                    Adelphia Borrowing Group

Currently the Borrowing Group's cable systems have the following technical capabilities

|                        | 9/30/98  | % Total Miles |
|------------------------|----------|---------------|
| Total Plan Miles       | 8 025    | 100 0%        |
| Aerial Miles           | 4 952    | 61 7%         |
| Underground Miles      | 3 074    | 38 3%         |
| Fiber Route Miles      | 1 153    | 14 4%         |
| Fiber Strand Miles     | 26 238   | NA            |
| Fiber Nodes            | 1,076    | NA            |
| Homes Per Node         | 491      | NA            |
| 750 MHz Miles          | 2 273    | 28 3%         |
| 550 MHz Miles          | 2 082    | 25 9%         |
| < 550 MHz Miles        | 3 671    | 45 7%         |
| 2-Way Capable Miles    | 4 355    | 54 3%         |
| Upgrade Required Miles | 3 671    | 45 7%         |

## 3  Adelphia Company Description

Adelphia owns, operates, develops and acquires cable television systems and based on the number of basic subscribers in its currently owned and managed systems is the seventh largest cable system operator in the United States   Pro forma for all announced acquisitions (including FrontierVision) and including Parnassos, the Adelphia's owned and managed cable systems serve approximately 3 0 million subscribers   Adelphia also founded and developed, and continues to own a 67% interest in, Hyperion Communications, one of the largest domestic, independent, facilities based competitive local exchange carriers ("CLEC")   Parnassos is Adelphia s 67% owned cable television joint venture with TCI serving approximately 475,000 subscribers

Adelphia's cable television operations strategy is to construct and operate a broadband network capable of offering a broad range of telecommunications services and to provide superior customer service while maximizing operating efficiencies   Adelphia has built on its expertise as a cable television provider to expand its product offerings to include high-speed internet access, long distance telephone service and paging services

*FrontierVision Acquisition and Related Financings*

Adelphia Communications recently announced the S2 1 billion acquisition of privately held cable concern FrontierVision   The acquisition valued at approximately S2 1 billion will give rise to a significant amount of bank and public debt and equity financing over the next two months   The acquisition will be financed through (i) approximately 7 0 million Class A shares of ADLAC stock, (ii) and $550 million in cash and (iii) the assumption of S1 11 billion of debt

The current proposed financing structure will include (i) $500 million from concurrent common and convertible preferred offerings, (ii) S400 million in high yield debt financing at Adelphia and (iii) $500 million of refinanced FrontierVision bank debt   With proceeds from the proposed bank facility, the Rigas family plans to purchase an additional $180 million of equity in conjunction with the S500 public equity offerings

2004C 011964

Commi ment Committee Memorandum                                                     ЕСА H-СВ new re S – –

## 4 Salomon Smith Barney Relationship

Salomon Smith Barney has an excellent relationship with Adelphia as evidenced by our lead role in numerous equity and debt transactions   Over the last 24 months  Salomon Smith Barney has lead or sole managed debt and equity offerings totaling over $2 2 billion for Adelphia and its majority owned CLEC subsidiary, Hyperion Communications   The following is a summary of transactions completed for Adelphia and Hyperion

| Date | Adelphia Transactions | SSB Role |
|------|----------------------|----------|
| 2/97 | $350 million Senior Notes | Sole Manager |
| 7/97 | $150 million Cumulative Exchangeable Pfd  Stock | Lead Manager |
| 7/97 | $150 million Senior Notes | Lead Manager |
| 9/97 | $325 million Senior Notes | Sole Manager |
| 1/98 | $150 million Senior Notes | Sole Manager |
| 5/98 | $230 million IPO for Hyperion Communications | Lead Manager |
| 8/98 | $150 million Follow on Common Stock | Lead Manager |
| 11/98 | $150 million Senior Notes | Joint Lead Manager |
| 11/98 | $700 million Bank Credit Facility (Parnassos) | $50 million Participation |
| 1/99 | $400 million Senior Notes | Lead Manager |
| 2/99 | $300 million Senior Sub Notes for Hyperion | Lead Manager |

Total fees earned by Salomon Smith Barney from Adelphia and Hyperion over the last 24 months are approximately $28 million   Additionally, the cable sector is a critical franchise to the Media Group and Adelphia has been recognized as a "priority" account

## 5 Salomon Smith Barney Credit Exposure

*Parnassos Bank Facility*

In November 1998, Salomon Smith Barney committed $50 million to a $700 million bank facility for newly formed Parnassos Communications, Adelphia s 67% owned joint venture with TCI   The joint venture serves approximately 475 000 subscribers in Western New York and had an LQA EBITDA of approximately $106 million as of September 30, 1998   The use of proceeds from the bank financing was to refinance debt incurred in financing the joint venture and for working capital purposes   At time of closing in January 1999, SSB was allocated down and continues to hold a $35 million position as a managing agent in the facility

*Existing SSB Margin Loan*

In conjunction with a 4 6 million public offering of Class A Common Stock at $32 00 on August 12, 1998 (lead managed by SSB), the Rigas family purchased 4 1 million Class A shares at the offering price, net of the underwriting discount   The purchase was financed through a $75 million margin loan extended by SSB and an additional margin loan extended by NationsBanc Montgomery Securities   Class A shares pledged to SSB equal 8 5 million and shares pledged to NationsBanc equal 9 4 million which underlie an unregistered private convertible preferred   Terms of the SSB margin loan are as follows

2004C 011965

7

| Amount | $75 million initially  $77 million currently with accreted interest |
|---|---|
| Borrower | Newly formed special purpose subsidiary of Highland Holdings  an existing Rigas Family partnership |
| Collateral | 8 5 million Class A Shares |
| Term | 360 day revolver; renewable at borrower's option |
| Interest Rate | SSB Base Rate -1% |
| Use of Proceeds | To purchase 2 45 million Class A Shares of Adelphia |
| Additional Security | Personal guarantees by the Rigas brothers who are executives of Adelphia  includes Michael (Executive VP and COO), Timothy (Executive VP and CFO), and James (Executive VP of Strategic Planning) |
| Margin Calls | Met by liquidation of securities or deposit of cash |

## 6  Credit Facility Overview

The proposed senior secured credit facility will consist of a $400 million 8 5 year Reducing Revolving Credit Facility (of which it is anticipated $320 million will be drawn at closing) and a $300 million 8 5 year bullet amortization Term Loan B  The facilities may be increased by $100 million, but lenders will not be obligated to participate  Initial pricing for the Term Loan B will be LIBOR +250bps with no pricing grid  Initial pricing for the Revolving Credit Facility will be LIBOR +175bps with step downs in pricing tied to leverage according to the following schedule

| Less Than | But Greater Than or Equal to | Alternate Base Rate (bps) | LIBOR + (bps) |
|---|---|---|---|
| 6 50x | 6 25x | 75 0 | 175 0 |
| 6 25 | 6 00 | 62 5 | 162 5 |
| 6 00 | 5 75 | 37 5 | 162 5 |
| 5 75 | 5 25 | 0 | 100 0 |
| 5 25 | 4 75 | 0 | 75 0 |
| 4 75 | | 0 | 62 5 |

The unused commitment fee on the revolving credit will be 37 5bps  which decreases to 25bps when leverage is below 5 0x   Proceeds from the $700 million bank facility will be used to refinance existing UCA and HHC Borrowing Group debt and to finance partnership distributions as follows

($ millions)

| Sources | Amount | Uses | Amount |
|---|---|---|---|
| Revolving Facility | $320 0 | Refinance Existing Debt | $440 0 |
| Term Loan | 300 0 | Partner Distributions | 180 0 |
| Total | $620 0 | Total | $620 0 |

Commitment Committee Memorandum

Commitment Borrowing Group

## Security and Covenants

The credit facilities will be unsecured with (i) negative pledges of the partnership interests and capital stock of the Borrowers and their subsidiaries and, (ii) negative pledges on all assets The financial covenants will include a leverage ratio, an interest and fixed charge coverage test as well as a pro forma debt service test  The credit agreement will contain restrictions on asset sales, additions to total debt, investments and distributions  Additionally, customary management fees paid to Adelphia by the Borrowing Group (for management of the assets) will be subordinated to the senior debt and limited to 5% of gross revenue

## Overview of Syndication Strategy

Adelphia distributed an RFP to approximately 12 institutions to lead this deal, including five incumbent agents  CIBC, Toronto Dominion, First Union, Societe Generale and Credit Lyonnais  Banks are being asked to commit to the terms outlined in the RFP  The two partnerships currently have two credit facilities in place, aggregating $440 million ($550 million originally) from 17 lenders  Adelphia has indicated that they have received at least 10 commitments to date on their proposed terms with several institutions submitting fully underwritten proposals at 50bps up front  Based on these attractively priced commitments, Adelphia has decided to proceed with a fully underwritten transaction

The Company will name its Arranger banks no later than March 3  While they have indicated that Citi/SSB has an opportunity to be mandated a league table role, the Company also acknowledges our challenges in this race which include (i) we are currently not an existing lender to UCA or HHC and need to analyze the credit, and (ii) there is a strong "legacy issue" here wherein the incumbent banks see this as a piece of business to lose, and will therefore be extremely competitive in this bid

Once mandated, the Arrangers will be expected to execute the general syndication at a rapid pace, launching the week of March 8, closing the syndication no later than March 23, and closing of documentation concurrent with the anticipated equity offering  Titles and tiers anticipated are

| # of Banks | Titles | Commitment | Aggregate Commitments | Expected Allocations |
|---|---|---|---|---|
| 3 | Arranger | $250 0 | $750 0 | $50 0 |
| 6 | Managing Agent | 25 0 | 150 0 | 25 0 |
| 6 | Co-Agent | 15 0 | 95 0 | 15 0 |
| 15-20 | Institutional Tranche | 10 0 - 20 0 | 300 0 | 10 0   20 0 |

9

2004C 01 1967

Commitment Committee Memorandum                                                                  Sa... nd Barney S.G.  ...

This transaction represents an opportunity for Citi/SSB to uptier with this client. We participated as a Managing Agent in the Parnassos (Adelphia/TCI) deal, and a lead role on this transaction would put us in good position to garner a lead role on upcoming financings for the Adelphia/FrontierVision acquisition

The Company has indicated that upfront fees for a $250 million agent commitment will be 50 0bps. Our expectation is based on fees paid on the Parnassos transaction, as well as other recent cable deals. While the Managing Agent tier on the Parnassos transaction was paid 50bps for a $50 million ticket, it is our understanding that the Arrangers were paid 70bps for a $125 million commitment. Other recent Managing Agent commitments include: Bresnan, $35 million at 75bps and Texas Cable, $60 million @ 87 5bps. We do believe that upfront fees are somewhat light in comparison to other deals, but appropriate given the large existing commitments in place and Adelphia's strong market following

*Comparable Pricing (See tab F for an analysis of comparable bank loan transactions)*

The most recent comparable cable transactions include TWFanch, Bresnan Communications, Texas Cable, and Parnassos. Both TWFanch (priced at L+225bps / L+275bps) and Bresnan (priced at L+200bps / L+275bps) were 1Q99 transactions that were heavily oversubscribed syndications. Texas Cable and Parnassos were 4Q98 transactions both priced at LIBOR+200bps. Based on these transactions, we conclude that baseline pricing for cable transactions is LIBOR+200bps on the bank tranche and LIBOR+275bps on the institutional tranche

While the proposed coupon of LIBOR+175bps on the revolving credit is aggressive compared to the most recent transactions, we do believe the deal gets done based on the following: (i) the existing lenders viewing this transaction as a rollover of current exposure, and (ii) the recent success of cable deals in the market

Term Loan B pricing of LIBOR+250bps is inside both the TWFanch and Bresnan institutional tranches. Given the approximately 2x+ oversubscription of these two deals, we believe that the Term Loan B pricing is at market

It should be noted that a $3 5 billion deal for Charter Communications was launched late last week. Pricing on the deal includes a $1 1 billion Term Loan B priced at LIBOR+250bps, and $2 4 billion in pro rata paper priced at LIBOR+175bps (the pro rata tranches will be launched in late March). This will be a benchmark transaction as it is the largest non-investment grade cable deal in the bank market, and will test the markets pricing and capacity

*Comparable Security*

The proposed collateral package includes a negative pledge only on assets, partnership interests and capital stock of the Borrowing Group and their subsidiaries. Comparatively, the typical collateral package in the most recent cable transactions includes a pledge of stock and partnership interests. The exception here is the June '98 Lenfest (BB) deal, which also had a negative pledge only. We believe that the proposed structure is aggressive, but can be executed in today's market if investors are bullish and give full value to Adelphia's improving credit profile. We have discussed the collateral issue with Adelphia and believe that the Company will be prepared to give stock pledge if necessary to ensure a strong execution

2004C 011968

15

### Potential Investors

Potential RC investors include the 17 existing lenders to the UCA and HHC credit facilities as well as the additional 40 banks in the other Adelphia facilities   The existing lenders are expected to roll their commitments to the new RC   The Term Loan B tranche is expected to be syndicated to the institutional investors that have participated in the TWFanch and Bresnan transactions, including the 10 funds already participating in other Adelphia facilities Additionally, we believe that the term loan B will also appeal to the banks

### Hit Ratio Analysis

Hit rates for this syndication are expected to be near the 90% range, as this transaction will principally be syndicated to existing lenders   As noted earlier, it is expected that the majority of lenders will roll their commitments   The only anticipated drops may come from the Japanese banks (BOTM $11 6 million and Sumitomo $16 3 million), however that exposure may be covered from commitments from new banks including those competing for Arrangers roles, such as Citi/SSB

### Syndication Calendar

| Date | Event |
| --- | --- |
| March 5 | Arrangers mandated |
| March 8 | General syndication launched |
| March 22 | Syndication closes |
| April 1 | Documentation closes concurrent with equity issue |

### Allocation Strategy

Arrangers are being asked to commit $250 million to this transaction with an expected buy down to the $50 million level   It is expected that tiers of $25 million and $15 million will be offered in the general syndication with the expectation to raise approximately $250 million on the revolving credit, and $300 million on the Term Loan B   With the exception of the Arrangers, all commitments will be on a buy and hold basis   (see table above)

### Key Success Factors

| Key Success Factors | Poor | Average | Very Good | Excellent |
| --- | --- | --- | --- | --- |
| Company / Borrower | | | X | |
| Story | | X | | |
| Industry | | X | | |
| Market Conditions | | | X | |
| Deal Size | | | X | |
| Credit Statistics | | X | | |
| Pricing / Tenor | | X | | |

Company/Borrower  Very Good   Adelphia  the parent company, is currently the 7th largest MSO in the US (pre-FrontierVision acquisition)  with a well regarded management team   On a stand alone basis, HHC and UCA have 395,000 subscribers in areas that are typically high growth and affluent which has driven the superior penetration and profit margins    The Borrowing Group will generate $98 2 million in EBITDA for the fiscal year ending 3/31/99

Story  Average   Adelphia is trying to rationalize its bank facilities for these subsidiaries by rolling them into a single facility   In addition, this transaction will allow for a distribution to the Rigas family, who will in turn invest those proceeds into Adelphia

Industry  Average   The cable industry is transforming into a competitive provider of advanced telecommunications services   Cable companies are in the building phase and will make significant capital expenditures in the next two years   However, the industry is stable and has a very marketable base business   The operating statistics such as EBITDA margins and subscriber growth are robust

Deal Size  Very Good   The $700 million deal size is within the parameters for cable transactions   In this case, the bifurcation of $400 million in bank tranches and $300 million in Term Loan B facilities takes advantage of the buoyant institutional market on the heels of the blowout syndication of both Bresnan and TWFanch

Market Conditions  Very Good   The bank market has shown signs of improvement in 1Q99   Spreads and fees have stabilized   The institutional market has rebounded driven primarily by a supply/demand imbalance   The success of the TWFanch and Bresnan syndications confirms the current favorable market conditions for cable transactions

Credit Statistics  Average   On a combined basis and for the fiscal year ending 3/31/99, the Borrowing Groups will have Total Debt/LQA EBITDA of 6 2x and LQA EBITDA/Interest Expense of 2 1x   These ratios are in within the market parameters of the TWFanch and Bresnan transactions

*Pricing/Tenor*

Average   The drawn pricing of LIBOR+175bps bank and LIBOR+250bps for Term Loan B are on the aggressive end of the range of recently launched transactions   However, the strong and loyal group of existing lenders to the two Adelphia partnerships and the robust demand for cable assets in the institutional market give us comfort that the deal will be successful   Tenor of 8 5 years is standard for cable transactions

The credit facilities will be priced as following

| *($ millions)* | | | |
|---|---|---|---|
| **Facilities** | **Amount** | **Pricing** | **Tenor** |
| Revolving Credit Facility | $400 0 | LIBOR + 175bps | 8 5 yrs |
| Term Loan B Facility | $300 0 | LIBOR + 250bps | 8 5 yrs |

2004C 011970

Commitment Committee Memorandum

## 7  Historical and Projected Financial Data

*(see tab D for audited financial data and tab E for full management projection models and SSB Downside projection model)*

### Historical Financial Data

Presented below is a summary of the combined income statement for the borrowing group created by management   Audited financial statement are available for each UCA and Hilton Head Communications *(see Tab D)*

| ($ in millions) | Actual 03/31/96 | Actual 03/31/97 | Actual 03/31/98 | PF LQA (a) 9/30/98 |
|---|---|---|---|---|
| **Total Revenues** | $138 870 | $150 222 | $151 896 | $166 918 |
| **Expenses** | | | | |
| Direct Operating & Programming | 34 414 | 39 195 | 41 269 | 45 912 |
| Selling  General & Administrative | 17 237 | 16 282 | 16 981 | 16 759 |
| Management Fees | 6,798 | 7,110 | 7,330 | 7,905 |
| **Total Operating Expenses** | 58 449 | 62,587 | 65 580 | 70,576 |
| **EBITDA** | 80 421 | 87 635 | 86 316 | 96 343 |
| *EBITDA Margin* | *57 9%* | *58 3%* | *56 8%* | *57 7%* |
| **Basic Subscribers** | 382 871 | 389 097 | 392 288 | 392 654 |
| **Basic Penetration** | 74 0% | 70 7% | 73 9% | 74 4% |
| Monthly Revenue/Basic Sub | $32 18 | $33 83 | $34 09 | $35 52 |

(a) Pro forma for a 20 000 sub swap at HHC in the fourth quarter of 1999
Note  Figures are not comparable over time and may not match the audits due to system swaps and certain other
acquisitions and divestitures   Management estimates that pro forma same system revenue and cash flow
growth has been approximately 8% and 7%  respectively

### Management Projections

Management's forecast does not incorporate any acquisitions or revenue generated from telephony service   The forecast does incorporate capital expenditures needed to upgrade the systems in 1999, 2000 and 2001 which will allow the Borrowing Group to provide additional services   Future revenue growth and cash flow is driven by the introduction of additional services, including digital video and high-speed internet access   The principal drivers of the revenue increase is calculated by the average number of projected subscribers of each service times the pricing point of each service   EBITDA is derived by assigning margins, based on management's expected costs for each service, to each revenue source   Management fees of approximately 5% of revenues are included in the margin assumptions   Additionally, liquidity may be limited in 1999 with approximately 88% of the credit facility funded   However, this ratio improves over time as the Borrowing Group generates substantial free cash flow

Commtmen Committee Memorandum

## Summary Projected Financial Data (Management's Base Case)

| MANAGEMENT'S SCENARIO Financial Summary | LQA | Projected fiscal year ended March 31 | | | | |
|---|---|---|---|---|---|---|
| | 9/30/99 | 0 | 1 | | 2 | 3 |
| | | 1999 | .000 | .001 | .002 | .003 |
| Revenues | $167,338 | $170,888 | $ 8,466 | $20,943 | $ — | $ — |
| Growth | | | ~% | 10.5 | 1.3 | 13 |
| EBITDA | $96,629 | $98,113 | $103,343 | $115,838 | $ 29,239 | $ 33,36 |
| Margin | ~%~~ | 57.3 | 57.4 | 57.1 | 30.6 | 30.4 |
| Total Interest Expense | | 545,666 | 543,946 | 541,414 | 538,337 | 534,740 |
| Total Capex | | 43,420 | 47,236 | 3,433 | 39,673 | 36,668 |
| Total Debt | 620,000 | 612,892 | 575,713 | 514,429 | 429,785 | 347,803 |
| Ending Cash Balance (a.b. dro. repayment) | | 54,000 | 54,000 | 54,000 | 54,000 | 56,000 |
| Free Cash Flow | | ~108 | 14,16 | 23,019 | 41,234 | 64,443 |
| Cummulative Free Cash Flow / Initial Bank Debt | | ~10B | .68 | 44,25 | 103,57 | 190,19 |
| Cummulative Free Cash Flow / Initial Bank Debt | | 1 | 14 | | 170 | 30 |
| **CREDIT RATIOS** | | | | | | |
| EBITDA / Int Expense | | .18 | 44 | .58 | 348 | 8 |
| EBITDA Capex / Int Expense | | 1.2 | 3 | 16 | 28 | 34 |
| Senior Debt / EBITDA | 448 | 8. | 33 | 4 | 33 | .2 |
| Total Debt / EBITDA | 64 | 8. | 33 | 44 | 33 | 2. |

Under management's plan, the Borrowing Group generates approximately $437 million in free cash flow in six years and $789 million in eight years with free cash flow generation beginning immediately

2004C 011972

4

## Summary Projected Financial Data (SSB Downside Case)

The following downside projections to management's base case include the following changes to management's assumptions (i) Digital video and cable modem subscriber growth is cut in half every year and (ii) beginning in 2000, EBITDA margins for analog video, advertising, digital video and cable modem service are all decreased by 5% (to 95% of the original margin assumption)

| SSB Case Financial Summary | LQA | Projected fiscal year ended March 31 | | | | |
|---|---|---|---|---|---|---|
| | 9/30/98 | 1999 | 2000 | 2001 | 200_ | .003 |
| Revenues | $167,538 | $170,854 | $181,997 | $ 96,408 | 5,09 7 | 5,... ,2,r |
| Growth | | | 65 | "+ | 6 | >+ |
| EBITDA | 596,629 | 598,213 | 599,226 | 5 04,73. | 5 3 .0 | 5 19.7 |
| Margin | 5" | 5">5 | >43 | 54 4 | >4 | 5- 0" |
| Total Interest Expense | | 542,606 | 544 159 | 54.. 119 | 539,84 | 53"-70> |
| Total Capex | | +34,50 | <"2,56 | >1 435 | "0 + > | + 0>3 |
| Total Debt | 620,000 | 612,892 | 591,8"> | >48,089 | >5> | 4"0,73" |
| Ending Cash Balance (a. er def't rem-in-tier ) | | 54,000 | 54,000 | 54,009 | >4,000 | 54,000 |
| Free Cash Flow | | "108 | ".810 | 13,209 | 3 .5= | >>,802 |
| Cumulative Free Cash Flow | | 105 | 169 2 | .3 ." | 1 * | 3" 4 |
| Cumulative Free Cash Flow / Total Bank Debt | | 11 | .. | <3 | 1 5 | 06 |
| CREDIT RATIOS | | | | | | |
| EBITDA / In.. Expense | | .14 | .3 | -.3> | 3> | .3"> |
| EBITDA Capex / In Expense | | . | 1. | .3 | 1 | . |
| Senior Debt / EBITDA | 6.44 | 4.. | +0 | > | -3 | 3 |
| Total Debt  EBITDA | 4 . | 4.. | +0 | > | 3 | 3> |

Under the down-side scenario, the Borrowing Group generates approximately $281 million in free cash flow in six years  and $481 million in eight years with free cash flow generation beginning immediately

2004C 011973

5

## 8  Valuation

We have valued the Borrowing Group based primarily on our cable television industry comparable companies analysis and recent private market transactions (see tab B) Historically, investors have focused on forward EBITDA multiples in valuing cable companies and to a lesser extent on basic subscriber multiples   Public cable companies have historically traded in a narrow multiple range   However, given recent developments in the industry, such as the development of new broadband revenue streams and the entrance of high profile investors including Microsoft, Paul Allen and AT&T, the range of EBITDA trading multiples has widened   The relative valuations of companies within the range of multiples is determined by a number of factors which include

- Clustering and market size
- Potential for new revenue streams (digital services, Internet access and telephony)
- Size of cable television systems / affiliation with larger operators and size of markets
- Plant quality and condition and capital requirements for plant upgrade
- Potential for consolidation / Presence of competition
- Management

### Multiple Analysis ($ in thousands)

| | Public Market Valuation | | Private Market Valuation | |
|---|---|---|---|---|
| 1999 Multiple Range | 12 0x | 14 0x | 12 0x | 14 0x |
| 1999E EBITDA (a) | $103.576 | | $103.576 | |
| Firm Value Range | $1,242,906 | $1 450 057 | $1,242,906 | $1 450 057 |
| Less Total Debt | 620 000 | | 620 000 | |
| Equity Value | $622,906 | $830 057 | $622,906 | $830 057 |
| Senior Loan / FV | 49 9% | 42.8% | 49 9% | 42.8% |

### Per Subscriber Analysis ($ in thousands)

| | Private Market Valuation | | |
|---|---|---|---|
| Actual Value Per Sub Range | $2 700 | | $3 200 |
| Subscribers Assumption | | 392 654 | |
| Firm Value Range | $1 060 166 | - | $1 256 493 |
| Less Total Debt | | 620 000 | |
| Equity Value | $440 166 | | $636 493 |
| Senior Loan / FV | 58 5% | | 49 3% |

(a) Reflects estimated calendar 1999 EBITDA which is calculated by taking 25% of FYE 1999 and 75% of FYE 2000

While the Borrowing Group's systems are very attractive today due to the fact that system upgrades are already well under way, as the rest of the cable plant is upgraded to provide more services and increased cash flow, the system becomes more of a strategic fit for many existing cable operators

Based on the midpoint of SSB's per subscriber private market firm value range ($2,950 per sub), the Borrowing Group possesses a Senior Loan to Value ratio of 53 5%

*Capitalization*

2004C 011974

Using the mid-point of our high and low per subscriber private market valuations of $1 16 billion the debt to market capitalization is an acceptable 53 5%. Based on our private market valuation range, the funded loan-to-value range is 49 3% - 58 5%

| (dollars in thousands) | Based on Market Value of Equity (a) | |
|---|---|---|
| | Pro Forma | % |
| Cash and Cash Equivalents | 4 000 | |
| Long-term debt including current maturities | | |
| Revolver | 320 000 | 27 6% |
| Term Note | 300 000 | 25 9% |
| Total long-term debt | 620,000 | 53 5% |
| Total stockholders equity (deficiency) | 538 329 | 46 5% |
| Total Capitalization | 1 158.329 | 100 0% |

(a) Based on mid point of private market valuation Implies an approximate value of $2 950 per subscriber

2004C 011975

17

## 9  Management

Adelphia serves as manager and operator of the systems owned by the Borrowing Group and receives a fee of no more than 5% of revenue for such service  Adelphia s Chairman and CEO, John Rigas, is one of the pioneers of the cable industry, having built his first system in Pennsylvania in 1952  The senior management group consists principally of John Rigas's sons including Tim Rigas, EVP and de facto (and heir apparent) CEO, James Rigas, EVP of Strategic Planning and CEO of Hyperion, and Michael Rigas, EVP of Operations  The Rigas Family has a significant stake in Adelphia, collectively owning approximately 51% of the Company, pro forma for all announced transactions including FrontierVision  Additionally, most of the non-executive senior management has been with the Company in excess of 10 years

The senior management team of Adelphia is highly regarded in the industry for its excellent track record and has a strong reputation as an efficient operator  Management has managed the growth of the Company from a single operator in Coudersport, PA to one of the country's largest cable system operators with over 3 0 million owned and managed subscribers (pro forma)  Despite the significant acquisition activity over its history, Adelphia management has consistently achieved operating margins above 50%, among the highest of all MSOs  Managing efficiency in operations was honed through an extended  period of comparatively high (>10x) leverage during 1988-1994, exacerbated by cable re-regulation in 1992 and 1994, which also coincided with the early development of Hyperion's networks  Management's ability to independently establish and develop one of the largest independent CLECs in Hyperion, with a current market capitalization of almost $600 million, is a strong testament to its capabilities to manage new digital businesses in residential data communications and telephony

As indicated in the Relationship Background section, the banking and research teams of SSB know the senior management of Adelphia well, having worked with them since 1997 in principally all capital market transactions undertaken  Our knowledge of Adelphia's operations and management's reputation is extensive based on our due diligence, institutional high yield and equity inquiries and research sponsorship through Spencer Grimes, Steve Schutzman, Jack Grubman and Bob Waldman

### Management Biographies

**John J  Rigas** is the founder, Chairman, President and Chief Executive Officer of Adelphia and is President of its subsidiaries  He is also Chairman and a director of Hyperion  Mr  Rigas has served as President or general partner of most of the constituent entities which became wholly-owned subsidiaries of Adelphia upon its formation in 1986, as well as the cable television operating companies acquired by the Company which were wholly or partially owned by members of the Rigas Family  John J  Rigas is the father of Michael J  Rigas, Timothy J  Rigas and James P  Rigas, each of whom currently serves as a director and executive officer of the Company

2004C 011976

**Michael J Rigas** is Executive Vice President Operations of Adelphia and is a Vice President of its subsidiaries He is also Vice Chairman and a director of Hyperion Since 1981 Mr Rigas has served as a Senior Vice President, Vice President, general partner or other officer of the constituent entities which became wholly-owned subsidiaries of Adelphia upon its formation in 1986, as well as the cable television operating companies acquired by the Company which were wholly or partially owned by members of the Rigas Family

**Timothy J Rigas** is Executive Vice President, Chief Financial Officer, Chief Accounting Officer and Treasurer of Adelphia and its subsidiaries He is also Vice Chairman, Chief Financial Officer and Treasurer and a director of Hyperion Since 1979, Mr Rigas has served as Senior Vice President, Vice President, general partner or other officer of the constituent entities which became wholly-owned subsidiaries of Adelphia upon its formation in 1986

**James P Rigas** is Executive Vice President, Strategic Planning of Adelphia and is a Vice President of its subsidiaries, and also serves as Vice Chairman and Chief Executive Officer and a director of Hyperion Since February 1986, Mr Rigas has served as a Senior Vice President, Vice President or other officer of the constituent entities which became wholly-owned subsidiaries of Adelphia upon its formation in 1986, as well as the cable television operating companies acquired by the Company which were wholly or partially owned by members of the Rigas Family

**James R Brown** joined the Company in 1984 and currently holds the position of Vice President of Finance Mr Brown graduated with a B S degree in Industrial and Management Engineering from Rensselaer Polytechnic Institute in 1984

## 10  Investment Considerations

### *Strong EBITDA Margins*

Adelphia's strength as an efficient cable operator is reflected in its overall EBITDA margin of approximately 52 5% (actual, for the quarter ending 12/31/98), among the highest of all MSOs For the quarter ending September 30, 1998, based on management's projections the Borrowing Group's EBITDA margin is an even stronger 57 7% due to its high penetration  The Borrowing Group has derived and will continue to derive benefits from its affiliation with Adelphia including the ability to purchase programming and equipment at superior costs  This is a significant advantage, as programming cost is the Borrowing Group's largest single expense item and equipment cost is the Borrowing Group's largest single capital expenditure item

### *Strong Senior Loan to Value Ratio*

Based upon a private market per subscriber valuation range of $2 700 to $3,200  the Borrowing Group possesses a Senior Loan to Value ratio of 49 3% - 58 5% based on pro forma senior obligations of $620 million and a SSB estimated private market firm value range of approximately $1 1 to $1 3 billion  Consequently, a substantial margin exists between the Borrowing Group's senior indebtedness and the Salomon Smith Barney's estimated collateral value of the systems based on comparable private market transactions

### *Deployment of Advanced Cable Plant Technology for New Services*

Management's plant upgrade plan incorporates an aggressive deployment of fiber to achieve an average of 180 homes passed per fiber node, which is among the highest fiber penetration systems being constructed among all MSOs  The benefits from the ongoing upgrade will result in (i) significant improvements in system reliability and operating efficiency, (ii) added channel capacity and increased opportunity to offer broadband services, (iii) increased bandwidth which would serve as an effective defensive measure in the increasingly competitive video market place (e g  DBS), and (iv) the Borrowing Group's ability to continue introducing additional advanced services, which will increase revenue and cash flow per subscriber  These advanced services include digital video, high speed internet access and impulse-ordered pay-per-view programming

### *Favorable Market Demographics*

The vast majority of the Borrowing Group's' subscribers are located principally in small suburban markets  As of September 30, 1998, management estimates the pro forma basic subscriber penetration rate was 74 4%, reflecting limited off-air television reception, absence of competition from MMDS operators and limited penetration of DBS    Additionally, the demographics of the market regions are attractive with above average income for comparable size markets nationwide

2004C 011978

Commitment Commitment Memorandum                                           Commitment Memo...

## 11  Risk Factors

Based on our experience and due diligence our overall assessment of risk for this transaction is positive  Though the following risks are inherent to most leveraged transactions in the cable industry, we feel that the mitigating factors provide reasonable guidance to the likelihood for future default of the proposed facility

### Leverage

Pro forma for the proposed transaction, the Borrowing Group will be moderately leveraged at 6 4x based on annualized EBITDA for the quarter ending September 30, 1998 of $96 6 million and debt of $620 million  Based on management's cash flow projections for fiscal years 1999 to 2001 (8 6% CAGR), leverage declines to 4 4x in 2001, with free cash flow generation (after interest and capex) starting immediately  Comparable companies are leveraged at 6 0 to 8 5x total debt / LQA EBITDA  This leverage reflects the capital needed within the industry to upgrade systems, provide new services to subscribers and grow revenues and cash flow  Additionally, even without the projected growth in cash flow from new services  the systems have stable cash flow from its existing services

### Increased Competition from Alternative Cable Television Providers

The cable television systems owned by the Borrowing Group compete with other communications and entertainment media including Direct Broadcast Satellite Systems (DBS)  In addition, some of the Regional Bell Operating Companies (the "RBOCs") and other local telephone companies are in the process of entering the video-to-home business and high-speed data / internet access business  While competition for new products and services is certain in the future, the threat is not great because access to the crucial "last-mile" into the home is limited, and efforts by local telephone companies to provide cable service have largely been unsuccessful  For example, Bell Atlantic recently ended a pilot program in Tom's River, New Jersey (an Adelphia franchise) where it sought to provide cable service through its own constructed system

### Uncertain Demand for New Services Requiring Upgraded Plant

Management estimates it will spend an aggregate $73 million in capital expenditures principally to upgrade its cable plant to provide digital services in fiscal years 1999 through 2001  Upgrading these systems with a minimum 550 MHz fiber optic cable plant will allow the Borrowing Group to provide digital video service, high-speed cable modem service and eventually cable telephony  While the projections incorporate conservative penetration assumptions for new services (when compared to analyst's projections of other cable companies),  these new services will represent a material portion of management's projected future cash flow (11% in 2002, 29% in 2006 and 31 9% in 2008)  However, the Borrowing Group's existing video-based cash flow is stable and will adequately service the debt even if value from plant upgrades is not fully realized

21

2004C 011979

Conunmen Commitee Memorandum

### Government Re-Regulation

While no legislation regarding cable rate re-regulation is currently being proposed, the threat of such legislation remains. Regulation ends in this month and it is widely believed that the industry controls its own fate, i.e. if the Cable MSOs can successfully regulate themselves and appease Washington with acceptable rate increases, future legislation will not be needed. However no assurance can be made that "rogue" operators may not choose to take advantage of the unregulated environment and impose overly aggressive rate hikes, thereby increasing congressional scrutiny and legislative intervention in the future. At this time however, we believe this risk is limited, with the industry acting more responsibly in the wake of the re-regulation period.

### 12  Due Diligence

In connection with recent financings, including the August equity and January high yield offerings both lead-managed by Salomon Smith Barney, the Corporate Finance team has conducted business and financial due diligence with senior management including Tim Rigas, CFO, on numerous occasions. Salomon Smith Barney's Media / Leisure Corporate Finance team and underwriters' counsel has participated in all due diligence sessions. Additionally, members of the equity and high yield research departments have conducted due diligence sessions with management on numerous occasions over the last two years.

In conjunction with the proposed facility, the Corporate Finance and Bank Loan teams have conducted significant business and financial due diligence via conference call over the last two weeks regarding the assets underlying the proposed facility.

### 13  Potential Conflicts

The SSB team is not aware of any conflicts pertaining to this transaction.

### 14  Recommendation

Approval is recommended for Salomon Smith Barney to commit up to $250 million in an underwriting agent role for the proposed $700 million senior credit facility.

2004C 011981

Appendices

2004C 011982

2004C 011983

# A. Proposed Term Sheet

2004C 011984

New Facilities
Summary of Proposed Terms and Conditions
$700 000 000 Senior Credit Facilities

| | |
|---|---|
| **BORROWERS** | HHC, UCA, UCA LLC, National Cable Acquisition Associates L P , Grand Island Cable, Inc , SVHH Cable Acquisition L P and Tele-Media Company of Hopewell-Prince George ( the Borrowers") |
| **FACILITIES** | $700,000,000 of which $400,000 000 will be a 8 50 Year Reducing Revolving Credit Facility and $300 000 000 will be an 8 50 Year Bullet Amortization Credit Facility ( Tranche B ) |
| **MANAGING AGENTS** | To be determined |
| **LENDERS** | The Agents and a group of financial institutions as may be acceptable to the Agents and Borrowers |
| **CLOSING DATE** | March 15, 1999 |
| **USE OF PROCEEDS** | The proceeds of the Facilities shall be used to (i) repay existing indebtedness at Closing, (ii) to make distributions and (iii) fund working capital and general partnership purposes |
| **MATURITY** | September 30, 2007 |
| **AVAILABILITY** | Loans will be made from time to time on a revolving basis subject to the terms and conditions outlined herein |
| **INCREMENTAL FACILITY** | The Borrower will be permitted to increase the Facilities by $100,000,000 ("Incremental Facility" )  Terms of the Incremental Facility shall be no more restrictive than those of the Facilities, and the Incremental Facility shall have an average life of no shorter than that of the Facilities

All Lenders will be offered an opportunity to participate in the Incremental Facility but will not be required to do so |

1

2004C 011985

SECURITY

The Facilities and all interest rate hedging agreements arranged by any of the Lenders shall be pari passu and unsecured. The Lenders will have

- Negative pledges of the partnership interests and capital stock of Borrowers and their subsidiaries,
- Negative Pledges on all assets,
- Subordination of management fees
- Guarantees by restricted subsidiaries

LETTERS OF CREDIT

A portion of the Facilities not in excess of $75 000 000 shall be available for the issuance of letters of credit (the Letters of Credit') by one of the Lenders which shall be designated to do so (in such capacity, the "Issuing Lender') No Letter of Credit shall have an expiration date after the earlier of (a) one year after the date of issuance, or (b) five business days prior to the termination date of the Facilities, provided that any Letter of Credit with a one-year term may provide for the renewal thereof for additional one-year periods (which shall in no event extend beyond the date referred to in clause (b) above)

Drawings under any Letter of Credit shall be reimbursed by the Borrowers (whether with their own funds or with the proceeds of revolving credit loans) on the same business day. To the extent that the Borrowers do not so reimburse the Issuing Lender, the Lenders under the Reducing Revolving Facility shall be irrevocably and unconditionally obligated to reimburse the Issuing Lender on a pro rata basis

2

2004C 011986

**OPTIONAL AND MANDATORY REDUCTIONS**

Optional

Borrower may at its option permanently reduce the Maximum Revolver Availability at any time, without premium or penalty subject to three business days prior written notice. All reductions will be applied at borrowers discretion. Additionally, all costs associated with early termination of LIBOR contract will be borne by the Borrower.

Mandatory

Upon completing the sale of an CATV system the Borrower must reduce the Facilities at Borrowers discretion in an aggregate amount equal to the net cash sale proceeds unless such proceeds are reinvested in like assets within twelve months of the sale date provided, however, that any breakage costs associated with the resulting required prepayment of LIBOR-based loans will be for the account of the Borrower.

**INTEREST RATE OPTIONS**

At the Borrowers' option the Facilities will bear interest at either (i) the Administrative Agent's Alternate Base Rate plus the Applicable Margin or (ii) the Administrative Agent's LIBOR rate plus the Applicable Margin. The Applicable Margin applicable to the Tranche B Facility shall be in the case of the Administrative Agent's Alternate Base Rate, 1.50% and in the case of the Administrative Agent's LIBOR rate, 2.50%. The Applicable Margin applicable to the Reducing Revolving Facility shall be determined on the basis of the Borrowers' ratio of the sum of Senior Funded Debt to Annualized Operating Cash Flow (the "Leverage Ratio") as follows:

| Less Than | But Greater Than or Equal to | Alternate Base Rate | LIBOR- |
|---|---|---|---|
| 6.50x | 6.25x | 75 bps | 175.0 bps |
| 6.25x | 6.00x | 62.5 bps | 162.5 bps |
| 6.00x | 5.75x | 37.5 bps | 137.5 bps |
| 5.75x | 5.25x | 0.0 bps | 100.0 bps |
| 5.25x | 4.75x | 0.0 bps | 75.0 bps |
| 4.75x | | 0.0 bps | 62.5 bps |

3

| | |
|---|---|
| **LETTER OF CREDIT FEES** | A letter of credit fee (to be shared ratably among the Lenders) shall be payable on the aggregate face amount of Letters of Credit outstanding from time to time  payable quarterly in arrears at a rate equal to the Applicable Margin for LIBO rate loans |
| **METHOD OF CALCULATION/ INTEREST PAYMENT DATES** | All LIBOR interest calculations will be made on the basis of a 360-day year for the actual number of days elapsed  All other interest and fee calculations will be made on the basis of a 365/366 day year for the actual number of days elapsed  Rate changes will be effective on the second business day after the earlier of (i) the day the Borrower is required to deliver or (ii) the day the Borrower actually delivers, compliance reports to the Administrative Agent and the Lenders |
| | Interest periods for LIBOR loans shall be, at the Borrowers  option one, two three, six, or (if available) twelve months  Interest on LIBOR loans shall be payable on the last day of the applicable interest period for such loans, and if earlier each 90th day following the commencement of such interest period   Interest on Base Rate loans shall be payable quarterly in arrears |
| **DEFAULT RATE** | After the date on which any amount becomes due and payable, Borrower shall pay interest on the loans at a rate per annum equal to the Administrative Agent's LIBOR rate plus 2 00% |
| **COMMITMENT FEES** | Commitment fees will be (i) 375% per annum  when the Leverage Ratio is greater than or equal to 5 00 x and (ii) 25% per annum  when the Leverage Ratio is less than 5 00 x  on the average unused balance for the quarter under the Facilities, payable quarterly in arrears |
| **REVOLVER COMMITMENT REDUCTIONS** | Quarterly reductions of the Revolver shall commence on March 31  2002, and shall occur on each subsequent June 30th September 30th  December 31st and March 31st thereafter according to the following schedule |

| Period | Quarterly Reductions |
|---|---|
| 1/1/2002 - 3 31 2003 | 3 00% |
| 4/1/2003 - 3 31 2006 | 4 25% |
| 4/1/2006 - 6 30 2007 | 5 50% |
| 7/1 2007 - 9/30 2007 | 6 50% |

4

2004C 011988

| | |
|---|---|
| **TRANCHE B AMORTIZATION** | The Tranche B facility shall be amortized in full on September 30 2007 |
| **MAINTENANCE OF LEVERAGE RATIO** | The Borrowers shall not permit the Leverage Ratio to exceed the following levels for each specified period |

| Period | Ratio |
|---|---|
| Closing - 6/30/00 | 6 50 \ |
| 7/1/00 - 12/31/00 | 6 25 \ |
| 1/1/01 - 6/30/01 | 6 00 \ |
| 7/1/01 - 12/31/01 | 5 75 \ |
| 1/1/02 - 6/30/02 | 5 50 \ |
| Thereafter | 4 50 \ |

| | |
|---|---|
| **MAINTENANCE OF CASH INTEREST COVERAGE** | At any date of determination, the Borrowers shall not permit the ratio of Operating Cash Flow for the most recently completed quarter to Interest Expense to be less than 1 6 1 |
| **MAINTENANCE OF FIXED CHARGE COVERAGE** | Beginning June 30, 2001, the Borrowers shall not permit the ratio of Operating Cash Flow to Fixed Charges for the (i) three month period ended June 30, 2001 (ii) the six month period ended September 30, 2001, (iii) the nine month period ended December 31, 2001 or (iv) any period of four consecutive fiscal quarters ending after December 31 2001 to be less than 1 1, provided, however, that Annualized Operating Cash Flow will be used for the calculation of the Fixed Charge Ratio on and subsequent to March 31, 2002 and provided further that if the Leverage Ratio is below 3 5 1, this test shall not apply to such fiscal quarter |
| **MAINTENANCE OF PRO FORMA DEBT SERVICE COVERAGE** | At any date of determination, the Borrowers shall not permit the ratio of Annualized Operating Cash Flow to Pro Forma Debt Service to be less than 1 10 provided however if the Leverage Ratio is below 3 5 1, this test shall not apply to such fiscal quarter |

5

2004C 011989

**CONSOLIDATION SALE, LEASE OR CONVEYANCE OF ASSETS**

The Borrowers shall not make any substantial change in the nature of its business, merge or consolidate with any other corporation, or sell, lease or otherwise dispose of its assets excluding otherwise permitted asset swaps, sales and acquisitions mergers between other Borrowers and restricted subsidiaries and ordinary course business transactions. Asset sales of assets or subsidiaries owned by Borrowers as of the Closing Date shall be permitted only with consent of the Majority Banks (which shall not be unreasonably withheld) unless the assets or subsidiaries sold do not exceed as a percentage of Annualized Operating Cash Flow 25% in a single asset sale, or 35% in the aggregate of all asset sales. Prior to completing any asset sale over $50 000 000 the Borrowers must demonstrate pro forma compliance with all financial covenants. Notwithstanding the foregoing assets acquired after the Closing Date may be sold without the restrictions under this section.

**ACQUISITIONS**

The Borrowers shall not purchase or acquire assets from or the business or assets of, any other person, without the prior written consent or the Majority Banks except (i) in the ordinary course of Business or (ii) if such Acquisitions in the aggregate do not exceed $150,000,000 individually or in the aggregate over the term of the Credit Agreement.

Prior to consummating any Acquisition with a purchase price greater than $50,000,000, the Borrowers shall be required to provide the Lenders with calculations demonstrating Borrowers' pro forma compliance with financial covenants after giving effect to any proposed transaction. The Borrowers will provide security with respect to such acquisitions substantially similar to the existing security.

6

2004C 011990

**ASSET SWAPS**

The Borrowers shall be permitted to enter into asset swaps that consist of like assets. Asset swaps shall not apply against the Acquisition and sale of asset baskets set forth above. Asset Swaps of assets owned by Borrowers as of the Closing Date shall be permitted only with the consent of the Majority Banks (which shall not be unreasonably withheld) unless the assets swapped do not exceed as a percentage of Annualized Operating Cash Flow 25% in a single Asset Swap or 35% in the aggregate of all Asset Swaps Prior to completing any Asset Swap over $50 000 000 the Borrower must demonstrate pro forma compliance with all financial covenants. Notwithstanding the foregoing assets acquired after the Closing Date may be swapped without the restrictions under this section

**MANAGEMENT FEES**

The Borrowers shall have the right to accrue and pay a quarterly Management Fee to the Manager in a maximum amount equal to 5% of the Borrowers gross revenue for the immediately preceding fiscal quarter. No payment of any Management Fees (including any previously accrued but unpaid Management Fees) may be made if any Default or Event of Default exists and is continuing or would occur as result of such a payment

Notwithstanding the foregoing, the Borrower may pay Management Fees (including any previously accrued but unpaid Management Fees) to the extent of any Capital Contributions made after the date of such Default or Event of Default for the purpose of making such payment. Except for Management Fees paid by the aforementioned Capital Contributions, Management Fees will be subordinated to all Senior Funded Debt

**RESTRICTED INVESTMENTS**

No Borrower shall make any investments except

1   in the ordinary course of business
2   in securities having one of the two highest ratings by Moody's or S & P,
3   in short-term commercial paper rated A-1 or P-1 obligations of the United States or an agency and certificates of deposit of any financial institution having one of the two highest ratings by S & P or Moody's, or
4   Restricted Investments as permitted herein

7

| LIMITATION ON ADDITIONAL INDEBTEDNESS/ LEINS | The Borrowers shall be prohibited from incurring any additional indebtedness or contingent liabilities other than (i) deferred Management Fees which have been subordinated upon terms and conditions acceptable to the Lenders, (ii) capitalized lease liabilities and other purchase money indebtedness in an amount not to exceed $35,000,000 (iii) normal trade obligations incurred in the ordinary course of business, and (iv) Affiliate Indebtedness |
|---|---|
| SUBORDINATION | The payment of principal and interest due under any indebtedness owing by any Borrower to any Affiliate (" Affiliate Indebtedness ) will be subordinated to all Senior Funded Debt (including post-petition interest) on the following terms and provisions (i) payments of principal on Affiliate Indebtedness will be subject to the Restricted Payments section below, (ii) no security shall be given to secure Affiliate Indebtedness, (iii) no payments of interest of Affiliate Indebtedness shall be made if any Default or Event of Default exists under Senior Funded Debt and is continuing or would result from such payment, (iv) upon payment or distribution of assets of the Borrowers upon dissolution liquidation or reorganization in bankruptcy, all Senior Funded Debt including interest accrued thereon shall be paid in full in cash directly to the holders of the Senior Funded Debt before any payment of principal, interest or any other amount in respect of Affiliate Indebtedness, (v) in the event of bankruptcy, insolvency, receivership or assignment for the benefit of creditors of any Borrower, the Banks or the Administrative Agent shall  (a) have the right to file a claim on behalf of the holders of Affiliate Indebtedness and collect and receive all such payments,  b) be irrevocably appointed attorney for the holders of the Affiliate Indebtedness and collect and receive all such payments, c) be granted a security interest in any bankruptcy dividend, and (vi) if, prior to payment in full of the Senior Funded Debt in cash, the holder of Affiliate Indebtedness receives any security, such security shall be delivered to the Agent  Affiliate Indebtedness will include no cross defaults and no cross accelerations with any other indebtedness |

8

2004C 011992

**RESTRICTED PAYMENTS**

The Borrowers shall not pay any dividends or make any distributions Restricted Investments or payments of principal and interest in cash on Affiliate Indebtedness ( Restricted Payments ) Notwithstanding the foregoing the Borrower may make Restricted Payments if (i) no Default or Event of Default under the Senior Funded Debt exists before and after giving effect thereto and (ii) the ratio of Senior Funded Debt to annualized Operating Cash Flow is less than 5 0 1 (after giving effect to the Restricted Payment) Notwithstanding the foregoing the Borrower will be permitted to make Restricted Payments in an amount not to exceed the amount of Capital Contributions made into the Borrower and Affiliate Indebtedness incurred by the Borrower subsequent to the Closing Date, provided no Defaults or Events of Default are continuing or would, on a pro forma basis cause a Default or Event of Default

**TRANSACTIONS WITH AFFILIATES**

No Borrowers shall enter into any transaction with any Affiliate except in the ordinary course of business under terms and conditions no less favorable than those available in a third party transaction Notwithstanding the above limitation the Borrower shall be permitted to enter into a management agreement with the manager subject to the limitations upon Management Fees

**FINANCIAL STATEMENTS**

The Borrowers will furnish, or will cause to be furnished, to each Lender and the Administrative Agent

1  Quarterly unaudited combined statements of the Borrowers within 90 days of the end of each fiscal quarter,

2  Annual audited combined statements of the Borrowers within 120 days of the end of each fiscal year prepared in accordance with Generally Accepted Accounting Principles and accompanied by a statement by an independent certified public accountant of recognized standing reasonably satisfactory to the Administrative Agent,

3  Certificates of compliance with financial covenants (with appropriate calculations and computations) as well as certificates of no default, accompanying each quarterly financial statement and certified by the Authorized Signatory,

4  Upon an Event of Default a statement by the Authorized

9

2004C 011993

Signatory setting forth details of such Event of Default, and the action which the applicable Borrower has taken and proposes to take with respect thereto as soon as possible and no later than five days after the applicable Borrower has knowledge of the occurrence of such Event of Default,

5    Such other information respecting the condition or operations, financial or otherwise, of the Borrower as the Lenders may reasonably request, and

6    Copies of all 10-Q's, 10-K's and annual reports filed by ACC, Olympus or any of the Borrowers

**CONDITIONS PRECEDENT TO CLOSING**

1    The completion of due diligence inspection of properties as required by the Arranging Agents

2    A certificate demonstrating compliance with all financial covenants on a pro forma basis as necessary

3    The negotiation and execution of loan documents, officer's certificates, and legal opinions in form and substance acceptable to the Lenders and their counsel

4    The receipt of all necessary regulatory approvals

5    The negotiation and execution of a management agreement with the Manager, including all necessary subordination provisions, acceptable to the Lenders

**EVENTS OF DEFAULT**

Events of Default under the Credit Agreement shall include but not be limited to

1    Failure to pay principal amortization when due

2    Failure to pay interest or commitment fee payments within three days of due date, or

3    Bankruptcy, insolvency, or similar events of Borrower, or

4    Change of Control

10

2004C 011994

YIELD PROTECTION

The documentation will include standard yield protection provisions covering such matters as increased costs (including without limitation, those relating to capital adequacy funding losses and illegality)

INTEREST RATE PROTECTION

Within 180 days from the Closing Date, the Borrower shall obtain interest rate protection covering an amount of 35% of the average aggregate of Loans outstanding since the Closing Date and having an expiration date no earlier than the third anniversary of the Closing Date   Up to 50% of the interest rate protection may be obtained from an Affiliate

GOVERNING LAW

New York

LEGAL FEES

All reasonable legal fees incurred by counsel to the Documentation Agent in the negotiation, preparation and execution of the proposed transaction contemplated therein shall be paid by the Borrowers

AMENDMENT AND WAIVER

The Credit Agreement or any term thereof may be amended or waived by an instrument in writing signed by the Majority Banks except all Lenders that are directly and adversely affected must consent to the following amendments    (i) any increase in the amount of the commitments except for the Incremental Facility, (ii) any adverse change in terms of repayment of principal, (iii) any reductions in principal, interest, or fees, (iv) any delay in timing in payments of interest or fees, (v) any waiver of any payment default or (vi) any amendment of the definition of the Majority Banks

ASSIGNMENTS AND PARTICIPATION

The Lenders shall be permitted to assign and sell participation in their loans and commitments  subject  in the case of assignments (other than to another Lender or to an affiliate of the assigning Lender), to the consent of the Administrative Agent and the Borrower (which consent in each case shall not be unreasonably withheld)  In the case of partial assignments  the minimum assignment amount shall be $5,000,000  and  after giving effect thereto, the assigning Lender shall have commitments and loans aggregating at least $5,000 000  Participants shall have the same benefits as the Lenders with respect to yield protection and increased cost provisions   Voting rights of participants shall be limited to those matters with respect to which the affirmative vote of the Lender from which it purchased its participation would be required   Pledges of loans in accordance with applicable law shall be permitted without restriction

11

2004C 011995

DEFINITIONS

"Affiliate" shall mean a person (i) which directly or indirectly through one or more intermediaries controls, or is controlled by or is under common control with the Borrower or (ii) thirty-five percent (35%) or more of the voting stock (or in the case of a person which is not a corporation thirty-five percent (35%) or more of the equity interest) of which is beneficially owned or held by the Borrower  The term "Control" means the possession, directly or indirectly, of the power to direct or cause the direction of the management and policies of a person, whether through the ownership of voting securities, by contract or otherwise

"Annualized Operating Cash Flow" shall mean Operating Cash Flow multiplied by four

"Acquisition" shall mean any acquisition by the Borrower of (i) any other person which owns and operates a cable television system or those businesses in which other persons in the cable industry are engaged, which person shall then become consolidated with the Borrower in accordance with generally accepted accounting principles or (ii) any cable television system or those businesses in which other persons in the cable industry are engaged

"Authorized Signatory" shall mean such senior personnel of a Borrower as may be duly authorized and designated in writing by such Borrower to execute documents  agreements, and instruments on its behalf

"Capital Contribution" shall mean any additional investments, of cash or other valuable property, in Borrowers by ACC  the Rigas Family or an Affiliate of any Borrower in the form of equity or Affiliate Indebtedness

"Capital Expenditures" shall mean, at any date of determination, (i) the aggregate amount of payments made by a Borrower for the rental, lease, purchase, construction or use of any property the value or cost of which  under Generally Accepted Accounting Principles, would appear on such Borrower s balance sheet in the category of property, plant or equipment during the last fiscal quarter, less (ii) the aggregate amount of Capital Contributions made to finance such payments and so included in the determination of such Borrower's compliance with its financial covenants

12

2004C 011996

" Change of Control" (a) Adelphia or the Rigas Family shall cease for any reason to own, directly or indirectly at least 51% of the equity interests of the Borrowers or (b) the Rigas Family shall not be entitled to cast more than 50% of the total number of votes that holders of all of Adelphia's Class A common stock and Class B common stock vote together as a single class

"Excess Cash Balance" shall mean the sum of cash and cash equivalents

"Fixed Charges" shall mean, for any period the sum for such period of (i) Interest Expense, (ii) aggregate outstanding Revolving Credit Facility Loans at the beginning of such period less the Maximum Revolver Availability at the end of such period, (iii) commitment fees, (iv) Capital Expenditures and (v) cash income taxes

"Interest Expense" shall mean all interest on Senior Funded Debt paid in cash by the Borrowers on a combined basis during the most recent fiscal quarter

"Investment" shall mean as applied to any person any direct or indirect purchase or other acquisition by such person of stock or other securities of any other person, or any direct or indirect loan, advance (other than advances to employees for moving and travel expenses, drawing accounts, and expenditures in the ordinary course of business) or capital contribution by such person to any other person, including all debt and accounts receivable from such other person which are not current assets or did not arise from sales to such other person in the ordinary course of business

" Majority Banks" shall mean Lenders holding more than 51% of the Facilities or, if no such principal amount is then outstanding, Lenders having more than 51% of the commitments

"Management Fees" shall mean fees payable by the Borrowers to the Manager in a maximum amount equal to 5% of the Borrowers gross revenue for the prior fiscal quarter The payment of such Management Fees shall be subject to a subordination agreement among the Borrowers, the Manager and the Lenders

13

2004C 011997

"Manager" shall mean ACC or any Affiliate of ACC

"Operating Cash Flow" shall mean combined net income from operations plus interest expense, depreciation, amortization income taxes and other non-cash expenses in accordance with Generally Accepted Accounting Principles for the most recently ended fiscal quarter

"Pro Forma Debt Service" shall mean  at any date of determination, the sum of all pro forma Interest Expense commitment fees and principal payments  including the current maturities thereof, due on any Senior Funded Debt  other than the Tranche B Facility, for the four fiscal quarters immediately succeeding such date of determination  Pro forma principal payments under the Reducing Revolving Credit Facility  shall be equal to outstanding Revolving Credit Loans at the date of determination less the Maximum Revolver Availability  at the end of the fourth fiscal quarter immediately  succeeding such date of determination

"Restricted Investments" shall mean any loans to Affiliates of any Borrower or any of its subsidiaries or any  payment on account of the purchase, redemption or any other acquisition or retirement of any general or limited partnership interest in, or shares of capital stock or other securities of, any Borrower or any of its subsidiaries

"Senior Funded Debt" shall mean and include, as of any date as of which the amount thereof is to be determined  all indebtedness of the Borrowers outstanding under the Bank Facilities  less the Excess Cash Balance on the date of such determination

14

2004C 011999

# B. Public Equity and Precedent Transaction Comparables

2004C 012000

CABLE EQUITY COMPARABLES / SSMB 152 LP4

# Comparable Analysis - Cable Television

**SUMMARY PUBLIC TRADING COMPARABLES**
(Dollars in Millions  except per share data)

| Company | Share Price | Market Equity | Firm Value | Hidden Assets | Cable's Firm Value | Multiples of Cable Firm Value | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | LQA EBITDA | 1999 EBITDA | 2000 EBITDA | Subscribers |
| Adelphia | $56.50 | $4,626 | $9,151 | $525 | $8,826 | 11.8 x | 12.8 x | 11.6 x | $3,014 |
| Cablevision Systems | 65.56 | 11,776 | 17,292 | 3,905 | 13,387 | 16.7 | 16.7 | 14.6 | 3,921 |
| Century Communications | 34.25 | 2,574 | 5,071 | 580 | 4,492 | 15.4 | 13.7 | 11.6 | 3,325 |
| Comcast Communications | 70.00 | 28,699 | 31,839 | 14,357 | 17,482 | 14.6 | 14.5 | 12.9 | 3,809 |
| Cox Communications | 72.11 | 20,115 | 25,048 | 9,786 | 15,262 | 20.2 | 19.7 | 16.0 | 3,995 |
| Jones Intercable | 41.75 | 1,748 | 3,259 | 146 | 3,113 | 15.5 | 12.7 | 11.0 | 3,067 |
| MediaOne | 55.00 | 35,828 | 41,558 | 29,823 | 11,735 | 12.9 | 13.6 | 11.7 | 2,779 |
| TCA Cable | 44.25 | 2,225 | 2,988 | 1 | 2,986 | 17.1 | 15.0 | 13.5 | 1,443 |
| Tele-Communications Inc | 61.50 | 19,170 | 50,364 | 8,403 | 41,961 | 20.2 | 18.9 | 16.9 | 3,947 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **High** | | | | | | 20.2 x | 19.7 x | 16.9 x | $3,995 |
| **Median** | | | | | | 15.5 | 14.5 | 12.9 | 3,443 |
| **Low** | | | | | | 12.9 | 12.7 | 11.0 | 2,779 |

Share price = 3/31/99

(a) EBITDA well as en fiscal year 1 + 4q=11 hybrid fiscal year end figure  4 + 4/2 + 4q=11 depreciation

(b) Cabled Invest equals firm Value less hidden assets

(c) A partial firm Value represents the aggregate firm equity value of the cable segment of the company recorded out of channel operation

(d) Hidden Value equals the estimated value of a company's non-cable operations

(e) Multiples are for firm value to 1.8a Adjusted EBITDA to last four periods

SALOMON SMITH BARNEY

# Private Market Transactions - Cable Television

SUMMARY PRIVATE MARKET COMPARABLES

| Date of Announcement | Acquiring Company | Seller/Acquired Company | Total Consideration | Total Subs | Adjusted Consideration per Subscriber | Forward EBITDA Multiple | Location of Acquired Systems |
|---|---|---|---|---|---|---|---|
| Feb 99 | Charter Communications | Renaissance Media | $459 | 127 | $1 614 | 14 8x | LA MS TN |
| Feb 99 | Adelphia | FrontierVision | 2 031 | 702 | 2 966 | 14 2 | N Eng VA OH/KY |
| Feb 99 | Comcast | Greater Media Inc | 282 | 79 | 1 569 | 14 1 | Philadelphia PA |
| Feb 99 | Charter Communications | Greater Media Inc | 500 | 170 | 2 941 | 11 6 | Massachusetts |
| Jan 99 | Charter Communications | American Cable Entertainment | 240 | 68 | 1 529 | 12 3 | So California |
| Dec 98 | Adelphia | Verto Communications | 141 | 56 | 2 511 | 10 3 | Scranton PA |
| Dec 98 | Comcast | Prime Communications | 1 442 | 430 | 3 355 | 13 1 | MD IL |
| Oct 98 | American Cable Ent | Marks Cablevision | 93 | 36 | 2 583 | 10 2 | CA |
| Sep 98 | Adelphia | SHBH TP | 110 | 14 | 1 226 | 11 0 | VA and NC |
| Aug 98 | US Cable | Lynch Communications | 138 | 70 | 1 971 | 10 7 | MN, CO NM, MO |
| Aug 98 | Comcast | BCI / Glenn Jones | 1 177 | 364 | 3 235 | 12 7 | |
| Jul 98 | Paul Allen | Charter Communications | 4 192 | 1 204 | 3 600 | 14 6 | St Louis LA |
| Jul 98 | Olympus Comm | Cable TV Fund 12 A Ltd | 110 | 46 | 2 391 | 12 9 | Ft Meyers FLA |
| Jun 98 | Insight Comm | Coaxial Comm | 180 | 91 | 1 976 | 9 5 | Columbus OH |
| Jun 98 | FrontierVision | State Cable | 189 | 75 | 2 517 | 12 5 | NH ME |
| Jun 98 | AT&T | TCI | 43 872 | 11 085 | 3 381 | 14 9 | |
| Jun 98 | MediaOne | Time Warner | 60 | 30 | 1 974 | 9 7 | MI |
| Jun 98 | Avalon Cable | Cable Michigan | 448 | 204 | 2 199 | 12 3 | MI |
| May 98 | Jones | Bresnan | 50 | 24 | 2 128 | 8 8 | GA |
| May 98 | American Cable Ent | Booth American | 74 | 32 | 2 311 | 9 1 | CA |
| May 98 | Millenium | Intermedia Partners | 130 | 54 | 2 407 | 9 3 | Arundel MD |
| May 98 | Cox | Prime South Diversified | 1 118 | 424 | 2 942 | 11 9 | CA AZ NV |
| Apr 98 | Cox / TCI IV | Cox | 285 | 120 | 2 375 | 11 0 | Oklahoma City OK |
| Apr 98 | Cox / TCI IV | TCI | 285 | 150 | 1 900 | 8 9 | Tulsa OK |
| Apr 98 | TCI | Jones Fund | 597 | 255 | 2 343 | 9 8 | Chicago IL |
| Apr 98 | FW Lynch | TCI | 224 | 140 | 1 851 | 9 2 | MD OH VA WV |
| Apr 98 | Tenix | Marcus Cable | 58 | 33 | 1 785 | 7 9 | IL |
| Apr 98 | Cablevision | Time Warner | 49 | 28 | 1 775 | 9 2 | CT |
| Apr 98 | Time Warner | Cablevision | 57 | 29 | 1 945 | 9 2 | NY |
| Apr 98 | Paul Allen | Marcus Cable | 2 775 | 1 067 | 2 687 | 13 0 | 18 states |
| Apr 98 | Vista Communications | Smyrna Cable TV | 62 | 27 | 2 340 | 9 2 | GA |
| Mar 98 | CableOne | Marcus | 130 | 72 | 1 811 | 8 2 | TX OK MS LA |
| Mar 98 | Jones Intercable | Jones 12BC | 138 | 64 | 2 159 | 10 4 | Palmdale CA |
| Mar 98 | IMC Holdings | Marcus Cable | 150 | 64 | 2,162 | 10 0 | CT and VA |

Source  Paul Kagan Associates and Salomon Smith Barney estimates

SALOMONSMITHBARNEY

2004C 012002

# Private Market Transactions - Cable Television

SUMMARY PRIVATE MARKET COMPARABLES

| Date of Announcement | Acquiring Company | Seller/Acquired Company | Total Consideration | Total Subs | Consideration per Subscriber | Forward EBITDA Multiple | Location of Acquired Systems |
|---|---|---|---|---|---|---|---|
| Feb 98 | Harron Comm | Community TV | 111 | 57 | 1,982 | 9.6 | NH |
| Jan 98 | Cablevision | TCI | 305 | 171 | 1,761 | 10.0 | CT |
| Jan 98 | Peak / TCI JV | Halycon | 38 | 27 | 1,407 | 9.0 | AR |
| Jan 98 | Northland | Intermedia | 93 | 54 | 1,722 | 8.8 | GA and SC |
| Jan 98 | Peak / TCI JV | TCI | 147 | 87 | 1,690 | 9.9 | OK |
| Dec 97 | TCI/Century JV | Century Communications | 1,342 | 500 | 2,684 | 10.9 | Southern CA |
| Dec 97 | Comcast | Marcus Cable | 66 | 27 | 2,444 | 9.9 | DE, MD |
| Nov 97 | Renaissance | Time Warner | 291 | 125 | 2,328 | 9.8 | TN |
| Nov 97 | Marcus CableOne | McDonald Inv | 65 | 16 | 4,806 | 9.8 | Mountain Brook |
| Oct 97 | TWI/AN | Time Warner | 1,327 | 640 | 2,073 | 9.4 | NY, FL, NC |
| Oct 97 | CableOne | Jones Fund 14 | 52 | 25 | 2,080 | 10.5 | SC |
| Oct 97 | Comcast | Jones Fund 14 | 140 | 55 | 2,545 | 10.5 | IL |
| Sep 97 | Bresnan/TCI JV | TCI | 800 | 445 | 1,798 | 8.6 | WI |
| Sep 97 | Prime Cable | SBC Corp | 617 | 268 | 2,477 | 8.2 | VA, MD |
| Sep 97 | TCI / TW JV | TCI | 1,326 | 528 | 2,550 | 9.1 | TX |
| Sep 97 | TCI / TW JV | Time Warner | 1,176 | 510 | $2,306 | 12.5x | TX |
| Sep 97 | KC Cable | TCI | 258 | 93 | 2,774 | 12.1 | KS |
| Aug 97 | KC Cable Assoc | Charter | 150 | 70 | 2,143 | 8.6 | Forth Worth |
| Aug 97 | Mediacom | Cablevision | 315 | 265 | 1,189 | 9.1 | 10 States |
| Aug 97 | InterVen | Cox | 144 | 85 | 1,694 | 9.0 | OH |
| Aug 97 | Maryland Cable | Jones Comm | 235 | 87 | 2,701 | 9.5 | Prince George |
| Aug 97 | TCI | Intermedia | 196 | 115 | 1,706 | 8.6 | Spokane |
| Aug 97 | Jones Intercable | Century Comm | 182 | 104 | 1,750 | 9.9 | LA |
| Jul 97 | Intermedia Partners | TCI | 946 | 425 | 2,226 | 10.1 | KY |
| Jul 97 | TCI / TCA JV | TCI | 310 | 150 | 2,067 | 9.2 | TX, LA |
| Jul 97 | TCI / TCA JV | TCA | 285 | 155 | 1,839 | 8.7 | TX, LA, NM |
| Jun 97 | Microsoft Corporation | Comcast Corporation | 1,000 (1) | 4,280 | 2,117 (2) | 9.9 | US |
| | | | | | 4,032 | 12.9 | |
| Jun 97 | Cablevision Systems | TCI | 1,093 (3) | 829 | 1,318 | 5.0 (3) | NY |
| | | | 1,212 (3) | | 1,462 | 5.5 (3) | |
| Jun 97 | Adelphia | TCI | 150 | 166 | 2,108 | 10.0 | NY, LA, OH |

Source: Paul Kagan Associates and Salomon Smith Barney estimates

(1) Microsoft's $1 billion investment in Comcast includes $ .00 million of common stock at $20.29 per share for 24.6 million shares, and $ .00 million for converted preferred (non-dividend) with a conversion price of $23.54 per share (21.2 million share)

(2) Presumed value of cable assets only (assumes non-cable assets valued at $3.9 billion.)

(3) Per announcement deal value at 6/9/97 ($34.125 per share). Cablevision assumes $660 million of TCI debt and issues TCI 12.2 million common shares equal to 11.5 percent of splits.

(4) Post announcement deal value at 6/9/97 ($44.375 per share.)

(5) TCI viewed Cablevision's stock to be significantly undervalued at time of transaction announcement.

SALOMON SMITH BARNEY

2004C 012003

2004C 012004

# C. Ownership Structure Chart

2004C 012005

ADELPHIA COMMUNICATIONS CORPORATION
(A DELAWARE CORPORATION)



2004C 012006

**Hilton Head Communications, L P  Ownership Group**

Dons Holdings  L P
(a Delaware ltd partnership)

99% LP



| Hilton Head Communications  L P | 1% GP | NCAA Holdings  Inc |
| (a Delaware limited partnership) | | (a Delaware S-corporation) |

99% LP

| Ionian Communications  L P | 1% GP | Iliad Holdings  Inc |
| (a Delaware ltd partnership) | | (a Delaware S-corporation) |

2004C 012007

2004C 012008

# D. Audited Financials

2004C 012009

## UCA / HHC Audit Reconciliation

| 1997 Income Statements | Fiscal year ended March 31 | | |
|---|---|---|---|
| | UCA | HHC | Combined |
| | 1996 | 1996(a) | 1996 |
| Revenue | $54,641 | $6,656 | $101,027 |
| Direct expenses & general operating costs | 15,667 | 19,425 | 35,072 |
| G & A | 3,796 | 11,134 | 31,872 |
| Other expenses | 2,322 | 4,026 | 6,796 |
| Depreciation & Amortization | $2,099 | 20,652 | 42,750 |
| Other gain/loss | 690 | 0 | N10 |
| Total expenses | 30,836 | 47,242 | 102,113 |
| EBITDA | $33,693 | $49,002 | $80,897 |
| Margin | 46.3% | 57.3% | 67.6% |

(a) Stated by HHC combining 75% of 1995 figures with 25% of 1996 figures.

| 1997 Income Statements | Fiscal year ended March 31, | | |
|---|---|---|---|
| | UCA | HHC | Combined |
| | 1997 | 1997 | 1997 |
| Revenue | $60,964 | $48,036 | $149,780 |
| Direct expenses & general operating costs | 17,705 | 21,843 | 39,546 |
| G & A | 4,182 | 12,316 | 36,598 |
| Other expenses | 3,041 | 4,046 | 7,158 |
| Depreciation & Amortization | 12,716 | 30,856 | 41,572 |
| Total expenses | 37,667 | 69,702 | 106,654 |
| EBITDA | $36,033 | $50,663 | $80,093 |
| Margin | 94.3% | 57.0% | 57.9% |

(a) Stated by HHC combining 75% of 1995 figures with 25% of 1996 figures.

| 1998 Income Statements | Fiscal year ended March 31 | | |
|---|---|---|---|
| | UCA | HHC | Combined |
| | 1998 | 1998 | 1996(a) |
| Revenue | $64,807 | $87,099 | $151,906 |
| Direct expenses & general operating costs | 18,175 | 23,094 | 41,269 |
| G & A | 4,412 | 12,564 | 36,901 |
| Other expenses | 3,151 | 4,077 | 7,190 |
| Depreciation & Amortization | 13,850 | 30,933 | 43,572 |
| Total expenses | 38,606 | 70,568 | 109,152 |
| EBITDA | $36,663 | $57,956 | $84,716 |
| Margin | 56.7% | 52.7% | 61.8% |

| 6/30/98 Income Statements | 1QA ended September 30 | | | |
|---|---|---|---|---|
| | UCA | HHC | Combined | Combined Pro Forma(a) |
| | 1998 | 1998 | 1998 | 1998 |
| Revenue | $68,160 | $90,769 | $166,995 | $164,908 |
| Direct expenses & general operating costs | 19,872 | 26,152 | 49,481 | 45,912 |
| G & A | 4,412 | 12,883 | 37,236 | 36,250 |
| Depreciation & Amortization | 11,595 | 14,881 | 45,756 | 45,768 |
| Other expenses | 3,568 | 4,784 | 8,952 | 7,909 |
| Total expenses | 38,916 | 78,336 | 117,220 | 116,364 |
| EBITDA | $16,948 | $59,926 | $49,473 | $44,543 |
| Margin | 56.5% | 55.6% | 52.2% | 52.7% |

| Balance Sheet Data | September 30, 1998 | | |
|---|---|---|---|
| | UCA | HHC | Combined |
| Cash | $2,769 | $17,902 | $18,711 |
| PPE | 57,811 | 111,632 | 161,903 |
| Intangibles | 12,716 | 11,727 | 178,335 |
| Receivables | 1,869 | 2,716 | 4,134 |
| Prepaid expenses and Other | 1,769 | 7,047 | 9,036 |
| Deferred Equity Investment | 0 | 20,870 | 20,870 |
| Total assets | | | |

| | September 30, 1998 | | |
|---|---|---|---|
| | UCA | HHC | Combined |
| Notes and Bonds attributable to investors | $172,983 | $287,800 | $497,800 |
| Other debt | 40,368 | 2,209 | 42,677 |
| Accounts payable | 4,369 | 4,192 | 10,707 |
| Subscriber advance payments and other deposits | 1,767 | 4,311 | 9,976 |
| Accrued interest and other liabilities | 8,995 | 4,632 | 13,952 |
| Total liabilities | 227,625 | 301,954 | 511,729 |

| | UCA | HHC | Combined |
|---|---|---|---|
| APIC | $58,115 | $0 | $58,115 |
| Shareholder equity | (58,916) | $4,196 | (124,192) |
| Due to shareholders | (135,806) | (19,306) | (161,134) |
| Total equity | (122,157) | (15,312) | (137,974) |
| Total liabilities and shareholder equity | 114,746 | 208,912 | 511,729 |

2004C 012010

2004C 012011

*COMBINED HHC & TMIP*
*BALANCE SHEET*
*(DOLLARS IN THOUSANDS)*

|  | September 30 1998 |
|---|---|
| ASSETS | |
| Cable television systems, at cost, net of | |
| accumulated depreciation and amortization | |
| Property, plant and equipment - net | $105,490 |
| Intangible assets - net | 135,727 |
| | |
| Total | 241,217 |
| Cash and cash equivalents | 17,982 |
| Subscriber receivables | 2,746 |
| Prepaid expenses and other assets | 7,047 |
| Preferred Equity Investment | 20,000 |
| | |
| Total | $288,992 |
| | |
| LIABILITIES AND PARTNERS' EQUITY | |
| Notes to banks and institutions | $287,000 |
| Other debt | 2,209 |
| Accounts payable | 6,192 |
| Subscriber advance payments & deposits | 4,271 |
| Accrued interest and other liabilities | 4,632 |
| | |
| Total | 304 304 |
| | |
| Partners' Equity | 9,996 |
| Due from affiliates - net | (25 308) |
| | |
| Total partners' equity | (15 312) |
| | |
| Total | $288,992 |

2004C 012012

**COMBINED HHC & TMIP
STATEMENT OF OPERATIONS
(DOLLARS IN THOUSANDS)**

|  | Year to date 09/30/98 | Three months ended 09/30/98 |
|---|---|---|
| Revenues | $72 283 | $24 686 |
| Operating expenses |  |  |
| Direct operating and programming | 19,790 | 6 538 |
| Selling, general and administrative | 59 968 | 3 221 |
| Total | 29 758 | 9 759 |
| Operating income before management fees, depreciation and amortization | 42 525 | 14,927 |
| Operating margin percentage | 176 39% | 60 47% |
| Interest coverage percentage | 713 35% | 254 08% |
| Management fees | 3,253 | 1,196 |
| Depreciation and amortization | 20 787 | 8 621 |
| Operating income | 18 485 | 5,110 |
| Interest expense – net | 17 971 | 5 875 |
| Net income(loss) | $514 | ($765) |

2004C 012013

COMBINED HHC & TMIP
STATEMENT OF CASH FLOWS
(DOLLARS IN THOUSANDS)

|  | Year to date 09/30/98 | Three months ended 09/30/98 |
|---|---|---|
| **Operating activities** | | |
| Net income(loss) | $514 | ($765) |
| Adjustments to reconcile net loss to | | |
| net cash provided by operating activities | | |
| Amortization | 9 252 | 3 018 |
| Depreciation | 11 535 | 5 603 |
| Changes in operating assets and liabilities | | |
| Subscriber receivables | 1 004 | 16 |
| Prepaids and other assets | (770) | (514) |
| Accounts payable | 2 043 | 208 |
| Subscriber advances and deposits | 610 | (250) |
| Accrued interest and other liabilities | 766 | 621 |
| Net cash provided by operating activities | 24 954 | 7,937 |
| **Financing activities** | | |
| Repayments of debt | (15 268) | (7,728) |
| Amounts advanced from affiliates - net | 7 826 | 6 295 |
| Net cash used for financing activities | (7 442) | (1 433) |
| **Investment activities** | | |
| Expenditures for property, plant and equipment | (14 674) | (5 284) |
| Net cash used for investment activities | (14 674) | (5 284) |
| **Increase in cash** | 2 838 | 1 220 |
| **Cash, beginning of period** | 15 144 | 16 762 |
| **Cash, end of period** | $17,982 | $17,982 |

2004C 012014

2004C 012015

**UCAACTV COMBINED**
**BALANCE SHEET**
**(DOLLARS IN THOUSANDS)**

09/30/95

ASSETS.

Cable television systems at cost, net of
  accumulated depreciation and amortization

| | |
|---|---:|
| Property, plant and equipment - net. | $57,894 |
| Intangible assets - net. | 42,796 |
| **Total** | **100,690** |
| Cash and cash equivalents | 259 |
| Subscriber receivables | 1,868 |
| Prepaid expenses and other assets | 1,969 |
| **Total** | **$104,786** |

LIABILITIES AND SHAREHOLDERS' EQUITY.

| | |
|---|---:|
| Notes to banks and institutions | $172,000 |
| Subordinated note payable to parent company | 40,000 |
| Other debt | 265 |
| Accounts payable | 4,545 |
| Subscriber advance payments & deposits | 1,707 |
| Accrued interest and other liabilities | 5,138 |
| Deferred income taxes | 3,767 |
| **Total** | **227,425** |
| Common stock | 1 |
| Paid-in capital | 48,114 |
| Accumulated deficit. | (34,948) |
| Due from affiliates - net | (135,806) |
| **Shareholders' equity** | **(122,639)** |
| **Total** | **$104,786** |

2004C 012016

**UCAACTV COMBINED
STATEMENT OF OPERATIONS
(DOLLARS IN THOUSANDS)**

| | Year to date 09/30/98 | Three months ended 09/30/98 |
|---|---|---|
| Revenues | $33,609 | $17,040 |
| **Operating expenses** | | |
| Direct operating and programming .. .... .. | 9,826 | 4,958 |
| Selling, general and administrative .. | 2,146 | 1,103 |
| Total | 11,972 | 6,061 |
| Operating income before management fees, depreciation and amortization. .. .. | 21,636 | 10,979 |
| Operating margin percentage .. .... .......... | 64.38% | 64.43% |
| Interest coverage percentage .. ..... ...... | 346.82% | 281.39% |
| Management fees... ..... .. | 1,664 | 842 |
| Depreciation and amortization... ..... | 5,841 | 2,826 |
| Operating income (loss) | 14,131 | 7,311 |
| Interest expense - net. .. .. .. | 6,239 | 3,902 |
| Income before income taxes and cumulative effect of change in accounting principle | 7,893 | 3,409 |
| Net income | $7,893 | $3,409 |

2004C 012017

**UCA/UCTV COMBINED
STATEMENT OF CASH FLOWS
(DOLLARS IN THOUSANDS)**

| | Year to date 09/30/98 | Three months ended 09/30/98 |
|---|---|---|
| **Operating activities** | | |
| Net income | $7,893 | $3,409 |
| Adjustments to reconcile net income to net cash provided by operating activities | | |
| Amortization | 1,369 | 591 |
| Depreciation | 4,472 | 2,235 |
| Changes in operating assets and liabilities | | |
| Subscriber receivables | (81) | 5 |
| Prepaids and other assets | (208) | (311) |
| Accounts payable | (142) | 587 |
| Subscriber advances and deposits | (320) | 56 |
| Accrued interest and other liabilities | 871 | 482 |
| Net cash provided by operating activities | 13,853 | 7,053 |
| **Financing activities** | | |
| Proceeds from debt | 71,000 | 2,000 |
| Repayment of debt | (41) | (19) |
| Advances to affiliates, net | (79,418) | (6,686) |
| Capital contributions | (4) | (4) |
| Net cash used for financing activities | (8,463) | (4,709) |
| **Investment activities** | | |
| Expenditures for property, plant and equipment | (5,416) | (2,341) |
| Net cash used for investment activities | (5,416) | (2,341) |
| Increase (decrease) in cash | (26) | 3 |
| Cash, beginning of period | 285 | 257 |
| Cash, end of period | $259 | $259 |

2004C 012018

2004C 012019

## Deloitte & Touche LLP

| 2500 One PPG Place | Telephone (412) 338- |
| Pittsburgh, Pennsylvania 15222-5401 | Facsimile (412) 338- |

INDEPENDENT AUDITORS' REPORT

Hilton Head Communications, L P
Tele-Media Investment Partnership, L P
and Tele-Media Company of Southeast Florida, Inc

We have audited the special-purpose statements of assets and liabilities of Hilton Head Communications L P and subsidiaries Tele-Media Investment Partnership L P and subsidiaries and Tele-Media Company of Southeast Florida, Inc (a Subchapter S corporation) (collectively the Companies ) as of December 31 1995 and 1996 and the related special-purpose statements of revenues and expenses equity (deficiency) and cash flows for the years then ended These financial statements are the responsibility of the Companies management Our responsibility is to express an opinion on these financial statements based on our audits

We conducted our audits in accordance with generally accepted auditing standards Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement An audit includes examining on a test basis evidence supporting the amounts and disclosures in the financial statements An audit also includes assessing the accounting principles used and significant estimates made by management as well as evaluating the overall financial statement presentation We believe that our audits provide a reasonable basis for our opinion

The accompanying special purpose financial statements were prepared for the purpose of complying with Section 3 1 of the revolving credit facility between the Lenders (as defined in the revolving credit facility) and Hilton Head Communications L P dated December 27 199- as discussed in Note 1 to the special purpose financial statements and are not intended to be a presentation in conformity with generally accepted accounting principles

In our opinion such special purpose financial statements present fairly in all material respects the assets and liabilities of Hilton Head Communications L P and subsidiaries Tele Media Investment Partnership L P and subsidiaries and Tele-Media Company of Southeast Florida Inc at December 31 1995 and 1996 and their revenues expenses changes in equity (deficiency) and cash flows for the years then ended on the basis of accounting described in Note 1

This report is intended solely for the information and use of the Boards of Directors and managements of Hilton Head Communications L P Tele Media Investment Partnership L P Tele-Media Company of Southeast Florida Inc and the Lenders and should not be used for any other purpose

*Deloitte & Touche LLP*

April 11 1997

Deloitte Touche
Tohmatsu
International

2004C 012020

HILTON HEAD COMMUNICATIONS L P AND SUBSIDIARIES TELE-MEDIA
INVESTMENT PARTNERSHIP L P AND SUBSIDIARIES AND
TELE-MEDIA COMPANY OF SOUTHEAST FLORIDA INC
SPECIAL-PURPOSE STATEMENTS OF ASSETS AND LIABILITIES (Note 1)
(Dollars in thousands)

|  | December 31 | |
| --- | --- | --- |
|  | 1995 | 1996 |
| ASSETS | | |
| Cable television systems, at cost, net of accumulated depreciation and amortization | | |
| Property, plant and equipment - net | $ 95,765 | $ 102,260 |
| Intangible assets - net | 171,896 | 157 967 |
| Total | 267,661 | 260,227 |
| | | |
| Cash and cash equivalents | 16 673 | 21,626 |
| Subscriber receivables - net | 3,674 | 3,897 |
| Prepaid expenses and other assets - net | 11,577 | 8,238 |
| Preferred equity investment | 20 000 | 20 000 |
| Total | $ 319,585 | $ 313,988 |
| | | |
| LIABILITIES AND EQUITY (DEFICIENCY) | | |
| Notes payable to banks | $ 318,000 | $ 308,000 |
| Other debt | 763 | 857 |
| Accounts payable | 6,033 | 5,677 |
| Subscriber advance payments and deposits | 3,383 | 3,532 |
| Accrued interest and other liabilities | 8,218 | 16,512 |
| Total liabilities | 336 397 | 334 578 |
| | | |
| Commitments and contingencies (Note 4) | | |
| | | |
| Equity (deficiency) | | |
| Equity | 13,620 | 10,036 |
| Receivables from affiliates - net | (30 432) | (30 626) |
| Equity (deficiency) - net | (16 812) | (20 590) |
| Total | $ 319 585 | $ 313 988 |

See notes to special-purpose financial statements

3

2004C 012021

HILTON HEAD COMMUNICATIONS, L P AND SUBSIDIARIES TELE-MEDIA
INVESTMENT PARTNERSHIP L P AND SUBSIDIARIES AND
TELE-MEDIA COMPANY OF SOUTHEAST FLORIDA INC
SPECIAL-PURPOSE STATEMENTS OF REVENUES AND EXPENSES (Note 1)
(Dollars in thousands)

|  | Year Ended December 31 | |
|  | 1995 | 1996 |
|---|---|---|
| Revenues | S   84 429 | S   89 258 |
| Operating expenses |  |  |
| Direct operating and programming | 18,737 | 21 490 |
| Selling, general and administrative | 13,479 | 12,100 |
| Depreciation and amortization | 30 545 | 30,902 |
| Management fees | 4 076 | 4 066 |
| Total | 66 837 | 68 558 |
| Operating income | 17,592 | 20,700 |
| Interest expense | (26 641) | (24,284) |
| Net loss | S   (9 049) | S   (3 584) |

See notes to special-purpose financial statements

2004C 012022

4

HILTON HEAD COMMUNICATIONS L P AND SUBSIDIARIES  TELE-MEDIA
INVESTMENT PARTNERSHIP L P  AND SUBSIDIARIES  AND
TELE-MEDIA COMPANY OF SOUTHEAST FLORIDA, INC
SPECIAL-PURPOSE STATEMENTS OF EQUITY (DEFICIENCY) (Note 1 )
(Dollars in thousands)

| | Equity | | Receivables from affiliates - net | | Equity (deficiency) - net |
|---|---|---|---|---|---|
| Balance, December 31, 1994 | $ | 22,955 | $ (31,884) | $ | (8,929) |
| Excess of purchase price over carrying value of assets purchased from an affiliate | | (286) | - | | (286) |
| Amounts advanced from affiliates - net | | - | 1,452 | | 1,452 |
| Net loss | | (9,049) | - | | (9,049) |
| Balance  December 31, 1995 | | 13,620 | (30 432) | | (16,812) |
| Amounts advanced to affiliates - net | | - | (194) | | (194) |
| Net loss | | (3 584) | - | | (3,584) |
| Balance, December 31, 1996 | $ | 10,036 | $ (30 626) | $ | (20,590) |

See notes to special-purpose financial statements

5

2004C 012023

HILTON HEAD COMMUNICATIONS L P AND SUBSIDIARIES TELE-MEDIA
INVESTMENT PARTNERSHIP L P AND SUBSIDIARIES AND
TELE-MEDIA COMPANY OF SOUTHEAST FLORIDA INC
SPECIAL-PURPOSE STATEMENTS OF CASH FLOWS (Note 1)
(Dollars in thousands)

| | Year Ended December 31 | |
|---|---|---|
| | 1995 | 1996 |
| Cash flows from operating activities | | |
| Net loss | $ (9,049) | $ (3,584) |
| Adjustments to reconcile net loss to net cash provided | | |
| by operating activities | | |
| Depreciation | 13,126 | 13,546 |
| Amortization | 17,419 | 17,356 |
| Changes in operating assets and liabilities | | |
| Subscriber receivables | (257) | (223) |
| Prepaid expenses and other assets | (3,498) | (88) |
| Accounts payable | (11 277) | (356) |
| Subscriber advance payments and deposits | (372) | 149 |
| Accrued interest and other liabilities | 2 408 | (222) |
| Net cash provided by operating activities | 8 500 | 26 578 |
| | | |
| Cash flows from investing activities | | |
| Expenditures for property, plant and equipment | (17,965) | (19,678) |
| Preferred equity investment | (20,000) | - |
| Deposit received on pending sale of cable television assets | - | 8 500 |
| Net cash used for investing activities | (37 965) | (11 178) |
| | | |
| Cash flows from financing activities | | |
| Proceeds from debt | 51,443 | - |
| Repayments of debt | (462) | (10,253) |
| Amounts advanced to affiliates - net | (422) | (194) |
| Costs associated with debt financing | (5 882) | - |
| Net cash provided by (used for) financing activities | 44 677 | (10,447) |
| | | |
| Increase in cash and cash equivalents | 15,212 | 4,953 |
| | | |
| Cash and cash equivalents beginning of year | 1 461 | 16 673 |
| | | |
| Cash and cash equivalents end of year | $ 16 673 | $ 21 626 |
| | | |
| Supplemental disclosure of cash flow activity - | | |
| Cash payments for interest | $ 23 053 | $ 24,391 |

See notes to special-purpose financial statements

6                                    2004C 012024

HILTON HEAD COMMUNICATIONS L P  AND SUBSIDIARIES  TELE-MEDIA
INVESTMENT PARTNERSHIP L P  AND SUBSIDIARIES  AND
TELE-MEDIA COMPANY OF SOUTHEAST FLORIDA  INC
NOTES TO SPECIAL-PURPOSE FINANCIAL STATEMENTS
(Dollars in thousands)

### 1 The Partnership and Basis of Presentation

Hilton Head Communications  L P  (a limited partnership) and its substantially owned subsidiaries (collectively,
"HHC") is owned by NCAA Holdings, Inc ("NCAA"), the general partner, and Syracuse Hilton Head
Holdings, L P ("SHHH"), the limited partner  NCAA and SHHH are principally owned by certain executive
officers of  Adelphia Communications Corporation ('Adelphia') which is also principally owned by these
executive officers

Tele-Media Investment Partnership, L P (a limited partnership) and its substantially owned subsidiaries
(collectively, "TMIP") is owned by certain individuals (the general partners) who are unrelated to the owners of
HHC and by HHC (the limited partner)  Tele-Media Company of Southeast Florida, Inc ("SF") (a Subchapter
S Corporation) is owned by shareholders who are substantially the same as the general partners of TMIP

The operations of HHC, TMIP and SF (collectively, the "Companies") consist primarily of selling video
programming which is distributed to subscribers in several states for a monthly fee through a network of fiber
optic and coaxial cables

The accompanying special-purpose financial statements include the accounts of HHC, TMIP and SF  All
significant intercompany transactions and accounts between the Companies have been eliminated  Such special-
purpose financial statements were prepared for the purpose of complying with Section 5 1 of the revolving credit
facility discussed in Note 3  Such Section 5 1 requires financial statements that include the consolidated and
combined accounts of HHC, TMIP and SF, but because of the lack of common ownership among the
Companies, the special-purpose financial statements are not intended to be a presentation in conformity with
generally accepted accounting principles, however, the underlying transactions of HHC, TMIP and SF included
in these special-purpose financial statements are recorded in conformity with generally accepted accounting
principles  A summary of the significant accounting policies is included as Note 2

In August 1992, TMIP sold a limited partnership interest to Plato Communications, Inc ("Plato"), an affiliate of
Adelphia, for $13,000  Under the terms of the Partnership Interest Purchase Agreement ('PIPA') between
TMIP and Plato, TMIP was precluded from making payments or distributions to its affiliates, except for a
portion of management fees payable under an operating agreement  Under certain circumstances, TMIP is
required to repurchase Plato s investment and Plato has a conditional option (expiring January 1, 2020) to
purchase all of the assets of either SF or both SF and Tele-Media Company of Hopewell/Prince George (a
subsidiary of TMIP) at fair market value as defined in the PIPA  On December 27, 1994, Plato sold its limited
partnership interest to SHHH, who then sold the investment to HHC in January 1995  Both sales occurred at
Plato's carrying cost of the investment, resulting in no gain or loss on the transaction  This investment in TMIP,
and the associated return  has been eliminated in these special-purpose financial statements  During 1995, HHC
paid to SHHH a $2,000 fee for the rights assigned to it under the PIPA agreement

On January 31, 1995, HHC paid $20,000 to TMIP in exchange for preferred and nonpreferred limited
partnership interests in TMIP which earn a 15% annual preferred return as defined in the Partnership Interest
Contribution and Exchange Agreement  TMIP used the entire proceeds to acquire 100,000 shares of Series A
15% cumulative Preferred Stock in U S  Tele-Media Investment Company ('USTI'), a Pennsylvania
corporation which is controlled by Adelphia  On June 28, 1995, HHC redeemed its $20,000 preferred and
nonpreferred limited partnership interests in TMIP for all of the Series A Preferred Stock of USTI held by
TMIP  Included in revenue is $2,750 and $3 000 of preferred return recognized on this $20,000 investment in

7

2004C 012025

HILTON HEAD COMMUNICATIONS L P AND SUBSIDIARIES TELE-MEDIA
INVESTMENT PARTNERSHIP L P AND SUBSIDIARIES AND
TELE-MEDIA COMPANY OF SOUTHEAST FLORIDA INC
NOTES TO SPECIAL-PURPOSE FINANCIAL STATEMENTS
(Dollars in thousands)

1995 and 1996, respectively   Also during 1995, HHC paid SHHH a $1,000 placement fee in connection with these transactions

## 2 Summary of Significant Accounting Policies

*Cash and Cash Equivalents*

The Companies consider all highly liquid investments with original maturities of three months or less to be cash equivalents

*Subscriber Revenues*

Subscriber revenues are recorded in the month the service is provided

*Subscriber Receivables*

An allowance for doubtful accounts of $895 and $806 is recorded as a reduction of subscriber receivables at December 31, 1995 and 1996, respectively

*Programming Expense*

Adelphia allocates charges from programmers to affiliates, including the Companies, based on the number of subscribers to each programming service

*Property, Plant and Equipment*

Property, plant and equipment are comprised of the following

|  | December 31 | |
|---|---|---|
|  | 1995 | 1996 |
| Operating plant and equipment | $ 137,055 | $ 156,304 |
| Real estate and improvements | 996 | 1,203 |
| Support equipment | 4,211 | 2,081 |
| Construction in progress | 13,628 | 14,126 |
|  | 155,890 | 173,714 |
| Accumulated depreciation | (60,125) | (71,454) |
|  | $ 95,765 | $ 102,260 |

Depreciation is computed on the straight-line method using estimated useful lives of 5 to 12 years for operating plant and equipment and 3 to 20 years for support equipment and buildings   Additions to property, plant and equipment are recorded at cost which includes amounts for material, applicable labor, overhead and interest

8

2004C 012026

HILTON HEAD COMMUNICATIONS L P AND SUBSIDIARIES TELE-MEDIA
INVESTMENT PARTNERSHIP L P AND SUBSIDIARIES AND
TELE-MEDIA COMPANY OF SOUTHEAST FLORIDA INC
NOTES TO SPECIAL-PURPOSE FINANCIAL STATEMENTS
(Dollars in thousands)

*Intangible Assets*

Intangible assets, net of accumulated amortization, are comprised of the following

|  | December 31 | |
|  | 1995 | 1996 |
|---|---|---|
| Purchased franchises | $ 100,501 | $ 97,145 |
| Purchased subscriber lists | 62,179 | 52,871 |
| Non-compete agreements | 2,096 | 1,154 |
| Goodwill | 7 120 | 6 797 |
|  | $ 171 896 | $ 157 967 |

A portion of the aggregate purchase price of cable television systems acquired has been allocated to purchased
franchises, purchased subscriber lists, non-compete agreements and goodwill  Purchased franchises and
goodwill are amortized on the straight-line method over periods which range from 20 to 40 years  Purchased
subscriber lists are amortized on the straight-line method over the average period that the listed subscribers are
expected to receive service from the date of acquisition, which is 7 to 10 years  The non-compete agreements
are amortized over their contractual lives, which range from 2 to 5 years  Accumulated amortization of
intangible assets amounted to $63,759 and $71,251 at December 31, 1995 and 1996, respectively

*Amortization of Other Assets*

Organization costs are amortized using the straight-line method over a five year period  Deferred debt financing
costs are amortized over the term of the related debt  The unamortized amount of organization costs included in
prepaid expenses and other assets was $1,025 and $366 at December 31, 1995 and 1996, respectively  The
unamortized amount of deferred debt financing costs included in prepaid expenses and other assets was $9,532
and $7,501 at December 31, 1995 and 1996, respectively

*Asset Impairments*

The Companies periodically review the carrying value of their long-lived assets for impairment whenever events
or changes in circumstances indicate that the carrying value of assets may not be recoverable  Measurement of
any impairment would include a comparison of estimated future operating cash flows anticipated to be generated
during the remaining life of the assets with their net carrying value  An impairment loss would be recognized as
the amount by which the carrying value of the assets exceeds their fair value

*Use of Estimates in the Preparation of Financial Statements*

The preparation of financial statements in conformity with the basis of accounting described in Note 1 requires
management to make estimates and assumptions that affect the reported amounts of assets and liabilities and
disclosure of contingent assets and liabilities as of the date of the financial statements and the reported amounts
of revenues and expenses during the reporting period  Actual results could differ from those estimates

9

2004C 012027

HILTON HEAD COMMUNICATIONS L P AND SUBSIDIARIES TELE-MEDIA
INVESTMENT PARTNERSHIP L P AND SUBSIDIARIES AND
TELE-MEDIA COMPANY OF SOUTHEAST FLORIDA  INC
NOTES TO SPECIAL-PURPOSE FINANCIAL STATEMENTS
(Dollars in thousands)

*Derivative Financial Instruments*

Net settlement amounts under interest rate swap agreements are recorded as adjustments to interest expense
during the period incurred (see Note 3)

*Taxes on Income*

The Companies' partnership investments and SF are tax entities in which the filing of tax returns and related tax
liabilities are the responsibility of the owners

*Reclassification*

Certain reclassifications have been made to the 1995 amounts to conform with the 1996 presentation

## 3  Debt

*Notes Payable to Banks*

Notes payable to banks are comprised of a $350,000 revolving credit facility with several banks maturing in
2003  Interest rates under the credit facility are based upon one or more of the following rates at the option of
HHC  prime rate plus 0% to 1%, Certificate of Deposit Rate plus 1 00% to 2 25%, or LIBOR plus  75% to 2%
The weighted average interest rate on borrowings was  7 94%   and  7 29% at December 31, 1995 and 1996,
respectively

Borrowings under the credit facility are collateralized by substantially all of the assets of HHC, TMIP and SF
The credit facility limits, among other things, additional borrowings  investments, transactions with affiliates,
and payments of dividends and fees, and requires the maintenance of certain financial ratios  The credit facility
also provides that advances and contributions from affiliates may be returned to the affiliates to the extent
contributed or advanced from the closing date of the loan

The amount of actual borrowings available under the credit facility is based upon achieving certain levels of
operating performance   HHC pays commitment fees at the annual rate of 375% on unused principal   The
credit agreement provides for mandatory reductions in the revolving loan commitment in increasing quarterly
amounts, commencing December 31, 1996 through 2003   On the dates of such mandatory commitment
reductions, HHC is obligated to repay outstanding loans in excess of the remaining total commitment

The following table sets forth the maximum principal permitted to be outstanding under this revolving credit
facility at December 31 of each of the next five years

| | |
|---|---|
| December 31, 1997 | $313,250 |
| December 31, 1998 | 274,750 |
| December 31  1999 | 224,000 |
| December 31, 2000 | 166,250 |
| December 31  2001 | 103,250 |

10

2004C 012028

HILTON HEAD COMMUNICATIONS L P AND SUBSIDIARIES TELE-MEDIA
INVESTMENT PARTNERSHIP L P AND SUBSIDIARIES AND
TELE-MEDIA COMPANY OF SOUTHEAST FLORIDA INC
NOTES TO SPECIAL-PURPOSE FINANCIAL STATEMENTS
(Dollars in thousands)

Management of the Companies intends to fund debt maturities through borrowings under new credit arrangements and internally generated funds   Changing conditions in the financial markets may have some impact on how the Companies will refinance debt in the future

*Interest Rate Swaps and Caps*

HHC has entered into interest rate swap and cap agreements with banks and an affiliate to reduce the impact of changes in interest rates on its bank debt   HHC has entered into pay-fixed agreements to effectively convert a portion of its variable-rate debt to fixed-rate   Interest rate cap agreements are used to reduce the impact of increases in interest rates on variable rate debt   HHC is exposed to credit loss in the event of nonperformance by the banks and the affiliate  HHC does not expect any such nonperformance

The following table summarizes the notional amounts outstanding and the weighted average interest rate data for all swaps and caps which expire through 1997

|  | December 31, | |
| --- | --- | --- |
|  | 1995 | 1996 |
| **Pay Fixed Swaps** | | |
| Notional amounts | $ 51,250 | $      - |
| Average receive rate | 5 88% | - |
| Average pay rate | 5 20% | - |
| | | |
| **Interest Rate Caps** | | |
| Notional amount | $155,000 | $140,000 |
| Average cap rate | 7 07% | 7 00% |

*Other Debt*

Other debt consists of purchase money indebtedness and capital leases incurred in connection with the acquisition of, and are collateralized by, certain equipment   The interest rate on such debt is based on the Federal Funds rate plus 1 4% and is adjusted monthly based on the changes in the Federal Funds rate

**4 Commitments and Contingencies**

The Companies rent office space, tower sites and space on utility poles under leases with terms which are generally less than one year or under agreements that are generally cancelable on short notice   Total rental expense under all operating leases aggregated $1,266 and $1 203 for 1995 and 1996, respectively

In connection with certain obligations under existing franchise agreements, the Companies obtain surety bonds guaranteeing performance to municipalities and public utilities   Payment is required only in the event of nonperformance   The Companies have fulfilled all of their obligations such that no payments under surety bonds have been required

11

2004C 012029

HILTON HEAD COMMUNICATIONS L P AND SUBSIDIARIES TELE-MEDIA
INVESTMENT PARTNERSHIP L P AND SUBSIDIARIES AND
TELE-MEDIA COMPANY OF SOUTHEAST FLORIDA INC
NOTES TO SPECIAL-PURPOSE FINANCIAL STATEMENTS
(Dollars in thousands)

During the period July 1 1993 through July 26, 1996, HHC had a program to self insure for casualty and business interruption insurance  This program was part of an agreement in which SHHH provided insurance for casualty and business interruption claims of up to \$10 000 and \$20,000 per claim respectively), for each subsidiary of HHC  Effective July 26, 1996, HHC was insured by an outside party for casualty and business interruption.

The cable television industry and the Companies are subject to extensive regulation at the federal, state and local levels  Pursuant to the 1992 Cable Act, which significantly expanded the scope of regulation of certain subscriber rates and a number of other matters in the cable industry, the FCC has adopted rate regulations that establish, on a system-by-system basis, maximum allowable rates for (i) basic and cable programming services (other than programming offered on a per-channel or per-program basis), based upon a benchmark methodology, and (ii) associated equipment and installation services based upon cost plus a reasonable profit. Under the FCC rules, franchising authorities are authorized to regulate rates for basic services and associated equipment and installation services, and the FCC will regulate rates for regulated cable programming services in response to complaints filed with the agency  The original rate regulations became effective on September 1, 1993  Several amendments to the rate regulations have subsequently been added

The FCC has adopted regulations implementing virtually all of the requirements of the 1992 Cable Act  The FCC is also likely to continue to modify, clarify or refine the rate regulations  The Telecommunications Act of 1996 (the "1996 Act") deregulates the rates for cable programming services on March 31, 1999  The Companies cannot predict the effect of the 1996 Act on future rulemaking proceedings or changes to the rate regulations

Effective September 1 1993 as a result of the 1992 Cable Act  HHC repackaged certain existing cable services by adjusting rates for basic service and introducing a new method of offering certain cable services  HHC adjusted the basic service rates and related equipment and installation rates in all of its systems in order for such rates to be in compliance with the applicable benchmark or equipment and installation cost levels  HHC also implemented a program in all of its systems called "CableSelect" under which most of HHC's satellite-delivered programming services were offered individually on a per channel basis, or as a group at a price of approximately 15% to 20% below the sum of the per channel prices of all such services  For subscribers who elect to customize their channel lineup, HHC provided, for a monthly rental fee, an electronic device located on the cable line outside the home, enabling a subscriber's television to receive only those channels selected by the subscriber  HHC believes CableSelect provided increased programming choices to its subscribers while providing flexibility to HHC to respond to future changes in areas such as customer demand and programming  HHC no longer offers the CableSelect program in any of its systems

A letter of inquiry, one of at least 63 sent by the FCC to numerous cable operators  was received by an affiliate of HHC regarding the implementation of this new method of offering services  The affiliate responded in writing to the FCC's inquiry  On November 18, 1994, the FCC released amended rules under which, on a prospective basis, any "a la carte" package will be treated as a regulated tier, except for packages involving premium services  Also on November 18, 1994, the Cable Services Bureau of the FCC issued a decision holding that the "CableSelect" program was an evasion of the rate regulations and ordered this package to be treated as a regulated tier  This decision, and all other letters of inquiry decisions, were principally decided on the number of programming services moved from regulated tiers to "a la carte" packages  The affiliate has appealed this decision to the full Commission which affirmed the Cable Service Bureau's decision  The affiliate has sought reconsideration of the decision

12

2004C 012030

HILTON HEAD COMMUNICATIONS, L P AND SUBSIDIARIES  TELE-MEDIA
INVESTMENT PARTNERSHIP, L P AND SUBSIDIARIES  AND
TELE-MEDIA COMPANY OF SOUTHEAST FLORIDA  INC
NOTES TO SPECIAL-PURPOSE FINANCIAL STATEMENTS
(Dollars in thousands)

Certain other cable television companies that utilized "a la carte" packages have recently reached settlement/resolution with the FCC on this issue  The Companies believe that in view of this experience with other operators, resolution of these differences is possible, consistent with the terms and conditions of those earlier resolutions  Adelphia has engaged in discussions with the Cable Services Bureau of the FCC regarding a settlement of all outstanding rate proceedings involving "a la carte" packages, including those offered by the Companies' systems  A proposed settlement has been made available for public comment by the FCC  Management currently estimates there will not be any significant costs to the Companies associated with the resolution of this matter  While the Companies cannot predict the ultimate outcome or effect of this matter  management of the Companies does not expect the ultimate outcome of this matter to have a material adverse effect on the Companies' financial position and results of operations  Also, no assurance can be given as to what other future actions Congress, the FCC or other regulatory authorities may take or the effects thereof on the Companies  The Companies are currently unable to predict the effect that the amended regulations, future FCC treatment of "a la carte" packages or other future FCC rulemaking proceedings will have on its business and results of operations in future periods

## 5  Employee Benefit Plans

HHC participates in an Adelphia savings plan (401(k)) which provides that eligible full-time employees may contribute from 2% to 16% of their pre-tax compensation subject to certain limitations  HHC matches contributions not exceeding 1 5% of each participant's pre-tax compensation  During 1995 and 1996, no significant matching contributions were made by HHC

## 6  Disclosures About Fair Value of Financial Instruments

Included in the Companies' financial instrument portfolio are cash, a preferred equity investment, notes payable and interest rate caps  The carrying value of the preferred equity investment and notes payable approximates their fair value at December 31, 1995 and 1996  At December 31, 1995 and 1996, the Companies would have been required to pay approximately $1,067 and $515, respectively, to settle their interest rate cap agreements, representing the excess of carrying cost over fair value of their agreements  At December 31, 1995, the Companies would have received approximately $254 to settle their interest rate swap agreements, representing the excess of fair value over the carrying cost of the agreements  The fair values of the preferred equity investment, notes payable, and the interest rate swaps and caps were based upon quoted market prices of similar instruments or on rates available to the Companies for instruments of the same remaining maturities

## 7  Transactions with Affiliates

The Companies' receivables from affiliates as of December 31, 1995 and 1996 are presented net of a $10 300 valuation allowance regarding the estimated net realizable value of TMIP and SF receivables from their affiliates

The Companies have entered into management agreements with affiliates which provide for payment of management fees by the Companies of up to 5% of gross revenues  The amount and payment of such fees are subject to restrictions contained in the credit agreement

13                                  2004C 012031

HILTON HEAD COMMUNICATIONS L P AND SUBSIDIARIES TELE-MEDIA
INVESTMENT PARTNERSHIP L P AND SUBSIDIARIES AND
TELE-MEDIA COMPANY OF SOUTHEAST FLORIDA INC
NOTES TO SPECIAL-PURPOSE FINANCIAL STATEMENTS
(Dollars in thousands)

The Companies have periodically received funds from and advanced funds to their affiliates  During 1995 and 1996, the Companies charged  $4,648 and $4 634 respectively, in interest related to these intercompany balances that is included in revenues   Interest was charged at rates ranging from 6% to 15% on the average balance outstanding

During 1995, HHC paid to SHHH a fee of $5,250, or 1 1/2% of the loan commitment in connection with the refinancing of bank debt

At December 31, 1995, HHC had $51,250 notional amount Pay Fixed interest rate swaps with an affiliate, which expired in 1996  The effect of the interest rate swaps was to decrease interest expense by  $486 and $160 in 1995 and 1996, respectively

During 1995 and 1996, TMIP and SF incurred charges from an affiliate of $766 and $545, respectively, for construction services and $431 and $487, respectively, for certain general and administrative expenses

During 1996, HHC allocated $1,725 of direct operating and programming and selling, general and administrative expenses to the affiliate with which HHC has its management agreement   These amounts represent primarily employee and related costs in connection with management activities   Such costs were not allocated to the managing affiliate in 1995

**8  Subsequent Event**

In December 1996, the Companies received a deposit of $8,500 from an affiliate in anticipation of the sale of a cable television system serving approximately 6 400 subscribers in Florida   Such amount is included in accrued interest and other liabilities at December 31, 1996   The agreement regarding this transaction was finalized on March 31, 1997

14

2004C 012032

2004C 012033

**Deloitte &
Touche** LLP

| | |
|---|---|
| 2500 One PPG Place | Telephone (412) 338 7200 |
| Pittsburgh  Pennsylvania 15222-5401 | Facsimile (412) 338 7380 |

INDEPENDENT AUDITORS' REPORT

Hilton Head Communications  L P
National Cable Acquisition Associates  L P
Tele-Media Investment Partnership  L P
and Tele-Media Company of Southeast Florida  Inc

We have audited the special-purpose statements of assets and liabilities of Hilton Head Communications L P  and subsidiaries  National Cable Acquisition Associates  L P  Tele-Media Investment Partnership L P  and subsidiaries and Tele-Media Company of Southeast Florida, Inc  (a Subchapter S corporation) (collectively  the "Companies") as of December 31  1996 and 1997  and the related special-purpose statements of revenue and expenses  equity (deficiency) and cash flows for the years then ended  These financial statements are the responsibility of the Companies' management  Our responsibility is to express an opinion on these financial statements based on our audits

We conducted our audits in accordance with generally accepted auditing standards  Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement  An audit includes examining  on a test basis  evidence supporting the amounts and disclosures in the financial statements  An audit also includes assessing the accounting principles used and significant estimates made by management  as well as evaluating the overall financial statement presentation  We believe that our audits provide a reasonable basis for our opinion

The accompanying special purpose financial statements were prepared for the purpose of complying with Section 5 1 o  the revolving credit facility between the Lenders (as defined in the revolving credit facility) and Hilton Head Communications  L P  dated December 27  1994  as amended on December 31  1996  as discussed in Note 1 to the special-purpose financial statements  and are not intended to be a presentation in conformity with generally accepted accounting principles

In our opinion  such special purpose financial statements present fairly in all material respects  the assets and liabilities of Hilton Head Communications L P  and subsidiaries  National Cable Acquisition Associates  L P  Tele Media Investment Partnership  L P  and subsidiaries and Tele Media Company of Southeast Florida, Inc  at December 31  1996 and 1997  and their revenues  expenses  changes in equity (deficiency) and cash flows for the years then ended  on the basis of accounting described in Note 1

This report is intended solely for the information and use of the Boards of Directors and managements of Hilton Head Communications L P  National Cable Acquisition Associates L P  Tele Media Investment Partnership  L P  Tele Media Company of Southeast Florida, Inc  and the Lenders and should not be used for any other purpose

*Deloitte & Touche LLP*

March 6  1998

Deloitte Touche
Tohmatsu

2004C 012034

HILTON HEAD COMMUNICATIONS L P AND SUBSIDIARIES NATIONAL CABLE
ACQUISITION ASSOCIATES L P TELE-MEDIA
INVESTMENT PARTNERSHIP L P AND SUBSIDIARIES AND
TELE-MEDIA COMPANY OF SOUTHEAST FLORIDA INC
SPECIAL-PURPOSE STATEMENTS OF ASSETS AND LIABILITIES (Note 1)
(Dollars in thousands)

|  | December 31 | |
|---|---|---|
|  | 1996 | 1997 |
| **ASSETS** | | |
| Cable television systems at cost net of accumulated depreciation and amortization | | |
| Property, plant and equipment - net | S    102 260 | S    102 063 |
| Intangible assets - net | 157 967 | 143 142 |
| Total | 260,227 | 245 205 |
| | | |
| Cash and cash equivalents | 21 626 | 15 145 |
| Subscriber receivables - net | 3,897 | 3 750 |
| Prepaid expenses and other assets - net | 8 238 | 8 114 |
| Preferred equity investment | 20 000 | 20 000 |
| Total | S    313 988 | S    292 214 |
| | | |
| **LIABILITIES AND EQUITY (DEFICIENCY)** | | |
| Notes payable to banks | S    308,000 | S    303 000 |
| Other debt | 857 | 1 201 |
| Accounts payable | 5 677 | 4 149 |
| Subscriber advance payments and deposits | 3 532 | 3 661 |
| Accrued interest and other liabilities | 16 512 | 3 854 |
| Total liabilities | 334 578 | 315 865 |
| | | |
| Commitments and contingencies (Note 4) | | |
| | | |
| Equity (deficiency) | | |
| Equity | 10,036 | 9 483 |
| Receivables from affiliates - net | (30 626) | (33 134) |
| Equity (deficiency) - net | (20 590) | (23 651) |
| Total | S    313 988 | S    292 214 |

See notes to special-purpose financial statements

3

2004C 012035

HILTON HEAD COMMUNICATIONS L P AND SUBSIDIARIES NATIONAL CABLE
ACQUISITION ASSOCIATES L P TELE-MEDIA
INVESTMENT PARTNERSHIP L P AND SUBSIDIARIES AND
TELE-MEDIA COMPANY OF SOUTHEAST FLORIDA INC
SPECIAL-PURPOSE STATEMENTS OF REVENUES AND EXPENSES (Note 1)
(Dollars in thousands)

|  | Year Ended December 31 | |
|  | 1996 | 1997 |
|---|---|---|
| Revenues | $ 89 258 | $ 87 489 |
| Operating expenses |  |  |
| Direct operating and programming | 21 490 | 22 894 |
| Selling general and administrative | 12 100 | 12 564 |
| Depreciation and amortization | 30 902 | 30,717 |
| Management fees | 4 066 | 4 177 |
| Total | 68 558 | 70 352 |
| Operating income | 20 700 | 17,137 |
| Interest expense | (24 284) | (24,220) |
| Other expense |  | (115) |
| Gain on sale of assets | - | 5 145 |
| Net loss | $ (3 584) | $ (2 053) |

See notes to special-purpose financial statements

4                                    2004C 012036

HILTON HEAD COMMUNICATIONS L P AND SUBSIDIARIES NATIONAL CABLE
ACQUISITION ASSOCIATES L P TELE-MEDIA
INVESTMENT PARTNERSHIP L P AND SUBSIDIARIES AND
TELE-MEDIA COMPANY OF SOUTHEAST FLORIDA INC
SPECIAL-PURPOSE STATEMENTS OF EQUITY (DEFICIENCY) (Note 1)
(Dollars in thousands)

| | Equity | | Receivables from Affiliates - Net | | Equity (Deficiency) - Net | |
|---|---|---|---|---|---|---|
| Balance December 31 1995 | S | 13 620 | S | (30 432) | S | (16 812) |
| Amounts advanced to affiliates - net | | - | | (194) | | (194) |
| Net loss | | (3 584) | | - | | (3 584) |
| Balance December 31 1996 | | 10 036 | | (30 626) | | (20,590) |
| Amounts advanced from affiliates - net | | - | | (2 508) | | (2 508) |
| Contribution by TMIP general partners of certain partnership interests in a CATV system | | 1 500 | | - | | 1 500 |
| Net loss | | (2 053) | | - | | (2 053) |
| Balance December 31, 1997 | S | 9 483 | S | (33 134) | S | (23 651) |

See notes to special-purpose financial statements

5

2004C 012037

HILTON HEAD COMMUNICATIONS L P AND SUBSIDIARIES NATIONAL CABLE
ACQUISITION ASSOCIATES L P  TELE MEDIA
INVESTMENT PARTNERSHIP L P AND SUBSIDIARIES AND
TELE-MEDIA COMPANY OF SOUTHEAST FLORIDA INC
SPECIAL-PURPOSE STATEMENTS OF CASH FLOWS (Note 1)
(Dollars in thousands)

| | | Year Ended December 31 | | |
| | | 1996 | | 1997 |
|---|---|---|---|---|
| Cash flows from operating activities | | | | |
| Net loss | S | (3 584) | S | (2 053) |
| Adjustments to reconcile net loss to net cash provided | | | | |
| by operating activities | | | | |
| Depreciation | | 13 546 | | 14 450 |
| Amortization | | 17 356 | | 16,267 |
| Gain on sale of assets | | | | (5 145) |
| Changes in operating assets and liabilities | | | | |
| Subscriber receivables | | (223) | | 147 |
| Prepaid expenses and other assets | | (88) | | (530) |
| Accounts payable | | (356) | | (1 528) |
| Subscriber advance payments and deposits | | 149 | | 129 |
| Accrued interest and other liabilities | | (222) | | (4 188) |
| Net cash provided by operating activities | | 26 578 | | 17 549 |
| | | | | |
| Cash flows from investing activities | | | | |
| Expenditures for property, plant and equipment | | (19 678) | | (16 619) |
| Deposit received on pending sale of cable television assets | | 8 500 | | - |
| Net cash used for investing activities | | (11 178) | | (16 619) |
| | | | | |
| Cash flows from financing activities | | | | |
| Proceeds from debt | | - | | 150 |
| Repayments of debt | | (10 253) | | (5 053) |
| Amounts advanced to affiliates – net | | (194) | | (2 508) |
| Net cash used for financing activities | | (10 447) | | (7 411) |
| | | | | |
| Increase (decrease) in cash and cash equivalents | | 4 953 | | (6 481) |
| | | | | |
| Cash and cash equivalents  beginning of year | | 16 673 | | 21 626 |
| | | | | |
| Cash and cash equivalents  end of year | S | 21 626 | S | 15 145 |
| | | | | |
| Supplemental disclosure of cash flow activity - | | | | |
| Cash payments for interest | S | 24 391 | S | 27 318 |

See notes to special-purpose financial statements

6

2004C 012038

HILTON HEAD COMMUNICATIONS L P AND SUBSIDIARIES NATIONAL CABLE
ACQUISITION ASSOCIATES L P TELE-MEDIA
INVESTMENT PARTNERSHIP L P AND SUBSIDIARIES AND
TELE-MEDIA COMPANY OF SOUTHEAST FLORIDA INC
NOTES TO SPECIAL-PURPOSE FINANCIAL STATEMENTS
(Dollars in thousands)

## 1 The Companies and Basis of Presentation

Hilton Head Communications L P (a limited partnership) and its substantially owned subsidiaries (collectively HHC ) is owned by NCAA Holdings Inc ( NCAA"), the general partner and Syracuse Hilton Head Holdings L P ( SHHH ), the limited partner NCAA and SHHH are principally owned by certain executive officers of Adelphia Communications Corporation ( Adelphia ) which is also principally owned by these executive officers

The partnership interests of National Cable Acquisition Associates, L P ( National ), a subsidiary of HHC which includes the limited partnership interest in TMIP, were sold to Olympus Communications L P ( Olympus ) effective October 1 1997 for approximately $118,000 The proceeds of the sale were the assumption of liabilities by Olympus Olympus is 50% owned by Adelphia As provided in Amendment No 1 to the revolving credit facility dated December 31 1996, National will remain a deemed subsidiary of HHC for purposes of these special purpose financial statements

Tele-Media Investment Partnership, L P (a limited partnership) and its substantially owned subsidiaries (collectively TMIP ) is owned by certain individuals (the general partners) who are unrelated to the owners of National and by National (the limited partner) Tele-Media Company of Southeast Florida Inc ("SF ) (a Subchapter S Corporation) is owned by shareholders who are substantially the same as the general partners of TMIP

The operations of HHC, National TMIP and SF (collectively, the Companies ) consist primarily of selling video programming which is distributed to subscribers in several states for a monthly fee through a network of fiber optic and coaxial cables

The accompanying special-purpose financial statements include the accounts of HHC National, TMIP and SF All significant intercompany transactions and accounts between the Companies have been eliminated Such special-purpose financial statements were prepared for the purpose of complying with Section 5 1 of the revolving credit facility discussed in Note 3 Such Section 5 1 requires financial statements that include the consolidated and combined accounts of HHC National TMIP and SF, but because of the lack of common ownership among the Companies the special-purpose financial statements are not intended to be a presentation in conformity with generally accepted accounting principles however the underlying transactions of HHC National TMIP and SF included in these special-purpose financial statements are recorded in conformity with generally accepted accounting principles A summary of the significant accounting policies is included as Note 2

In December 1996 the Companies received a deposit of $8 500 in anticipation of the sale of a cable television system serving approximately 6 400 subscribers in Florida Such amount was included in accrued interest and other liabilities at December 31 1996 The transaction was completed on March 31 1997 resulting in a gain of $5 145

On December 3 1997 a subsidiary of HHC exchanged cable television systems serving approximately 41 000 subscribers in Syracuse New York for Time Warner Cable systems serving approximately 47 000 subscribers in western Pennsylvania and Virginia No gain or loss was recognized as a result of this transaction The $60 800

2004C 012039

HILTON HEAD COMMUNICATIONS L P AND SUBSIDIARIES NATIONAL CABLE
ACQUISITION ASSOCIATES L P  TELE-MEDIA
INVESTMENT PARTNERSHIP L P AND SUBSIDIARIES AND
TELE-MEDIA COMPANY OF SOUTHEAST FLORIDA INC
NOTES TO SPECIAL-PURPOSE FINANCIAL STATEMENTS
(Dollars in thousands)

net book value of the cable television systems exchanged was allocated to the property plant and equipment and intangible assets received

### 2  Summary of Significant Accounting Policies

*Cash and Cash Equivalents*

The Companies consider all highly liquid investments with original maturities of three months or less to be cash equivalents

*Subscriber Revenues*

Subscriber revenues are recorded in the month the service is provided

*Subscriber Receivables*

An allowance for doubtful accounts of $806 and $370 is recorded as a reduction of subscriber receivables at December 31, 1996 and 1997, respectively

*Preferred Equity Investment*

HHC owns 100 000 shares of Series A 15% cumulative Preferred Stock in U S Tele-Media Investment Company, a Pennsylvania corporation which is controlled by Adelphia  Included in revenues is $3 000 of preferred return recognized on this investment in each of 1996 and 1997

*Programming Expense*

Adelphia allocates charges from programmers to affiliates  including the Companies  based on the number of subscribers to each programming service

*Property  Plant and Equipment*

Property, plant and equipment are comprised of the following

| | December 31 | |
|---|---|---|
| | 1996 | 1997 |
| Operating plant and equipment | $ 156 304 | $ 158 452 |
| Real estate and improvements | 1 203 | 1 484 |
| Support equipment | 2 081 | 1 649 |
| Construction in progress | 14 126 | 12 019 |
| | 173 714 | 173 604 |
| Accumulated depreciation | (71 454) | (71 541) |
| | $ 102 260 | $ 102 063 |

8

2004C 012040

HILTON HEAD COMMUNICATIONS L P AND SUBSIDIARIES NATIONAL CABLE
ACQUISITION ASSOCIATES L P TELE-MEDIA
INVESTMENT PARTNERSHIP L P AND SUBSIDIARIES AND
TELE-MEDIA COMPANY OF SOUTHEAST FLORIDA INC
NOTES TO SPECIAL-PURPOSE FINANCIAL STATEMENTS
(Dollars in thousands)

Depreciation is computed on the straight-line method using estimated useful lives of 5 to 12 years for operating
plant and equipment and 3 to 20 years for support equipment and buildings  Additions to property plant and
equipment are recorded at cost which includes amounts for material applicable labor overhead and interest

*Intangible Assets*

Intangible assets net of accumulated amortization are comprised of the following

| | December 31 | | | |
|---|---|---|---|---|
| | 1996 | | 1997 | |
| Purchased franchises | S | 97 145 | S | 109 877 |
| Purchased subscriber lists | | 52 871 | | 28 664 |
| Non-compete agreements | | 1 154 | | 336 |
| Goodwill | | 6 797 | | 4 265 |
| | S | 157 967 | S | 143 142 |

A portion of the aggregate purchase price of cable television systems acquired has been allocated to purchased
franchises  purchased subscriber lists  non-compete agreements and goodwill   Purchased franchises and
goodwill are amortized on the straight-line method over periods which range from 20 to 40 years  Purchased
subscriber lists are amortized on the straight-line method over the average period that the listed subscribers are
expected to receive service from the date of acquisition, which is 7 to 10 years  The non-compete agreements
are amortized over their contractual lives  which range from 2 to 5 years   Accumulated amortization of
intangible assets amounted to S71 251 and S57 608 at December 31 1996 and 1997 respectively

*Amortization of Other Assets*

Organization costs are amortized using the straight-line method over a five year period  Deferred debt financing
costs are amortized over the term of the related debt  The unamortized amount of organization costs included in
prepaid expenses and other assets was S366 and S142 at December 31 1996 and 1997, respectively  The
unamortized amount of deferred debt financing costs included in prepaid expenses and other assets was S7 501
and S5 401 at December 31 1996 and 1997 respectively

*Asset Impairments*

The Companies periodically review the carrying value of their long-lived assets for impairment whenever events
or changes in circumstances indicate that the carrying value of assets may not be recoverable  Measurement of
any impairment would include a comparison of estimated future operating cash flows anticipated to be
generated during the remaining life of the assets with their net carrying value  An impairment loss would be
recognized as the amount by which the carrying value of the assets exceeds their fair value

2004C 012041

HILTON HEAD COMMUNICATIONS L P AND SUBSIDIARIES NATIONAL CABLE
ACQUISITION ASSOCIATES L P TELE-MEDIA
INVESTMENT PARTNERSHIP L P AND SUBSIDIARIES AND
TELE-MEDIA COMPANY OF SOUTHEAST FLORIDA INC
NOTES TO SPECIAL-PURPOSE FINANCIAL STATEMENTS
(Dollars in thousands)

*Use of Estimates in the Preparation of Financial Statements*

The preparation of financial statements in conformity with the basis of accounting described in Note 1 requires management of the Companies to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities as of the date of the financial statements and the reported amounts of revenues and expenses during the reporting period  Actual results could differ from those estimates

*Taxes on Income*

The Companies  partnership investments and SF are tax entities for which the filing of tax returns and related tax liabilities are the responsibility of the owners

## 3  Debt

*Notes Payable to Banks*

Notes payable to banks are comprised of a $350 000 revolving credit facility with several banks maturing in 2003  Interest rates under the credit facility are based upon one or more of the following rates at the option of HHC  prime rate plus 0% to 1%, Certificate of Deposit Rate plus 1 00% to 2 25%, or LIBOR plus  75% to 2%  The weighted average interest rate on borrowings was 7 29%  and 7 41% at December 31, 1996 and 1997, respectively

Borrowings under the credit facility are collateralized by substantially all of the assets of HHC  National, TMIP and SF  The credit facility limits, among other things, additional borrowings, investments  transactions with affiliates and payments of dividends and fees  and requires the maintenance of certain financial ratios  The credit facility also provides that advances and contributions from affiliates may be returned to the affiliates to the extent contributed or advanced from the closing date of the loan  During the year ended December 31, 1997, HHC received such advances, accruing interest of $5,247 which is included in interest expense  Such advances were used to temporarily reduce amounts outstanding under the credit facility

The amount of actual borrowings available under the credit facility is based upon achieving certain levels of operating performance  HHC pays commitment fees at the annual rate of  375% on unused principal  The credit agreement provides for mandatory reductions in the revolving loan commitment in increasing quarterly amounts  commencing December 31  1996 through 2003  On the dates of such mandatory commitment reductions  HHC is obligated to repay outstanding loans in excess of the remaining total commitment

10

2004C 012042

HILTON HEAD COMMUNICATIONS L P AND SUBSIDIARIES NATIONAL CABLE
ACQUISITION ASSOCIATES L P  TELE-MEDIA
INVESTMENT PARTNERSHIP L P AND SUBSIDIARIES AND
TELE-MEDIA COMPANY OF SOUTHEAST FLORIDA INC
NOTES TO SPECIAL-PURPOSE FINANCIAL STATEMENTS
(Dollars in thousands)

The following table sets forth the maximum principal permitted to be outstanding under this revolving credit facility at December 31 of each of the next five years

| | |
|---|---|
| December 31  1998 | $274 750 |
| December 31  1999 | 224 000 |
| December 31  2000 | 166 250 |
| December 31  2001 | 103 250 |
| December 31, 2002 | 35,000 |

Management of the Companies intends to fund debt maturities through borrowings under new credit arrangements and internally generated funds  Changing conditions in the financial markets may have some impact on how the Companies will refinance debt in the future

*Other Debt*

Other debt consists of purchase money indebtedness and capital leases incurred in connection with the acquisition of  and are collateralized by, certain equipment  The interest rate on such debt is based on the Federal Funds rate plus 1 4% and is adjusted monthly based on the changes in the Federal Funds rate

**4  Commitments and Contingencies**

The Companies rent office space, tower sites and space on utility poles under leases with terms which are generally less than one year or under agreements that are generally cancelable on short notice   Total rental expense under all operating leases aggregated $1,203 and $1 154 for 1996 and 1997 respectively

In connection with certain obligations under existing franchise agreements,  the Companies obtain surety bonds guaranteeing performance to municipalities and public utilities   Payment is required only in the event of nonperformance  The Companies have fulfilled all of their obligations such that no payments under surety bonds have been required

During the period July 1  1993 through July 26  1996  HHC had a program to self insure for casualty and business interruption insurance  This program was part of an agreement in which SHHH provided insurance for casualty and business interruption claims of up to $10 000 and $20,000 per claim  respectively, for each subsidiary of HHC  Effective July 26, 1996  HHC is insured by an outside party for casualty and business interruption

The cable television industry and the Companies are subject to extensive regulation at the federal  state and local levels  Pursuant to the 1992 Cable Act  which significantly expanded the scope of regulation of certain subscriber rates and a number of other matters in the cable industry, the FCC has adopted rate regulations that establish  on a system-by-system basis  maximum allowable rates for (i) basic and cable programming services

11

2004C 012043

HILTON HEAD COMMUNICATIONS L P AND SUBSIDIARIES NATIONAL CABLE
ACQUISITION ASSOCIATES L P TELE-MEDIA
INVESTMENT PARTNERSHIP L P AND SUBSIDIARIES AND
TELE-MEDIA COMPANY OF SOUTHEAST FLORIDA INC
NOTES TO SPECIAL-PURPOSE FINANCIAL STATEMENTS
(Dollars in thousands)

(other than programming offered on a per-channel or per-program basis) based upon a benchmark methodology, and (ii) associated equipment and installation services based upon cost plus a reasonable profit  Under the FCC rules  franchising authorities are authorized to regulate rates for basic services and associated equipment and installation services, and the FCC will regulate rates for regulated cable programming services in response to complaints filed with the agency  The original rate regulations became effective on September 1, 1993  Several amendments to the rate regulations have subsequently been added

The FCC has adopted regulations implementing virtually all of the requirements of the 1992 Cable Act  The FCC is also likely to continue to modify, clarify or refine the rate regulations  The Telecommunications Act of 1996 (the "1996 Act") deregulates the rates for cable programming services on March 31, 1999   The Companies cannot predict the effect of the 1996 Act on future rulemaking proceedings or changes to the rate regulations

### 5  Employee Benefit Plans

HHC participates in an Adelphia savings plan (401(k)) which provides that eligible full-time employees may contribute from 2% to 20% of their pre-tax compensation subject to certain limitations  HHC matches contributions not exceeding 1 5% of each participant's pre-tax compensation  During 1996 and 1997, no significant matching contributions were made by HHC

### 6  Disclosures About Fair Value of Financial Instruments

Included in the Companies  financial instrument portfolio are cash  a preferred equity investment and notes payable  The carrying value of the preferred equity investment and notes payable approximates their fair value at December 31  1996 and 1997  The fair values of the preferred equity investment and notes payable were based upon quoted market prices of similar instruments or on rates available to the Companies for instruments of the same remaining maturities

### 7  Transactions with Affiliates

The Companies  receivables from affiliates as of December 31  1996 and 1997 are presented net of a $10 300 valuation allowance regarding the estimated net realizable value of TMIP and SF receivables from their affiliates

The Companies have entered into management agreements with affiliates which provide for payment of management fees by the Companies of up to 5% of gross revenues  The amount and payment of such fees are subject to restrictions contained in the credit agreement

The Companies have periodically received funds from and advanced funds to their affiliates  During 1996 and 1997 the Companies charged $4 634 and $0  respectively  in interest related to these intercompany balances that is included in revenues  Interest was charged at rates ranging from 6% to 15% on the average balance outstanding

12

2004C 012044

HILTON HEAD COMMUNICATIONS L P AND SUBSIDIARIES NATIONAL CABLE
ACQUISITION ASSOCIATES L P TELE-MEDIA
INVESTMENT PARTNERSHIP L P AND SUBSIDIARIES AND
TELE-MEDIA COMPANY OF SOUTHEAST FLORIDA INC
NOTES TO SPECIAL-PURPOSE FINANCIAL STATEMENTS
(Dollars in thousands)

During 1996 and 1997 TMIP and SF incurred charges from an affiliate of $545 and $1 916 respectively for
construction services and $487 and $565 respectively, for certain general and administrative expenses

During 1996 and 1997, HHC allocated $1 725 and $1,777, respectively, of direct operating and programming
and selling, general and administrative expenses to the affiliate with which HHC has its management agreement
These amounts represent primarily employee and related costs in connection with management activities

**8  Subsequent Event**

On March 2 1998 National and TMIP entered into a series of agreements to restructure the ownership of
TMIP The restructuring will result in National exchanging its limited partnership investment in TMIP for 100%
ownership of approximately 27 750 subscribers in Palm Beach County Florida subject to approximately
$38 290 in debt and a 75% general partner interest in TMIP subject to approximately $37,850 in debt. The
remaining approximately 17 950 subscribers of TMIP will be distributed to the general partners of TMIP subject
to approximately $12 860 in debt  The restructured TMIP will have approximately 40 850 subscribers located
principally in Broward County, Florida   Consummation of this transaction is subject to certain closing
conditions and regulatory approval

13

2004C 012045

2004C 012046



Deloitte &
Touche LLP

| 2500 One PPG Place | Telephone (412) 338-7200 |
| Pittsburgh, Pennsylvania 15222-5401 | Facsimile (412) 338-7309 |

INDEPENDENT AUDITORS' REPORT

UCA Corporation,
Adelphia Cable TV, Inc. and
Grand Island Cable, Inc.

We have audited the accompanying combined balance sheets of UCA Corporation and
subsidiaries, Adelphia Cable TV, Inc. and Grand Island Cable, Inc. (collectively, the
"Companies"), all of which are under common ownership and common management, as of
March 31, 1996 and 1997, and the related combined statements of income, stockholder's equity
(deficiency) and cash flows for the years then ended. These financial statements are the
responsibility of the Companies' management. Our responsibility is to express an opinion on
these financial statements based on our audits.

We conducted our audits in accordance with generally accepted auditing standards. Those
standards require that we plan and perform the audit to obtain reasonable assurance about
whether the financial statements are free of material misstatement. An audit includes examining
on a test basis, evidence supporting the amounts and disclosures in the financial statements. An
audit also includes assessing the accounting principles used and significant estimates made by
management, as well as evaluating the overall financial statement presentation. We believe that
our audits provide a reasonable basis for our opinion.

In our opinion, such financial statements present fairly, in all material respects, the combined
financial position of UCA Corporation and subsidiaries, Adelphia Cable TV, Inc. and Grand
Island Cable, Inc. at March 31, 1996 and 1997, and the combined results of their operations and
their combined cash flows for the years then ended in conformity with generally accepted
accounting principles.

*Deloitte & Touche LLP*

May 20, 1997

Deloitte Touche
Tohmatsu
International

2004C 012047

UCA CORPORATION AND SUBSIDIARIES
ADELPHIA CABLE TV INC AND GRAND ISLAND CABLE INC
COMBINED BALANCE SHEETS
(Dollars in thousands except per share data)

|  | | March 31 | | |
|---|---|---|---|---|
|  | | 1996 | | 1997 |
| **ASSETS** | | | | |
| Cable television systems at cost, net of accumulated depreciation and amortization | | | | |
| Property, plant and equipment | S | 57 919 | S | 57,665 |
| Intangible assets | | 80 666 | | 77 081 |
| Total | | 138 585 | | 134 746 |
| | | | | |
| Cash and cash equivalents | | 240 | | 237 |
| Subscriber receivables - net | | 2,028 | | 2,011 |
| Prepaid expenses and other assets - net | | 3,196 | | 2,788 |
| Total | S | 144 049 | S | 139,782 |
| | | | | |
| **LIABILITIES AND STOCKHOLDER'S EQUITY (DEFICIENCY)** | | | | |
| Notes payable to banks | S | 200 000 | S | 157,000 |
| Other debt | | 153 | | 261 |
| Accounts payable | | 4 609 | | 4,582 |
| Subscriber advance payments and deposits | | 1 206 | | 1,357 |
| Accrued interest and other liabilities | | 5 743 | | 3,639 |
| Deferred income taxes | | 18 764 | | 20,095 |
| Total liabilities | | 230 475 | | 186 934 |
| | | | | |
| Commitments and contingencies (Note 5) | | | | |
| | | | | |
| Stockholder's equity (deficiency) | | | | |
| Common Stock | | | | |
| UCA Corporation - no par value 1 000 shares authorized issued and outstanding | | | | - |
| Adelphia Cable TV Inc  S 01 par value 100 shares authorized, issued and outstanding | | | | - |
| Grand Island Cable, Inc - S 01 par value, 1 000 shares authorized, issued and outstanding | | 1 | | 1 |
| Additional paid-in capital | | 83 288 | | 35 087 |
| Accumulated deficit | | (64 762) | | (55,219) |
| Notes and other receivables from affiliates - net | | (104 953) | | (27 021) |
| Total stockholder's equity (deficiency) | | (86 426) | | (47 152) |
| Total | S | 144 049 | S | 139 782 |

See notes to combined financial statements

2004C 012048

UCA CORPORATION AND SUBSIDIARIES
ADELPHIA CABLE TV INC AND GRAND ISLAND CABLE INC
COMBINED STATEMENTS OF INCOME
(Dollars in thousands)

| | Year Ended March 31 | |
| | 1996 | 1997 |
|---|---|---|
| Revenues | $ 54 441 | $ 60 964 |
| | | |
| Operating expenses | | |
| Direct operating and programming | 15,677 | 17 705 |
| Selling, general and administrative | 3 758 | 4 182 |
| Depreciation and amortization | 12 099 | 12 716 |
| Management fees | 2 722 | 3 044 |
| Rate regulation | 600 | - |
| Total | 34 856 | 37 647 |
| | | |
| Operating income | 19 585 | 23 317 |
| | | |
| Interest expense | (14 284) | (13 569) |
| | | |
| Income before income taxes | 5 301 | 9 748 |
| Income tax benefit (expense) | 1 330 | (2 549) |
| | | |
| Net income | $ 6 631 | $ 7 199 |

See notes to combined financial statements

4                                    2004C 012049

UCA CORPORATION AND SUBSIDIARIES
ADELPHIA CABLE TV INC AND GRAND ISLAND CABLE INC
COMBINED STATEMENTS OF STOCKHOLDERS EQUITY (DEFICIENCY)
(Dollars in thousands)

| | Common Stock | Additional Paid in Capital | Accumulated Deficit | Notes and other Receivables from Affiliates Net | Total Stockholders Equity (Deficiency) |
|---|---|---|---|---|---|
| Balance, March 31, 1995 | $        1 | $    94,107 | $   (71,393) | $   (30,267) | $     (7,552) |
| Net income | | | 6,631 | | 6,631 |
| Amounts advanced to affiliates  net | | | | (74,686) | (74,686) |
| Excess of purchase price of acquired assets over related party predecessor owner's book value | | (10,819) | | | (10,819) |
| Balance March 31 1996 | 1 | 83,288 | (64,762) | (104,953) | (86,426) |
| Net income | | | 7,199 | | 7,199 |
| Amounts advanced from affiliates  net | | | | 77,932 | 77,932 |
| Excess of purchase price of acquired assets over related party predecessor owner's book value | | (48,201) | 2,344 | | (45,857) |
| Balance March 31 1997 | $        1 | $    35,087 | $   (55,219) | $   (27,021) | $     (17,152) |

See notes to combined financial statements

2004C 012050

UCA CORPORATION AND SUBSIDIARIES
ADELPHIA CABLE TV INC AND GRAND ISLAND CABLE INC
COMBINED STATEMENTS OF CASH FLOWS
(Dollars in thousands)

| | | Year Ended March 31 | | |
|---|---|---|---|---|
| | | 1996 | | 1997 |
| Cash flows from operating activities | | | | |
| Net income | S | 6 63 | S | 7 199 |
| Adjustments to reconcile net income to net cash provided | | | | |
| by operating activities | | | | |
| Depreciation | | 7 779 | | 8 645 |
| Amortization | | 4 320 | | 4 071 |
| Rate regulation | | 470 | | - |
| Deferred income tax (benefit) expense | | (1 865) | | 2 419 |
| Changes in operating assets and liabilities, net of | | | | |
| effects of acquisitions | | | | |
| Subscriber receivables | | (7) | | 18 |
| Prepaid expenses and other assets | | (1 314) | | (80) |
| Accounts payable | | (181) | | (27) |
| Subscriber advance payments and deposits | | (417) | | 151 |
| Accrued interest and other liabilities | | 3 584 | | (2 111) |
| Net cash provided by operating activities | | 19 000 | | 20 285 |
| Cash flows from investing activities | | | | |
| Expenditures for property plant and equipment | | (7 243) | | (6 786) |
| Cash used for acquisitions | | (20 969) | | - |
| Acquisition of ACTV | | | | (61 674) |
| Cash used for investing activities | | (28 212) | | (68 460) |
| Cash flows from financing activities | | | | |
| Proceeds from debt | | 91 000 | | |
| Repayments of debt | | (43) | | (43 052) |
| Amounts advanced (to) from affiliates | | (81 858) | | 91 224 |
| Net cash provided by financing activities | | 9 099 | | 48 172 |
| Decrease in cash and cash equivalents | | (113) | | (3) |
| Cash and cash equivalents beginning of year | | 353 | | 240 |
| Cash and cash equivalents end of year | S | 240 | S | 237 |
| Supplemental disclosure of cash flow activity | | | | |
| Cash payments for interest | S | 11 736 | S | 16 541 |

See notes to combined financial statements

6

2004C 012051

UCA CORPORATION AND SUBSIDIARIES
ADELPHIA CABLE TV INC AND GRAND ISLAND CABLE INC
NOTES TO COMBINED FINANCIAL STATEMENTS
(Dollars in Thousands)

1 The Companies and Basis of Presentation

UCA Corporation and subsidiaries ( UCA'), Adelphia Cable TV Inc ('ACTV) and Grand Island Cable Inc (collectively the "Companies') are wholly owned subsidiaries of Adelphia Communications Corporation ("Adelphia ) The Companies' operations consist primarily of selling video programming which is distributed primarily to subscribers in Pennsylvania Virginia and Ohio for a monthly fee through a network of fiber optic and coaxial cables These services are offered in the Companies respective franchise areas under the name Adelphia Cable Communications

The accompanying combined financial statements include the accounts of the Companies as required under the reducing revolving credit agreement discussed in Note 4 All significant intercompany transactions and accounts have been eliminated in combination

2 Summary of Significant Accounting Policies

*Subscriber Revenues*

Subscriber revenues are recorded in the month the service is provided

*Programming Expense*

During the years ended March 31 1996 and 1997 Adelphia allocated programming expense to the Companies based on the number of programming service subscribers

*Property Plant and Equipment*

Property plant equipment are comprised of the following

|  | March 31 | | | |
|---|---|---|---|---|
|  | 1996 | | 1997 | |
| Operating plant and equipment | S | 98 071 | S | 103 311 |
| Real estate and improvements |  | 2 582 |  | 2 749 |
| Support equipment |  | 1 719 |  | 1 942 |
| Construction in progress |  | 6 752 |  | 8 936 |
|  |  | 109 124 |  | 116 938 |
| Accumulated depreciation |  | (51 205) |  | (59 273) |
|  | S | 57 919 | S | 57 665 |

Depreciation is computed on the straight line method using estimated useful lives of 5 to 12 years for operating plant and equipment and 3 to 20 years for support equipment and buildings Additions to property plant and equipment are recorded at cost which includes amounts for material applicable labor overhead and interest Capitalized interest amounted to S193 for each of the years ended March 31 1996 and 1997

2004C 012052

7

UCA CORPORATION AND SUBSIDIARIES
ADELPHIA CABLE TV INC AND GRAND ISLAND CABLE INC
NOTES TO COMBINED FINANCIAL STATEMENTS
(Dollars in Thousands)

*Intangible Assets*

Intangible assets net of accumulated amortization are comprised of the following

|  | March 31 | | |
|---|---|---|---|
|  | 1996 | | 1997 |
| Purchased franchises | $ | 75 544 | $ 72 911 |
| Goodwill | | 4,078 | 3,932 |
| Non-compete agreements | | 1 044 | 238 |
| | $ | 80 666 | $ 77 081 |

A portion of the aggregate purchase price of cable television systems acquired has been allocated to purchased franchises, goodwill and non-compete agreements  Purchased franchises and goodwill are amortized on the straight-line method over 40 years  The non-compete agreements are amortized over their contractual lives which are 6 years  Accumulated amortization of intangible assets amounted to $20,059 and $23 644 at March 31 1996 and 1997 respectively

*Amortization of Other Assets*

Deferred debt financing costs included in prepaid expenses and other assets are amortized over the term of the related debt  The unamortized amounts were $2 498 and $2 164 respectively at March 31 1996 and 1997 respectively

*Cash and Cash Equivalents*

The Companies consider all highly liquid investments with original maturities of three months or less to be cash equivalents

*Subscriber Receivables*

An allowance for doubtful accounts of $140 and $224 has been deducted from subscriber receivables at March 31 1996 and 1997 respectively

*Asset Impairments*

The Companies periodically review the carrying amounts of their long lived assets for impairment whenever events or changes in circumstances indicate that the carrying value of the assets may not be recoverable  Measurement of any impairment would include a comparison of estimated future operating cash flows anticipated to be generated during the remaining life of the assets with their net carrying value  An impairment loss would be recognized as the amount by which the carrying value of the assets exceeds their fair value

*Derivative Financial Instruments*

Net settlement amounts under interest rate swap agreements are recorded as adjustments to interest expense during the period incurred

8

2004C 012053

UCA CORPORATION AND SUBSIDIARIES
ADELPHIA CABLE TV INC  AND GRAND ISLAND CABLE INC
NOTES TO COMBINED FINANCIAL STATEMENTS
(Dollars in Thousands)

### Use of Estimates in the Preparation of Financial Statements

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities as of the date of the financial statements and the reported amounts of revenues and expenses during the reporting period  Actual results could differ from those estimates

### 3  Acquisition of Cable Systems

On July 1 1995, UCA acquired all of the common stock of Valley Cablevision Inc ("Valley ) for $21 000 from Southwest Virginia Cable, Inc ("Southwest ) a subsidiary of Adelphia  Valley owns cable television systems located in the state of Virginia  The purchase price of the common stock was based upon its estimated fair value  Because of the common control of the entities involved in the transaction the assets and liabilities acquired were recorded at their historical cost and the excess of the purchase price over historical cost was charged to additional paid-in capital ·The combined financial statements include the assets and liabilities of the cable systems at their historical cost and include the results of operations from the date of acquisition

On January 1, 1997  UCA acquired all of the assets and liabilities of ACTV from Adelphia for $63 000  Due to the common ownership of the entities involved in this transaction  the assets and liabilities acquired were recorded at historical cost and the excess of the purchase price over historical cost was charged to additional paid-in capital

### 4  Notes Payable to Banks

The Companies have a $200 million reducing revolving credit facility with several banks  This credit arrangement provides for mandatory reductions in the revolving loan commitments in increasing quarterly amounts commencing June 30  1997 through September 30  2003   On the dates of such commitment reductions the Companies are obligated to repay outstanding loans in excess of remaining commitments

Borrowings under this credit arrangement are collateralized by substantially all of the assets of the Companies  The agreement limits among other things  additional borrowings  investments transactions with affiliates and other subsidiaries of Adelphia  and payment of dividends and fees  and requires the maintenance of certain financial ratios by the Companies  The agreement also provides that advances and contributions from affiliates may be returned to the affiliates to the extent contributed or advanced from the closing date of the loan

Interest rates charged are based upon one or more of the following rates at the option of the Companies  prime rate plus  50% to 1 25%  certificate of deposit rate plus 1 125% to 2 125% and LIBOR plus  875% to 1 875%  Interest on outstanding borrowings is payable on a quarterly basis

At March 31  1996 and 1997 the weighted average interest rate on bank debt  including the effect of interest rate hedging arrangements  was 7 11% and 7 31%  respectively

2004C 012054

9

UCA CORPORATION AND SUBSIDIARIES
ADELPHIA CABLE TV INC  AND GRAND ISLAND CABLE INC
NOTES TO COMBINED FINANCIAL STATEMENTS
(Dollars in Thousands)

The following table sets forth the mandatory reductions in principal under all agreements fo indebtedness for each of the next five years based on amounts outstanding at March 31  1997

| Fiscal year ended | | |
|---|---|---|
| March 31, 1998 | S | 60 |
| March 31  1999 | | 100 |
| March 31, 2000 | | 25 110 |
| March 31  2001 | | 32 040 |
| March 31, 2002 | | 40 000 |

The Companies intend to fund their requirements for maturities of debt through internally generated funds or borrowings under new credit arrangements  Changing conditions in the financial markets may have some impact on how the Companies will refinance their debt in the future

The Companies have entered into interest rate swap and cap agreements with banks and an affiliate to reduce the impact of changes in interest rates on their floating rate bank debt  The Companies enter into pay-fixed agreements to effectively convert a portion of their variable-rate debt to fixed-rate debt  Interest rate cap agreements are used to reduce the impact of increases in interest rates on variable rate debt  The Companies are exposed to credit loss in the event of nonperformance by the banks and the affiliate  The Companies do not expect any such nonperformance

The following table summarizes the notional amounts outstanding and the weighted average interest rate data for all swaps and caps which expire through 2000

| | March 31 | |
|---|---|---|
| | 1996 | 1997 |
| Interest Rate Swap | | |
| Notional amount | S25 000 | |
| Average receive rate | 6 62% | |
| Average pay rate | 5 84% | |
| | | |
| Interest Rate Caps | | |
| Notional amount | S125 000 | S125 000 |
| Average cap rate | 9 00% | 9 00% |

5  Commitments and Contingencies

The Companies rent office and studio space  tower sites  and space on utility poles under leases with terms which are generally less than one year or under agreements that are generally cancelable on short notice  Total rental expense under all operating leases aggregated  S480 and S549 for the years ended March 31  1996 and 1997 respectively

In connection with certain obligations under franchise agreements  the Companies obtain surety bonds guaranteeing performance to municipalities and public utilities  Payment is required only in the event of

10

2004C 012055

UCA CORPORATION AND SUBSIDIARIES
ADELPHIA CABLE TV INC AND GRAND ISLAND CABLE INC
NOTES TO COMBINED FINANCIAL STATEMENTS
(Dollars in Thousands)

nonperformance   The Companies have fulfilled all of their obligations such that no payments under surety bonds have been required

The cable television industry and the Companies are subject to extensive regulation at the federal state and local levels   Pursuant to the 1992 Cable Act, which significantly expanded the scope of regulation of certain subscriber rates and a number of other matters in the cable industry the FCC has adopted rate regulations that establish, on a system-by-system basis   maximum allowable rates for (i) basic and cable programming services (other than programming offered on a per-channel or per-program basis) based upon a benchmark methodology, and (ii) associated equipment and installation services based upon cost plus a reasonable profit   Under the FCC rules, franchising authorities are authorized to regulate rates for basic services and associated equipment and installation services, and the FCC will regulate rates for regulated cable programming services in response to complaints filed with the agency   The original rate regulations became effective on September 1 1993   Several amendments to the rate regulations have subsequently been added

The FCC has adopted regulations implementing virtually all of the requirements of the 1992 Cable Act. The FCC is also likely to continue to modify, clarify or refine the rate regulations   The Telecommunications Act of 1996 (the "1996 Act") deregulates the rates for cable programming services on March 31 1999   The Companies cannot predict the effect of the 1996 Act on future rulemaking proceedings or changes to the rate regulations   In addition litigation has been instituted challenging various portions of the 1992 Cable Act and the rulemaking proceedings including the rate regulations   The Companies cannot predict the effect or outcome of the future rulemaking proceedings, changes to the rate regulations or litigation   Further because the FCC has only issued its interim rules and has not adopted final cost of service rules   the Companies have not determined to what extent they will be able to utilize cost of service showings to justify rates

Effective September 1 1993, as a result of the 1992 Cable Act   the Companies repackaged certain existing cable services by adjusting rates for basic service and introducing a new method of offering certain cable services   The Companies adjusted the basic service rates and related equipment and installation rates in all of their systems in order for such rates to be in compliance with the applicable benchmark or equipment and installation cost levels   The Companies also implemented a program in all of their systems called "CableSelect" under which most of the Companies   satellite-delivered programming services were offered individually on a per channel basis   or as a group at a price of approximately 15% to 20% below the sum of the per channel prices of all such services   The Companies believed CableSelect provided increased programming choices to their subscribers while providing flexibility to the Companies to respond to future changes in areas such as customer demand and programming   The Companies no longer offer CableSelect in any of their systems

On November 18 1994   the Cable Services Bureau of the FCC issued a decision holding that the CableSelect   program was an evasion of the rate regulations and ordered this package to be treated as a regulated tier   This decision and all other letters of inquiry decisions   were principally decided on the number of programming services moved from regulated tiers to a la carte packages   An Affiliate appealed this decision to the full Commission which affirmed the Cable Service Bureau s decision   On November 18  1994 the FCC released amended rules under which   on a prospective basis   any a la carte package will be treated as a regulated tier except for packages involving premium services   An appeal of this decision to the U S   Court of Appeals for the D C  Circuit was unsuccessful

In fiscal 1996 the Companies recorded a $600 charge representing management s estimate of the total costs to be incurred to resolve all of their rate complaints with the FCC   On May 1 1997  Adelphia reached a settlement of all rate complaints with the FCC on terms and conditions consistent with certain other cable television companies that utilized a la carte packages that have reached settlement/resolution with the FCC on this issue   At March 31 1997  $573 of the $600 charge remained in accrued interest and other liabilities   which

2004C 012056

11

UCA CORPORATION AND SUBSIDIARIES
ADELPHIA CABLE TV INC AND GRAND ISLAND CABLE INC
NOTES TO COMBINED FINANCIAL STATEMENTS
(Dollars in Thousands)

management believes is adequate to cover the settlement No assurance can be given as to what other future actions Congress, the FCC or other regulatory authorities may take or the effects thereof on the Companies The Companies are currently unable to predict the effect that the amended regulations future FCC treatment of a la carte packages or other future FCC rulemaking proceedings will have on their business and results of operations in future periods

## 6  Employee Benefit Plans

The Companies participate in an Adelphia savings plan (401(k)) which provides that eligible full-time employees may contribute from 1% to 16% of their pre-tax compensation subject to certain limitations  The Companies make matching contributions not exceeding 1 5% of participating employees  pre-tax compensation During the years ended March 31, 1996 and 1997, no material matching contributions were made

## 7  Disclosures about Fair Value of Financial Instruments

Included in the Companies' financial instrument portfolio are cash, notes payable and interest rate swaps and caps  The carrying values of the cash and notes payable approximate their fair values at March 31 1996 and 1997  At March 31, 1996 and 1997, the Companies would have received approximately $237 and paid approximately $63  respectively, to settle their interest rate swap and cap agreements  representing the excess and deficiency, respectively, of fair value over carrying cost of these agreements  The fair values of the debt and interest rate swaps and caps were based upon quoted market prices of similar instruments or on rates available to the Companies for instruments of similar remaining maturities

## 8  Taxes on Income

Adelphia and its corporate subsidiaries (including the Companies) file a consolidated federal income tax return  For financial reporting purposes  current and deferred income tax assets and liabilities are computed on a separate company basis  The net operating losses for federal income tax purposes and the related valuation allowance are adjusted for the effects of filing a consolidated income tax return  similar to provisions of the Internal Revenue Code  At March 31  1997  the Companies had net operating loss carryforwards for federal income tax purposes of approximately $78 441 expiring through 2012

Deferred income taxes reflect the net tax effects of (a) temporary differences between the carrying amounts of assets and liabilities for financial reporting purposes and the amounts used for income tax purposes and (b) operating loss and tax credit carryforwards

2004C 012057

12

UCA CORPORATION AND SUBSIDIARIES
ADELPHIA CABLE TV INC   AND GRAND ISLAND CABLE  INC
NOTES TO COMBINED FINANCIAL STATEMENTS
(Dollars in Thousands)

The Companies' net deferred tax liability as of March 31  1996 and 1997 is comprised of the following

|  | March 31 | |
| --- | --- | --- |
|  | 1996 | 1997 |
| Deferred tax liabilities. | | |
| Differences between book and tax | | |
| basis of property, plant and equipment | | |
| and intangible assets | $    41 878 | $    20 374 |
| Deferred tax assets. | | |
| Operating loss carryforwards and other | 33 494 | 32,266 |
| Valuation allowance | (10 380) | (31 987) |
| Subtotal | 23 114 | 279 |
| Net deferred tax liability | $    18 764 | $    20 095 |

The net change in the valuation allowance for the years ended March 31  1996 and 1997 was a decrease of $445 and an increase of $21 607 respectively

Income tax benefit (expense) is comprised of the following

|  | Year Ended March 31 | |
| --- | --- | --- |
|  | 1996 | 1997 |
| Current | $    (535) | $    (130) |
| Deferred | 1 865 | (2 419) |
|  | $    1 330 | $    (2 549) |

The difference between the Companies  effective income tax rate and the federal statutory rate of 35% relates primarily to a change in the Companies  valuation allowance and state income taxes

9  Transactions with Adelphia and Other Affiliates

During the years ended March 31  1996 and 1997  the Companies managed cable television systems of an affiliate  The Companies  management agreement provides for payment of fees to the Companies equal to  5% of each managed cable television system s gross revenues  These fees which are included in revenues totaled $611 and $650 for the years ended March 31  1996 and 1997  respectively

13

2004C 012058

UCA CORPORATION AND SUBSIDIARIES
ADELPHIA CABLE TV INC  AND GRAND ISLAND CABLE INC
NOTES TO COMBINED FINANCIAL STATEMENTS
(Dollars in Thousands)

The Companies have an agreement with another subsidiary of Adelphia ( Managing Affiliate ) which provides for the payment of fees by the Companies equal to 5% of the Companies  gross revenues for the years ended March 31, 1996 and 1997  The amount and payment of these fees is subject to the restrictions contained in the reducing revolving credit agreement  The Managing Affiliate also charged the Companies for the estimated benefit of volume equipment purchase discounts which aggregated $611 and $520 for the years ended March 31, 1996 and 1997, respectively

The Companies have periodically advanced funds to and received funds from Adelphia and other affiliates  Interest earned on these receivables which is included in revenues amounted to $2,483 and $3 003 for the years ended March 31, 1996 and 1997, respectively

Net settlement amounts under an interest rate swap agreement with Adelphia which expired in fiscal 1996 were recorded as adjustments to interest expense during the period incurred  The effect of the interest rate swap agreement was to increase interest expense by $22 for the year ended March 31  1996  At March 31 1997 the Companies have an interest rate cap agreement with Adelphia with a notional principal amount of $75 000 and a rate cap of 9%  This cap expires in 1998  The fee for the year ended March 31  1997 for this cap was $30

10  Subsequent Event

On May 20  1997 Adelphia and certain of its affiliates and Time Warner Cable Companies entered into agreements involving a trade of certain cable systems  As part of these agreements the Companies will exchange cable systems serving approximately 4 000 subscribers primarily in Ohio for systems owned by Time Warner Cable Companies serving approximately 4 000 subscribers in areas contiguous to the Companies existing cable systems  Consummation of this transaction is subject to certain closing conditions and regulatory approvals

14

2004C 012059

2004C 012060



**Deloitte &
Touche LLP**

2500 One PPG Place
Pittsburgh Pennsylvania 15222 5~0

Telephone (~12) 338-720C
Facsimile (~12) 338-738C

INDEPENDENT AUDITORS' REPORT

UCA Corporation and
Grand Island Cable, Inc

We have audited the accompanying combined balance sheets of UCA Corporation and
subsidiaries and Grand Island Cable, Inc (collectively, the "Companies"), all of which are under
common ownership and common management, as of March 31, 1997 and 1998, and the related
combined statements of income, stockholder's equity (deficiency), and cash flows for the years
then ended  These financial statements are the responsibility of the Companies' management
Our responsibility is to express an opinion on these financial statements based on our audits

We conducted our audits in accordance with generally accepted auditing standards  Those
standards require that we plan and perform the audit to obtain reasonable assurance about
whether the financial statements are free of material misstatement  An audit includes examining,
on a test basis  evidence supporting the amounts and disclosures in the financial statements  An
audit also includes assessing the accounting principles used and significant estimates made by
management  as well as evaluating the overall financial statement presentation  We believe that
our audits provide a reasonable basis for our opinion

In our opinion  such financial statements present fairly  in all material respects  the combined
financial position of  UCA Corporation and subsidiaries and Grand Island Cable  Inc  at March
31  1997 and 1998, and the combined results of their operations and their combined cash flows
for the years then ended in conformity with generally accepted accounting principles

*Deloitte & Touche LLP*

June 10 1998

Deloitte Touche
Tohmatsu

2004C 012061

UCA CORPORATION AND SUBSIDIARIES
AND GRAND ISLAND CABLE INC
COMBINED BALANCE SHEETS (Note 1)
(Dollars in thousands except per share data)

|  | | March 31 | | |
| --- | --- | --- | --- | --- |
| ASSETS | | 1997 | | 1998 |
| Cable television systems at cost, net of accumulated | | | | |
| depreciation and amortization | | | | |
| Property, plant and equipment | S | 57 665 | S | 58 894 |
| Intangible assets | | 77 081 | | 74,342 |
| Total | | 134 746 | | 133,236 |
| Cash and cash equivalents | | 237 | | 285 |
| Subscriber receivables – net | | 2 011 | | 1 892 |
| Prepaid expenses and other assets – net | | 2 788 | | 2,157 |
| Total | S | 139 782 | S | 137,570 |
| LIABILITIES AND STOCKHOLDER'S EQUITY (DEFICIENCY) | | | | |
| Notes payable to banks | S | 157 000 | S | 101 000 |
| Subordinated note payable to parent company | | - | | 40 000 |
| Other debt | | 261 | | 323 |
| Accounts payable | | 4,582 | | 5 681 |
| Subscriber advance payments and deposits | | 1,357 | | 1 908 |
| Accrued interest and other liabilities | | 3,639 | | 4,279 |
| Deferred income taxes | | 20 095 | | 17 536 |
| Total liabilities | | 186 934 | | 170 727 |
| Commitments and contingencies (Note 5) | | | | |
| Stockholder's equity (deficiency) | | | | |
| Common Stock | | | | |
| UCA Corporation - no par value 1 000 shares authorized | | | | |
| issued and outstanding | | - | | - |
| Grand Island Cable Inc - $ 01 par value 1 000 | | | | |
| shares authorized  issued and outstanding | | 1 | | 1 |
| Additional paid-in capital | | 35 087 | | 35 087 |
| Accumulated deficit | | (55 219) | | (42 840) |
| Notes and other receivables from affiliates – net | | (27 031) | | (25 405) |
| Total stockholder's equity (deficiency) | | (47 152) | | (33 157) |
| Total | S | 139 782 | S | 137 570 |

See notes to combined financial statements

3

2004C 012062

UCA CORPORATION AND SUBSIDIARIES
AND GRAND ISLAND CABLE INC
COMBINED STATEMENTS OF INCOME (Note 1)
(Dollars in thousands)

| | Year Ended March 31 | |
| | 1997 | 1998 |
|---|---|---|
| Revenues | $ 60 964 | $ 64 407 |
| | | |
| Operating expenses | | |
| Direct operating and programming | 17,705 | 18 375 |
| Selling general and administrative | 4,182 | 4 417 |
| Depreciation and amortization | 12,716 | 12 659 |
| Management fees | 3,044 | 3 153 |
| Total | 37,647 | 38 604 |
| | | |
| Operating income | 23,317 | 25 803 |
| | | |
| Interest expense (including interest to affiliates of $0 and $4,000, respectively) | (13 569) | (15 314) |
| | | |
| Income before income taxes | 9 748 | 10,489 |
| | | |
| Income tax (expense) benefit | (2 549) | 1 890 |
| | | |
| Net income | $ 7 199 | $ 12 579 |

See notes to combined financial statements

4                    2004C 012063

UCA CORPORATION AND SUBSIDIARIES
AND GRAND ISLAND CABLE, INC
COMBINED STATEMENTS OF STOCKHOLDER'S EQUITY (DEFICIENCY) (Note 1)
(Dollars in thousands)

| | Common Stock | | Additional Paid-in Capital | | Accumulated Deficit | | Notes and Other Receivables from Affiliates- Net | | Total Stockholder's Equity (Deficiency) | |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance March 31 1996 | $ | 1 | $ | 83,288 | $ | (64,762) | $ | (104,953) | $ | (86,426) |
| Net income | | | | | | 7,199 | | - | | 7,199 |
| Amounts repaid by affiliates  net | | | | | | | | 77,932 | | 77,932 |
| Excess of purchase price of acquired assets over related party predecessor owner's book value | | | | (48,201) | | 2,344 | | - | | (45,857) |
| Balance March 31 1997 | | 1 | | 35,087 | | (55,219) | | (27,021) | | (47,152) |
| Net income | | | | | | 12,379 | | - | | 12,379 |
| Amounts repaid by affiliates  net | | . | | . | | | | 1,616 | | 1,616 |
| Balance March 31 1998 | $ | 1 | $ | 35,087 | $ | (42,840) | $ | (25,405) | $ | (33,157) |

See notes to combined financial statements

5

UCA CORPORATION AND SUBSIDIARIES
AND GRAND ISLAND CABLE INC
COMBINED STATEMENTS OF CASH FLOWS (Note 1)
(Dollars in thousands)

| | Year Ended March 31 | |
|---|---|---|
| | 1997 | 1998 |
| Cash flows from operating activities | | |
| Net income | $ 7,199 | $ 12 379 |
| Adjustments to reconcile net income to net cash provided | | |
| by operating activities | | |
| Depreciation | 8,645 | 9 382 |
| Amortization | 4,071 | 3,277 |
| Deferred income tax expense (benefit) | 2,419 | (2 559) |
| Changes in operating assets and liabilities net of | | |
| effects of acquisitions | | |
| Subscriber receivables | 18 | 119 |
| Prepaid expenses and other assets | (80) | 91 |
| Accounts payable | (27) | 1,099 |
| Subscriber advance payments and deposits | 151 | 551 |
| Accrued interest and other liabilities | (2,111) | 627 |
| Net cash provided by operating activities | 20,285 | 24 966 |
| Cash flows from investing activities | | |
| Expenditures for property plant and equipment | (6,786) | (10 455) |
| Acquisition of Adelphia Cable TV, Inc | (61,674) | - |
| Cash used for investing activities | (68 460) | (10 455) |
| Cash flows from financing activities | | |
| Proceeds from bank debt | - | 195 000 |
| Proceeds from subordinated note payable to parent company | - | 40 000 |
| Repayments of debt | (43 052) | (251 079) |
| Amounts repaid by affiliates | 91 224 | 1 616 |
| Net cash provided by (used for) financing activities | 48 172 | (14 463) |
| (Decrease) increase in cash and cash equivalents | (3) | 48 |
| Cash and cash equivalents beginning of year | 240 | 237 |
| Cash and cash equivalents end of year | $ 237 | $ 285 |
| Supplemental disclosure of cash flow activity | | |
| Cash payments for interest | $ 16 531 | $ 14 611 |

See notes to combined financial statements

6

2004C 012065

UCA CORPORATION AND SUBSIDIARIES
AND GRAND ISLAND CABLE INC
NOTES TO COMBINED FINANCIAL STATEMENTS
(Dollars in thousands)

## 1 The Companies and Basis of Presentation

UCA Corporation and subsidiaries ("UCA") and Grand Island Cable, Inc (collectively, the Companies') are wholly owned subsidiaries of Adelphia Communications Corporation ("Adelphia") The Companies' operations consist primarily of selling video programming which is distributed primarily to subscribers in Pennsylvania , Virginia and Ohio for a monthly fee through a network of fiber optic and coaxial cables These services are offered in the Companies' respective franchise areas under the name Adelphia

The accompanying combined financial statements include the accounts of the Companies as required under the reducing revolving credit agreement described in Note 4  All significant intercompany transactions and accounts have been eliminated in combination

## 2 Summary of Significant Accounting Policies

### Subscriber Revenues

Subscriber revenues are recorded in the month the service is provided

### Programming Expense

During the years ended March 31 1997 and 1998, Adelphia allocated programming expense to the Companies based on the number of programming service subscribers

### Property Plant and Equipment

Property plant and equipment are comprised of the following

|  | March 31 | | | |
|---|---|---|---|---|
|  | 1997 | | 1998 | |
| Operating plant and equipment | $ | 103 311 | $ | 110 718 |
| Real estate and improvements |  | 2 749 |  | 2 785 |
| Support equipment |  | 1 942 |  | 2 101 |
| Construction in progress |  | 8 936 |  | 11 899 |
|  |  | 116 938 |  | 127 503 |
| Accumulated depreciation |  | (59 273) |  | (68 609) |
|  | $ | 57 665 | $ | 58 894 |

Depreciation is computed on the straight-line method using estimated useful lives of 5 to 12 years for operating plant and equipment and 3 to 20 years for support equipment and buildings  Additions to property plant and equipment are recorded at cost which includes amounts for material  applicable labor, overhead and interest  Capitalized interest amounted to $193 for each of the years ended March 31 1997 and 1998

7

2004C 012066

UCA CORPORATION AND SUBSIDIARIES
AND GRAND ISLAND CABLE INC
NOTES TO COMBINED FINANCIAL STATEMENTS
(Dollars in thousands)

*Intangible Assets*

Intangible assets, net of accumulated amortization, are comprised of the following

|  | March 31, | |
|---|---|---|
|  | 1997 | 1998 |
| Purchased franchises | $  72,911 | $  70 549 |
| Goodwill | 3,932 | 3,793 |
| Non-compete agreements | 238 | - |
|  | $  77,081 | $  74,342 |

A portion of the aggregate purchase price of cable television systems acquired has been allocated to purchased franchises, goodwill and non-compete agreements  Purchased franchises and goodwill are amortized on the straight-line method over 40 years   Accumulated amortization of intangible assets amounted to $23 644 and $26 307 at March 31, 1997 and 1998, respectively

*Amortization of Other Assets*

Deferred debt financing costs  included in prepaid expenses and other assets  are amortized over the term of the related debt  The unamortized amounts were $2 164 and $1 962 respectively at March 31  1997 and 1998  respectively

*Cash and Cash Equivalents*

The Companies consider all highly liquid investments with original maturities of three months or less to be cash equivalents

*Subscriber Receivables*

An allowance for doubtful accounts of $117 and $106 has been deducted from subscriber receivables at March 31  1997 and 1998  respectively

*Asset Impairments*

The Companies periodically review the carrying amounts of their long lived assets for impairment whenever events or changes in circumstances indicate that the carrying value of the assets may not be recoverable  Measurement of any impairment would include a comparison of estimated future operating cash flows anticipated to be generated during the remaining life of the assets with their net carrying value  An impairment loss would be recognized as the amount by which the carrying value of the assets exceeds their fair value

8                    2004C 012067

UCA CORPORATION AND SUBSIDIARIES
AND GRAND ISLAND CABLE INC
NOTES TO COMBINED FINANCIAL STATEMENTS
(Dollars in thousands)

*Use of Estimates in the Preparation of Financial Statements*

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities as of the date of the financial statements and the reported amounts of revenues and expenses during the reporting period   Actual results could differ from those estimates

3  Acquisition of Cable Systems

On January 1, 1997, UCA acquired all of the assets and liabilities of Adelphia Cable TV Inc from Adelphia for $63,000   Due to the common ownership of the entities involved in this transaction, the assets and liabilities acquired were recorded at historical cost and the excess of the purchase price over historical cost was charged to additional paid-in capital

On December 1, 1997 UCA exchanged a cable system serving approximately 4,000 subscribers primarily in North Carolina, for a cable system owned by Time Warner Entertainment-Advance/Newhouse serving approximately 4 000 subscribers in Pennsylvania   No gain or loss was recognized as a result of this transaction

4  Notes Payable to Banks

The Companies have a $200 million reducing revolving credit facility with several banks   This credit arrangement provides for mandatory reductions in the revolving loan commitments in increasing quarterly amounts through September 30, 2003   On the dates of such commitment reductions the Companies are obligated to repay outstanding loans in excess of remaining commitments

Borrowings under this credit arrangement are collateralized by a pledge of the ownership interests of the Companies   The agreement limits among other things additional borrowings, investments transactions with affiliates and other subsidiaries of Adelphia and payment of dividends and fees and requires the maintenance of certain financial ratios by the Companies   The agreement also provides that advances and contributions from affiliates may be returned to the affiliates to the extent contributed or advanced from the closing date of the loan

Interest rates charged are based upon one or more of the following rates at the option of the Companies greater of prime or federal funds plus 5% plus 0% to 875%   certificate of deposit rate plus 1 125% to 2 125% and LIBOR plus 875% to 1 875%   Interest on outstanding borrowings is payable on a quarterly basis

At March 31 1997 and 1998 the weighted average interest rate on bank debt including the effect of interest rate hedging arrangements was 7 31% and 6 59% respectively

9

2004C 012068

UCA CORPORATION AND SUBSIDIARIES
AND GRAND ISLAND CABLE INC
NOTES TO COMBINED FINANCIAL STATEMENTS
(Dollars in thousands)

The following table sets forth the mandatory reductions in principal under all agreements for indebtedness for each of the next five years based on amounts outstanding at March 31 1998

| Fiscal year ended | | |
|---|---|---|
| March 31, 1999 | $ | 65 |
| March 31, 2000 | | 65 |
| March 31, 2001 | | 1,016 |
| March 31, 2002 | | 40,016 |
| March 31, 2003 | | 40,162 |

The Companies intend to fund their requirements for maturities of debt through internally generated funds or borrowings under new credit arrangements  Changing conditions in the financial markets may have some impact on how the Companies will refinance their debt in the future

The Companies have entered into interest rate cap agreements with banks and an affiliate to reduce the impact of changes in interest rates on their floating rate bank debt   Interest rate cap agreements are used to reduce the impact of increases in interest rates on variable-rate debt  The Companies are exposed to credit loss in the event of nonperformance by the banks and the affiliate   The Companies do not expect any such nonperformance

The following table summarizes the notional amounts outstanding and the weighted average interest rate data for all interest rate caps which expire through 2000

| | | March 31 | | |
|---|---|---|---|---|
| | | 1997 | | 1998 |
| Notional amount | $ | 125 000 | $ | 125 000 |
| Average cap rate | | 9 00% | | 9 00% |

5  Commitments and Contingencies

The Companies rent office and studio space  tower sites  and space on utility poles under leases with terms which are generally less than one year or under agreements that are generally cancelable on short notice  Total rental expense under all operating leases aggregated  $549 and $535 for the years ended March 31  1997 and 1998  respectively

In connection with certain obligations under franchise agreements  the Companies obtain surety bonds guaranteeing performance to municipalities and public utilities   Payment is required only in the event of nonperformance  The Companies have fulfilled all of their obligations such that no payments under surety bonds have been required

The cable television industry and the Companies are subject to extensive regulation at the federal  state and local levels  Pursuant to the Cable Television Consumer Protection and Competition Act of 1992 (the 1992 Cable Act )  which significantly expanded the scope of regulation of certain subscriber rates and a

10

2004C 012069

UCA CORPORATION AND SUBSIDIARIES
AND GRAND ISLAND CABLE INC
NOTES TO COMBINED FINANCIAL STATEMENTS
(Dollars in thousands)

number of other matters in the cable industry the Federal Communication Commission (the FCC ) has adopted rate regulations that establish on a system-by-system basis maximum allowable rates for (i) basic and cable programming services (other than programming offered on a per-channel or per-program basis), based upon a benchmark methodology, and (ii) associated equipment and installation services based upon cost plus a reasonable profit Under the FCC rules, franchising authorities are authorized to regulate rates for basic services and associated equipment and installation services, and the FCC will regulate rates for regulated cable programming services in response to complaints filed with the agency The original rate regulations became effective on September 1 1993 Several amendments to the rate regulations have subsequently been added

The FCC has adopted regulations implementing all of the requirements of the 1992 Cable Act The FCC is also likely to continue to modify, clarify or refine the rate regulations The Telecommunications Act of 1996 deregulates the rates for cable programming services on March 31, 1999 The Companies cannot predict the effect or outcome of the future rulemaking proceedings, changes to the rate regulations or litigation

In fiscal 1996 the Companies recorded a $600 charge representing management s estimate of the total costs to be incurred to resolve all of their rate complaints with the FCC On May 1, 1997, Adelphia reached a settlement of all rate complaints before the FCC on terms and conditions consistent with certain other cable television companies that utilized a la carte packages that have reached settlement/resolution with the FCC on this issue At March 31, 1998, $210 of the $600 charge remained in accrued interest and other liabilities which management believes is adequate to cover the settlement No assurance can be given as to what other future actions Congress the FCC or other regulatory authorities may take or the effects thereof on the Companies The Companies are currently unable to predict the effect that the amended regulations future FCC treatment of a la carte packages or other future FCC rulemaking proceedings will have on their business and results of operations in future periods

6 Employee Benefit Plans

The Companies participate in an Adelphia savings plan (401(k)) which provides that eligible full-time employees may contribute from 3% to 16% of their pre-tax compensation subject to certain limitations The Companies make matching contributions not exceeding 1 5% of participating employees pre tax compensation During the years ended March 31 1997 and 1998 no material matching contributions were made

7 Disclosures about Fair Value of Financial Instruments

Included in the Companies financial instrument portfolio are cash notes payable and interest rate caps The carrying values of the cash notes payable and interest rate cap agreements approximate their fair values at March 31 1997 and 1998 The fair values of the debt and interest rate caps were based upon quoted market prices of similar instruments or on rates available to the Companies for instruments of similar remaining maturities

8 Taxes on Income

Adelphia and its corporate subsidiaries (including the Companies) file a consolidated federal income tax return For financial reporting purposes current and deferred income tax assets and liabilities are computed on a separate company basis in making the computation of federal income taxes the net operating are adjusted for the effects of filing a consolidated income tax return similar to provisions of the Internal Revenue Code At March 31 1998 the Companies had net operating loss carry forwards for federal income tax purposes of approximately $78 441 expiring through 2013

11                                            2004C 012070

UCA CORPORATION AND SUBSIDIARIES
AND GRAND ISLAND CABLE INC
NOTES TO COMBINED FINANCIAL STATEMENTS
(Dollars in thousands)

Deferred income taxes reflect the net tax effects of  (a) temporary differences between the carrying amounts of assets and liabilities for financial reporting purposes and the amounts used for income tax purposes and (b) operating loss and tax credit carryforwards

The Companies' net deferred tax liability as of March 31  1997 and 1998 is comprised of the following

|  | March 31, | |
|---|---|---|
|  | 1997 | 1998 |
| **Deferred tax liabilities** | | |
| Differences between book and tax | | |
| basis of property, plant and equipment | | |
| and intangible assets | $    20 374 | $    19 818 |
| **Deferred tax assets** | | |
| Operating loss carryforwards | 29 836 | 29,970 |
| Other | 2,430 | 1 356 |
| Valuation allowance | (31 987) | (29 044) |
| Subtotal | 279 | 2 282 |
| Net deferred tax liability | $    20 095 | $    17 536 |

The net change in the valuation allowance for the years ended March 31  1997 and 1998 was an increase of $21 607 and a decrease of $2 943  respectively

Income tax (expense) benefit is comprised of the following

|  | Year Ended March 31 | |
|---|---|---|
|  | 1997 | 1998 |
| Current | $      (150) | $      (669) |
| Deferred | (2 419) | 2 559 |
|  | $    (2 549) | $    1 890 |

The difference between the Companies  effective income tax rate and the federal statutory rate of 35% relates primarily to a change in the Companies  valuation allowance and state income taxes

12

2004C 01207)

UCA CORPORATION AND SUBSIDIARIES
AND GRAND ISLAND CABLE, INC
NOTES TO COMBINED FINANCIAL STATEMENTS
(Dollars in thousands)

9 Transactions with Adelphia and Other Affiliates

During the years ended March 31, 1997 and 1998, the Companies managed cable television systems of an affiliate  The Companies' management agreement provides for payment of fees to the Companies equal to 5% of each managed cable television system's gross revenues   These fees, which are included in revenues, totaled $650 and $695 for the years ended March 31, 1997 and 1998, respectively

The Companies have an agreement with another subsidiary of Adelphia ("Managing Affiliate"), which provides for the payment of fees by the Companies of up to 5% of the Companies' gross revenues for the years ended March 31, 1997 and 1998  The amount and payment of these fees is subject to the restrictions contained in the reducing revolving credit agreement   The Managing Affiliate also charged the Companies for the estimated benefit of volume equipment purchase discounts which aggregated $520 and $1,059 for the years ended March 31, 1997 and 1998, respectively

The Companies have periodically advanced funds to and received funds from Adelphia and other affiliates  Interest earned on these receivables  which is included in revenues, amounted to $3,003 and $2,712 for the years ended March 31, 1997 and 1998, respectively

At March 31, 1998, the Companies had an interest rate cap agreement with Adelphia with a notional principal amount of $75,000 and a rate cap of 9%  This cap expires in fiscal 1999  The fee for each of the years ended March 31, 1997 and 1998 for this cap was $30

On April 1, 1997, the Companies borrowed $40,000 under a subordinated note agreement with Adelphia  Interest is charged to the Company by Adelphia at the annual rate of 10%   Interest expense on this note of $4 000 is included in interest expense for the year ended March 31 1998

13

2004C 012072

2004C 012073

# E. Financial Projections

2004C 012074

# UCA Corp. / Hilton Head Communcations
# Credit Analysis: Management's Base Case Secnario

|  | Page |
|---|---|
| **Transaction Summary** | 1 |
| **Summary Income Statement** | 2 |
| **Cash Flow & Credit Statistics** | 3 |
| **Debt Schedule & Interest Expense** | 4 |

2004C 012075

SALOMON SMITH BARNEY

## UCA Corp / Hilton Head Communications
Transaction Summary
[illegible]

| 1=Management s Case, 2=SSB Case | | 1 |
|---|---|---|
| **Sources of Funds** | | |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| [illegible] | 0 | [illegible] |
| [illegible] | [illegible] | |
| **Uses of Funds** | | |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| [illegible] | 0 | [illegible] |
| [illegible] | [illegible] | |

MANAGEMENT S SCENARIO
**Financial Summary**

| | LQA | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|
| | [illegible] | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| EBITDA | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 2% |
| [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 0 | 0 |
| [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| CREDIT RATIOS | | | | | | | | | | |
| EBITDA / [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| EBITDA [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Senior Debt / EBITDA | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Debt / EBITDA | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

2004C 012076

[illegible]

# UCA Corp / Hilton Head Communications
## Summary Income Statement

MANAGEMENT SCENARIO

| | [illegible] | LQA [illegible] | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | $17,026 | $17,026 | $31,335 | $17,256 | $48,076 | $51,287 | $54,171 | $65,159 | $72,321 | $74,376 | $86,610 | $95,951 |
| [illegible] | | | 0.62 | 1.25 | 1.257 | 1.25 | 1.25 | 1.2 | 1.257 | 1.25 | 1.257 | 1.2 |
| [illegible] | 71.0 | 71.1 | 74.5 | 74.7 | 74.9 | 7.07 | 7.2 | 75.1 | 7.6 | 7.87 | 76.07 | 79.3 |
| **Subscribers [illegible]** | | | | | | | | | | | | |
| Analog Video Service | [illegible] | [illegible] | [illegible] | 401,22 | 407,15 | [illegible] | [illegible] | 426,161 | 432,551 | [illegible] | 435,627 | [illegible] |
| [illegible] | | | 0.7 | 1.50 | 1.50 | 1.0 | 1.41 | 1.0 | 1.0 | 1.0 | 1.50 | 1.0 |
| Ad [illegible] | [illegible] | [illegible] | 395,566 | 401,522 | 407,1 | [illegible] | [illegible] | 426,161 | 432,551 | [illegible] | 445,627 | [illegible] |
| Digital Video | 2,8 | 2,836 | 6,404 | 20,026 | 40,754 | 81,712 | [illegible] | [illegible] | 173,021 | 192,560 | 208,631 | [illegible] |
| | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Cable Modem | 1,158 | 1,158 | 2,096 | 4,015 | 16,102 | 41,341 | 63,979 | 85,232 | 100,130 | 117,878 | 126,261 | [illegible] |
| Growth | | | [illegible] | 91.56 | [illegible] | [illegible] | [illegible] | 35.917 | [illegible] | [illegible] | 7.867 | 7.47 |
| Other | 392,654 | 392,654 | 395,566 | 401,522 | 407,545 | 413,658 | 419,863 | 426,161 | 432,553 | 439,041 | 445,627 | 452,310 |
| Total Subs | 392,654 | 392,654 | 395,566 | 401,522 | 407,545 | 413,658 | 419,863 | 426,161 | 437,551 | 439,041 | 445,627 | 452,311 |
| **Pricing Point Per Service** | | | | | | | | | | | | |
| Analog Video Service | $33.20 | $34.25 | $34.78 | $35.78 | $37.41 | $38.15 | $39.12 | $39.90 | $40.70 | $41.51 | $42.34 | $43.19 |
| Ad [illegible] | 1.13 | 1.12 | 1.26 | 1.35 | 1.47 | 1.60 | 1.75 | 1.90 | 2.06 | 2.26 | 2.47 | 2.68 |
| Digital Video | 16.00 | 16.00 | 16.00 | 16.16 | 16.85 | 17.56 | 17.86 | 18.41 | 18.97 | 19.54 | 20.12 | 20.71 |
| Cable Modem | 37.50 | 37.50 | 37.50 | 38.35 | 39.41 | 40.65 | 41.91 | 43.16 | 44.44 | 45.79 | 47.14 | 48.56 |
| Other | 0.87 | 0.87 | 0.14 | 0.41 | 0.62 | 0.91 | 1.15 | 1.26 | 1.30 | 1.34 | 1.36 | 1.42 |
| **Contribution per Basic Sub** | | | | | | | | | | | | |
| Analog Video Service | $33.26 | $34.25 | $34.32 | $35.78 | $37.41 | [illegible] | $39.12 | $39.90 | $40.70 | $41.51 | $42.34 | $43.17 |
| Ad [illegible] | 1.13 | 1.13 | 1.11 | 1.35 | 1.47 | 1.60 | 1.75 | 1.90 | 2.08 | 2.26 | 2.47 | 2.67 |
| Digital Video | 0.01 | 0.03 | 0.22 | 0.54 | 1.27 | 2.61 | 4.46 | 5.99 | 7.83 | 8.31 | 9.24 | 10.81 |
| Cable Modem | 0.01 | 0.04 | 0.18 | 0.29 | 1.99 | 2.66 | 5.25 | 7.56 | 10.01 | 11.81 | 12.97 | 14.17 |
| Other | 0.07 | 0.07 | 0.25 | 0.41 | 0.42 | 0.91 | 1.15 | 1.26 | 1.30 | 1.34 | 1.36 | 1.42 |
| Total | [illegible] | $35.5 | [illegible] | [illegible] | $41.61 | [illegible] | $51.21 | $56.61 | $61.31 | [illegible] | $66.40 | $71.[illegible] |
| **Revenue** | | | | | | | | | | | | |
| Analog Video Service | $40,345 | $161,322 | $162,115 | $171,121 | $181,520 | [illegible] | $195,641 | $202,538 | $209,788 | $217,029 | $221,713 | [illegible] |
| Ad [illegible] | 1,150 | 5,301 | 5,561 | 6,457 | 7,136 | 7,861 | 8,792 | 9,685 | 10,717 | 11,819 | [illegible] | [illegible] |
| Digital Video | 46 | 141 | 1,010 | [illegible] | 6,139 | 12,842 | 22,569 | 30,589 | 36,870 | 41,458 | 47,012 | [illegible] |
| Cable Modem | 45 | 172 | 656 | 1,406 | 4,814 | [illegible] | 26,219 | [illegible] | 51,561 | 61,826 | [illegible] | [illegible] |
| Other | 85 | 310 | 1,176 | 2,057 | 3,253 | 4,581 | 5,791 | 6,396 | 6,798 | 7,008 | 7,12 | [illegible] |
| Total | [illegible] | [illegible] | $170,844 | $183,622 | $202,915 | [illegible] | [illegible] | $287,549 | $315,966 | $341,238 | [illegible] | [illegible] |
| **EBITDA** | | | | | | | | | | | | |
| Analog Video Service | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $112,675 | $122,835 | $126,121 | [illegible] | [illegible] |
| Ad [illegible] | 634 | [illegible] | 2,527 | 3,079 | [illegible] | [illegible] | 4,201 | 4,629 | 5,146 | 5,671 | [illegible] | [illegible] |
| Digital Video | 21 | 92 | [illegible] | 1,100 | [illegible] | [illegible] | 13,164 | 17,869 | 21,590 | 25,434 | [illegible] | [illegible] |
| Cable Modem | 10 | 19 | 269 | 644 | 2,251 | [illegible] | 12,437 | 18,192 | 21,990 | 29,205 | [illegible] | [illegible] |
| Other | 25 | 100 | 385 | 657 | 1,122 | [illegible] | 1,970 | 2,175 | 2,217 | 2,262 | 2,26 | 2,21 |
| Total | 22,152 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $160,540 | $175,191 | $188,878 | [illegible] | [illegible] |
| **EBITDA Margin** | | | | | | | | | | | | |
| Analog Video Service | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Ad [illegible] | 48.0 | [illegible] | 48.0 | 48.0 | 48.0% | 45.0 | 48.07 | 48.0 | 48.0 | 48.07 | 48.07 | [illegible] |
| Digital Video | [illegible] | [illegible] | 55.0% | 57.2% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 59.0 | [illegible] | [illegible] |
| Cable Modem | 22.0 | [illegible] | 34.6 | [illegible] | 46.87 | 47.24 | 47.47 | 47.47 | 47.7% | 47.27 | 47.07 | [illegible] |
| Other | 29.3 | [illegible] | 32.7% | 31.9% | 34.5% | [illegible] | 31.6% | 34.0% | 33.1% | 32.07 | [illegible] | [illegible] |
| Total | [illegible] | [illegible] | 57.5% | [illegible] | 52.1% | [illegible] | [illegible] | [illegible] | 55.67 | [illegible] | [illegible] | [illegible] |
| CAPEX Assumptions | 11,355 | 45,420 | 45,420 | 47,256 | 51,455 | 29,478 | [illegible] | 19,742 | 20,180 | 20,765 | [illegible] | [illegible] |
| Digital Penetration | 0.7% | 0.7% | 1.6% | 5.0% | 10.0% | 20.0% | [illegible] | [illegible] | 40.0% | [illegible] | [illegible] | [illegible] |
| Cable Modem Penetration | 0.3% | 0.3% | 0.5% | 1.0% | 4.0% | 10.0% | 15.0% | 20.0% | [illegible] | [illegible] | [illegible] | [illegible] |
| Ad Revenue / Total Revenue | 3.2% | 3.3% | 3.1% | 3.5% | 3.5% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Ad Revenue Growth | | | 0.0% | 20.1% | 10.7% | [illegible] | 11.0% | 10.2% | [illegible] | [illegible] | [illegible] | [illegible] |
| Capex / Avg Sub | | | 0.21 | 0.12 | 0.13 | 0.07 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

2004C 012077

UCA Corp / Hilton Head Communications

Cash Flow & Credit Statistics

| | LQA 6/30/98 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Fiscal Year Ending March 31 | | | | | | | | | |
| Sources | | | | | | | | | | | |
| EBITDA | $36,479 | $38,713 | $10[illegible] | $115,888 | $127,280 | $145,4[illegible] | $160,540 | $175,191 | $188,878 | $200,447 | $212,[illegible] |
| Management Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Asset Sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Sources | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equity Sold | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | $36,479 | $38,713 | $10[illegible] | $115,888 | $127,280 | $14[illegible] | $160,540 | $17[illegible] | $188,878 | $200,447 | $212,[illegible] |
| Uses | | | | | | | | | | | |
| (Interest Expense)/Income | $0 | ($45,680) | ($45,941) | ($41,414) | ($38,727) | ($31,7[illegible]) | ($28,7[illegible]) | ($19,[illegible]) | ($8,113) | $[illegible] | $21,[illegible] |
| [illegible] | [illegible] | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (Capital Expenditures) | 0 | ($45,420) | (47,2[illegible]) | (51,[illegible]) | (29,278) | (2[illegible]) | ([illegible]) | (20,180) | (20,78[illegible]) | (18,[illegible]) | (20,110) |
| (Commitment Fee) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | $0 | ($91,10[illegible]) | ($91,202) | ($92,[illegible]) | ($68,0[illegible]) | ($60,[illegible]) | ($4[illegible]) | ($40,1[illegible]) | ($28,[illegible]) | ($[illegible]) | $[illegible] |
| Free Cash Flow | | $7,104 | $14,16[illegible] | $23,019 | $61,2[illegible] | $84,[illegible] | $111,982 | $13[illegible] | $1[illegible] | $197,21[illegible] | $21[illegible] |
| Paydown Debt | 0 | (7,104) | (14,161) | (23,019) | (61,2[illegible]) | (84,[illegible]) | (111,982) | (13[illegible]) | (1[illegible]) | (27,764) | 0 |
| CASH | | | | | | | | | | | |
| Beginning Balance | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 17[illegible] |
| Change in Cash Balance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 169,4[illegible] | 21[illegible] |
| Ending Cash Balance | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 173,452 | 38[illegible] |
| Cash Available to Pay Debt | | $7,104 | $14,16[illegible] | $23,019 | $61,2[illegible] | $84,[illegible] | $111,982 | $135,0[illegible] | $159,9[illegible] | $1[illegible] | $21[illegible] |
| Cumulative Cash Flow | | 7,104 | 21,268 | 44,287 | 10[illegible] | 1[illegible] | 302,197 | 437,2[illegible] | 97,2[illegible] | 789,4[illegible] | 1,0[illegible] |

| Credit Stats | LQA 6/30/98 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Fiscal Year Ending March 31 | | | | | | | | | |
| EBITDA | $36,4[illegible] | $38,713 | $10[illegible] | $115,888 | $129,2[illegible] | $14[illegible] | $160,540 | $175,191 | $188,878 | $200,447 | $212,[illegible] |
| Total Debt | $[illegible] | $[illegible] | $[illegible] | $[illegible] | $[illegible] | $[illegible] | $317,[illegible] | $182,744 | $22,764 | $0 | $0 |
| Interest Expense | | $45,680 | $45,941 | $41,414 | $38,727 | $31,7[illegible] | $28,7[illegible] | $19,[illegible] | $8,113 | ($[illegible]) | ($21,[illegible]) |
| Capex | | $45,420 | $47,2[illegible] | $51,455 | $29,278 | $2[illegible] | $1[illegible] | $20,180 | $20,785 | $18,[illegible] | $20,110 |
| Total Debt / EBITDA | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| EBITDA / Interest | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| EBITDA - Capex / Interest | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

2004C 012078

Salomon Smith Barney

**UCA Corp / Hilton Head Communications**
Debt Schedule & Interest Expense

2004C 012080

Discount Rate: .abs

0.1%

# UCA Corp. / Hilton Head Communcations
# Credit Analysis: Salomon Smith Barney's Downside Scenario

| | Page |
|---|---|
| **Transaction Summary** | 1 |
| **Summary Income Statement** | 2 |
| **Cash Flow & Credit Statistics** | 3 |
| **Debt Schedule & Interest Expense** | 4 |

Salomon Smith Barney's Changes to Mangement's Assumptions

Homes passed penetration remains the same

Analog video service and advertising revenue growth remains the same

Digital video and cable modem growth is cut in half in every year

Pricing points for all services remains the same

OCF margins for analog video advertising, digital video and other revenues are all cut by 5% in each year beginning in 2000

Capex remains the same

SALOMON SMITH BARNEY

## UCA Corp / Hilton Head Communcations

Transaction Summary

[illegible]

| 1=Management s Case, 2=SSB Case | | 2 |
|---|---|---|
| **Sources of Funds** | | |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| [illegible] | 620,000 | |
| **Uses of Funds** | | |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| [illegible] | 0 | [illegible] |
| [illegible] | 620,000 | |

SSB Case

**Financial Summary**

| | LQA | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|
| | [illegible] | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| EBITDA | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | | $4,000 | $4,000 | $4,000 | $4,000 | [illegible] | $4,000 | [illegible] | $4,000 | $4,000 |
| [illegible] | | [illegible] | 7,810 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 60.1% | 77.6% |
| CREDIT RATIOS | | | | | | | | | | |
| EBITDA / [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | NM |
| EBITDA Capex / [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 0 | NM |
| [illegible] / EBITDA | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Debt / EBITDA | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Salomon Smith Barney

2004C 012082

# UCA Corp / Hilton Head Communications
## Summary Income Statement

SSB Case

| | [illegible] | LQA [illegible] | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Fiscal Year Ending March 31 | | | | | | | | | |
| Homes Passed | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Growth | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Penetration | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Subscribers at End of Period | | | | | | | | | | | | |
| Analog Video Service | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Growth | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Advertising | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Digital Video | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Growth | | | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Cable Modem | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Growth | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Other | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Subs | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Pricing Per Sub Per Service | | | | | | | | | | | | |
| Analog Video Service | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Advertising | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Digital Video | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Cable Modem | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Other | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Contribution per Basic Sub | | | | | | | | | | | | |
| Analog Video Service | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Advertising | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Digital TV Svc | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Cable Modem | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Other | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Revenue | | | | | | | | | | | | |
| Analog Video Service | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Advertising | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Digital TV Svc | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Cable Modem | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Other | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| EBITDA | | | | | | | | | | | | |
| Analog Video Svc | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Advertising | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Digital TV Svc | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Cable Modem | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Other | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| EBITDA Margin | | | | | | | | | | | | |
| Analog Video Service | [illegible] | 0.0 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Advertising | [illegible] | 0.0 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Digital TV Svc | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Cable Modem | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Other | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| CAPEX Assumptions | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Digital Penetration | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Cable Modem Penetration | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Ad Revenue / Total Revenue | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Ad Revenue Growth | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Capex / Avg Sub | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

2004C 012083

# UCA Corp / Hilton Head Communcations
## Cash Flow & Credit Statistics

| | TQA 6/30/98 | Fiscal Year Ending March 31 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sources | | | | | | | | | | | |
| EBITDA | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $125,745 | [illegible] | [illegible] | $141,214 | [illegible] |
| Management Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Asset Sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Sources | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equity Sold | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Uses | | | | | | | | | | | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| (Fixed Debt Amortization) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (Capital Expenditures) | 0 | (45,420) | (47,256) | (51,455) | (29,678) | [illegible] | [illegible] | (20,180) | [illegible] | [illegible] | [illegible] |
| (Commitment Fee) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | $0 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Excess Cash Flow | | $7,108 | $7,810 | $13,209 | $41,784 | $ 802 | $71,500 | $81,422 | [illegible] | [illegible] | [illegible] |
| Pay Down Debt | 0 | (7,108) | (7,810) | (13,209) | (41,784) | (5,802) | (71,500) | (81,422) | [illegible] | [illegible] | [illegible] |
| CASH | | | | | | | | | | | |
| Beginning Balance | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Change in Cash Balance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending Cash Balance | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Cash Available to Pay Debt | | $7,108 | $7,810 | [illegible] | $41,784 | $ 802 | $71,500 | $81,422 | [illegible] | [illegible] | [illegible] |
| Cumulative Cash Flow | | 7,108 | 14,918 | 28,127 | 71,911 | 127,714 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

| Credit Stats | TQA 6/30/98 | Fiscal Year Ending March 31 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EBITDA | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total Debt | $620,000 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | $120,787 | [illegible] | [illegible] | [illegible] | [illegible] |
| Interest Expense | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Capex | | [illegible] | [illegible] | $51,455 | [illegible] | [illegible] | [illegible] | $20,180 | [illegible] | [illegible] | [illegible] |
| Total Debt / EBITDA | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| EBITDA / Interest | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| EBITDA - Capex / Interest | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

2004C 012084

# UCA Corp / Hilton Head Communications

## Debt Schedule & Interest Expense

| | COA 9/30/98 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Fiscal Year Ending March 31 | | | | | | | | | |
| **Tranche A Revolving Bank Debt** | | | | | | | | | | | |
| Beginning of Year Debt Outstanding | $320,000 | $320,000 | $312,812 | $305,782 | $291,871 | $[illegible] | $192,286 | $120,787 | $39,365 | $0 | $0 |
| (Borrowing)/Repayment | | (7,188) | (7,030) | (13,201) | (43,781) | (55,802) | (71,500) | (81,422) | (39,365) | 0 | 0 |
| End of Year Debt Outstanding | | 312,812 | 305,782 | 291,871 | 248,089 | [illegible] | 120,787 | 39,365 | 0 | 0 | 0 |
| LIBOR Rate | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Credit Spread | | [illegible] | 1.00% | 0.75% | 0.63% | 0.63% | 0.63% | 0.63% | 0.63% | 0.63% | [illegible] |
| Floating Interest Rate | | [illegible] | [illegible] | [illegible] | [illegible] | 6.27 | 6.27% | 6.27 | 6.27% | 6.27% | [illegible] |

| | COA 9/30/98 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Fiscal Year Ending March 31 | | | | | | | | | |
| **Tranche B Term Loan** | | | | | | | | | | | |
| Beginning of Year Debt Outstanding | $300,000 | $300,000 | $300,000 | $300,000 | $300,000 | $300,000 | $300,000 | $300,000 | $300,000 | $247,102 | $138,971 |
| (Borrowing)/Repayment | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (52,898) | (108,132) | (121,200) |
| End of Year Debt Outstanding | | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 247,102 | 138,971 | 17,771 |
| LIBOR Rate | | 5.39% | 5.39% | 5.39% | 5.39% | 5.64% | 5.64% | 5.64% | 5.64% | 5.64% | [illegible] |
| Credit Spread | | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | 2.50% | [illegible] |
| Floating Interest Rate | | [illegible] | [illegible] | [illegible] | [illegible] | 8.14% | 8.14% | 8.14% | 8.14% | 8.14% | [illegible] |
| | | | | | | | | | | | |
| (Deficiency)/Excess Cash | | 7,107.1 | 7,030.3 | 13,200.6 | 43,780.0 | 55,802.2 | 71,499.6 | 81,422.3 | 92,262.1 | 108,131.8 | [illegible] |
| (Repayment)/Borrowing Tranche A Revolver | | (7,107.1) | (7,030.3) | (13,200.6) | (43,780.0) | (55,802.2) | (71,499.6) | (81,422.3) | (39,364.6) | 0.0 | 0.0 |
| (Deficiency)/Excess Cash | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 52,897.6 | 108,131.8 | 121,199.6 |
| (Repayment)/Borrowing Tranche B Term Loan | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (52,897.6) | (108,131.8) | (121,199.6) |
| (Deficiency)/Excess Cash | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | | | | | | | | | | | |
| Beginning of Year Debt Balance | | $620,000 | $612,812 | $605,782 | $591,871 | $548,089 | $492,286 | $420,787 | $339,365 | $247,102 | $138,971 |
| Debt Paid Down During Year | | (7,188) | (7,030) | (13,209) | (43,781) | (55,802) | (71,500) | (81,422) | (92,263) | (108,132) | (121,200) |
| Total Debt Outstanding | $620,000 | $612,812 | $605,782 | $591,873 | $548,089 | $492,286 | $420,787 | $339,365 | $247,102 | $138,971 | $17,771 |
| | | | | | | | | | | | |
| Net Interest Expense (Income) | | | | | | | | | | | |
| Revolving Bank Debt Less Floating Cash Balance | | $22,017 | $20,483 | $18,449 | $15,572 | $13,285 | $9,564 | $5,770 | $983 | ($751) | [illegible] |
| Term Loan Bank Debt | | 23,670 | 23,670 | 23,670 | 23,670 | 24,420 | 24,420 | 24,420 | 22,267 | 15,711 | [illegible] |
| Total Net Interest Expense (Income) | | $45,[illegible] | $44,[illegible] | $42,119 | $39,242 | $37,705 | $33,984 | $30,190 | $23,249 | $14,[illegible] | $[illegible] |

2004C 012085

[illegible]

2004C 012086

# F. Bank Loan Comparables

2004C 012087

Adelphia Transactions Summary of Terms Analysis

| Borrower | Proposed RHC & UCA (Adelphia) | Parnassos (Adelphia) | Adelphia (HVA) | Chelsea (Adelphia) | UCA Corp (Adelphia) |
|---|---|---|---|---|---|
| Deal Size ($MM) | $700MM | $700MM | $200MM | $500MM | $200MM |
| Date In Market | March 99 | December 98 | March 99 | April 96 | March 05 |
| Purpose | Refinance/distributions/GCP | Refinance/Acqu/GCP | Refinance | GCP/Acquisitions | Acquisition/ Refinance/GCP er |
| Rating | NR | BB/Ba3 | | Ba2 | B+2 |
| Security | Negative Pledge sub of mmmt fees upstream gtees | Stock Partnership Interests sub of mmmt fees upstream gtees | All Stock sub of mmmt fees | All Stock sub of mmmt fees | All assets & Stock sub of mmmt fees |
| Facilities | RHC 400MM | RHC 350 | RHC 200 | RC 340 | RHC 700 |
|  | TLB 300MM | TL 350 |  | TL 150 |  |
| Tenors | RHC 8.5 | RHC 8.5 | RHC 8.5 | RC 7.7 | RHC 8.5 |
|  | TL 8.5 | TL 8.5 |  | TL 8.7 |  |
| Drawn Cost (bps) | 175.0 | 200bps 1-6 months | 200 | RC 200 | 187.5 |
|  |  | C +d +c c--c |  | TL 275 pre Grey |  |
| Undrawn Cost (bps) | 37.5 | >+4.5x 37.5 (<4.5x 25) | 37.5 | 35 | 37.5 |
| **FINANCIAL COVENANTS** |  |  |  |  |  |
| Leverage Ratio | Senior 6.50x 4.5x year 3+ | Senior None | Senior None | Senior 6.5x 4.0x by 7/7/02 & after | Senior Funding 6.0x 4.5x by 7/1/98 |
|  | Total None | Total 6.5x - 4.5x by 4/1/02 | Total 6.5x 4.0x | Total None | Total None |
| Fixed Charge Coverage |  | 1.0x after year 3 | 1.0x from 3/31/01 fwd | 1.0x |  | 1.0x |
|  |  | None if Lev < 3.5x | None if Total Lev <3.5x |  |  |  |
| Capex | None | $85MM Max yr 1&2 per annum | None | None | None |
| Interest Coverage | 1.0x | 2.0x | 1.75x  2.0x by 9/30/96 | 1.625 + 2.0x after 3/31/98 | 1.875x through 9/30/98 |
|  |  |  |  |  | 2.0x thereafter |
| PF Debt Service | 1.1x | 1.10x | 1.05x | 1.1x | 1.05x |
| Coverage | None if Lev < 3.5x | None if Total Lev < 3.5x | if Lev <3.0x credit given for 50% of XS Cash for OCF | add 50% of XS C/x to OCF if Sr Lev <3.0x & test level <1.1 15x |
| Negative Covenants | Negative Pledge | Negative Pledge | Negative Pledge | Negative Pledge | Negative Pledge |
|  | $150MM aggregate acquisition basket | $150MM Agg. Permitted Acquisitions | $25MM Capital Contribution allowances | $100MM Sub Debt Allowance | $150MM Purchase Money Debt basket) |
|  | $35MM Capital Lease basket | Unsecured & Sub debt | $1MM acquisition allowance | $1MM Unsecured Debt Allowance | $40MM Sub Debt from Affiliates |
|  | Permitted asset sales/swaps if single sale < | $125MM AVbable sub debt | $40MM unsecured Sub debt basket | $35MM undr Acq  $130MM Agg. Acqs | Asset Sales if <15% of OCF (25% |
|  | 25% of Ann OCF (aggregate sales < 35.4) | Max $35MM cap leases | $15MM Capital Lease Basket | Asset Sales if <15% of Ann OCF (25% | aggregate limit over b/o) |
|  | Restricted Pmts if Sr Lev 5x | Asset Sales < 25% of Ann OCF (25 | Asset Sales if <15% of Ann OCF (25 | aggregate limit over b/o / 25% wf swaps) | $40MM Aggregate Acqu over Limit |
|  | Mgmnt Fee <-5  Gross Rev | aggregate limit over b/o) | aggregate limit over b/o) | Restricted Pmts if Sr Lev<4.75x | Restricted Pmts if Sr Lev 5.5x |
|  |  | Restricted Pmts if Lev<5x | Restricted Pmts if Sr Lev<4.75x | Mgmnt Fee < 5% Gross Rev | Mgmnt Fee < 5  Gros Rev |
|  |  | Mgmnt Fee < 5.4 Gross Rev | Mgmnt Fee <-5% Gross Rev |  |  |
| Amortization | RC Commitment Reductions | Reductions RC  TLA | RC Commitment Reductions | RC Commitment Reductions | RC Commitment Reductions (o  per ad |
|  | Yr3 75  3 | 2001  12  8 | 1999  10% | Y1998  5% | 25MM or 6% / of secured facil |
|  | Yr4  12 | 2002  12  12 | 2000  11.875% | Y1999  10% | Commitment on 6/30/07 AND  (pt yr |
|  | Yr5  17* | 2003  17  12 | 2001  10.75 | Y2000  14.5% | Y1997  6/  Y2003 Remainder |
|  | Yr6  17 | 2004  17.4  15.75 | 2002  19.375/ | Y2001  19% | Y1998  11 |
|  | Yr7  17 | 2005  17.4  17.4 | 2003  21.875? | Y2002  24% | Y1999  13.5/ |
|  | Yr8  22 | 2006  22  25 + | 2004  18.125 | Y2003  Remainder | Y2000  15.5 |
|  | Yr8.5  12* | 2007  Remainder |  |  | Y2001  19/ |
|  | TLB Bullet 9/30/07 no amortization |  |  |  | Y2002  20? |
|  | Mandatory Prepmts 100* asset sales |  |  |  | Mandatory Prepmts 100  ? of  sale |
|  | (12mos reinvestment period) | Mandatory Prepmts 100  asset sales |  |  | (12mos reinvestment period) |
|  |  | (12mos reassessment period) |  |  |  |
| Grid based on Leveraged Ratio | Senior Leverage | Total Leverage | Senior Leverage | Senior Leverage | Senior Leverage |
|  | 6.50x  175 | > 6.25x  200 | >60  200 | >6.25  700 | >5.5  187.5 |
|  | 6.25x  162.5 | 6.0x  187.5 | 5.5  187.5 | 5.75  175 | 5.0  175.5 |
|  | 6.0x  137.5 | 5.75x  162.5 | 5.0  150 | 5.25  150 | 4.5  175 |
|  | 5.75x  100.0 | 5.25x  125 | 4.5  125 | 4.75  125 | 4.0  112.5 |
|  | 5.25x  75.0 | 4.75x  100 | 4.0  100 | 4.25  100 | 4.0  87.5 |
|  | 4.75x  62.5 | <4.75x  75 | <40  75 | 3.75  75 |  |
|  |  |  |  | >3.75  62.5 |  |
|  |  |  |  | Margin reduced if BB  or better |  |

2004C 012088

Adelphia Transactions Summary of Terms Analysis

| Borrower | Proposed RHC & UCA (Adelphia) | Hilton Head LP (Adelphia) | |
|---|---|---|---|
| Deal Size ($MM) | $700MM | $350MM | |
| Date In Market | March 99 | December 94 | |
| Purpose | Refinance/Acquisition/GCP | Refinance/Acqu /GCP | |
| Rating | NR | NR | |
| Security | Negative Pledge  sub  of mgmnt fees upstream gtees | All assets & Partnership Interests  sub of mgmnt fees | |
| Facilities | RRC 400MM TLB 300MM | RRC 350 | |
| Tenors | RRC 8.5 TL 8.5 | RRC 8.5 | |
| Drawn Cost (bps) | 175.0 | 200 | |
| Undrawn Cost (bps) | 37.5 | 37.5 | |
| **FINANCIAL COVENANTS** | | | |
| Leverage Ratio | Senior 6.50x  4.5x year 3s Total   None | Senior Funded  6.5x   4.5x by yr 3.25x Total        None | |
| Fixed Charge Coverage | 1.0x after year 3 None if Lev < 3.5x | 1.0x | |
| Capex | None | None | |
| Interest Coverage | 1.6x | 1.625x thorugh 9/30/95 1.75x thorough 9/30/96 1.875x thereafter | |
| PF Debt Service Coverage | 1.1x None if Lev > 3.5x | 1.15x | |
| Negative Covenants | Negative Pledge $150MM aggregate acquisition basket $35MM Capital Lease basket Permitted asset sales/swaps if single sale < 25% of Ann  OCF (aggregate sales < 35%) Restricted Pmts if Sr Lev<5x Mngmnt Fee <~5% Gross Rev | Negative Pledge $15MM Purchase Money Debt basket $70MM Sub Debt from Affiliates basket Asset Sales if <15 / of OCF (25% aggregate limit) $50MM Aggregate Acquisition limit Restricted Pmts if Sr Lev<4.75x Mngmnt Fee <~5  x Gross Rev | |
| Amortization | RC Commitment Reductions Yr3.75   3% Yr4     12 + Yr5     17 Yr6     17 + Yr7     17 Yr8     22 Yr8.5   12

TLB  Bullet 9/30/07  no amortization Mandatory Prepmnts  100% asset sales (12mos reinvestment period) | RC Commitment Reductions  NA

Mandatory  Prepmnts   100%  asset  sales  (12mos reinvestment period) | |
| Grid based on Leveraged Ratio | Senior Leverage 6.50x         175 6.25x         162.5 6.0x          137.5 5.75x         100.0 5.25x          75.0 4.75x         62.5 | Senior Funded Leverage > 6.0x          200 5.5x            175 5.0x            150 4.5x            125 4.0x            100 <4.0x           75 | |

Cable Transactions Summary of Terms Analysis

| Borrower | TWFanch One | Bresnan Telecomm | Interlink Comm | Lenfest | Texas Cable |
|---|---|---|---|---|---|
| Deal Size ($MM) | $850 | $675MM | $350MM | $300MM | $1 150MM |
| Date to Market | January 99 | January 98 | November 98 | Nov 98 | Nov 98 |
| Purpose | Acquisition | Refinance/Acqu/GCP | Refinance/Acqu | Debt Repayment | JV/GCP |
| Rating | NA | BB+/Ba3 | NR | BB+/B3 | NR |
| Security | Secured by partnership interest & stock & all intercompany notes | Secured by 100% of membership pledges & intercompany notes and has a negative pledge on assets | Secured by 1 priority on all assets & pre/existing interests and stock | Negative Pledge | Stock Upstream pledges |
| Facilities | RRC 350 | RRC 150MM | RC 100MM | RRC 300 | RRC 500 |
|  | TLA 300 | TLA 300MM | TL 150MM |  | TL 1000 |
|  | TLB 200 | TLB 175MM |  |  |  |
| Tenors | RC 85 | RRC 85 | RRC 83 | RRC 75 | RC 85 |
|  | TLA 85 | TLA 85 | TL 85 |  | TL 85 |
|  | TLB 9 | TLB 90 |  |  |  |
| Drawn Cost (bps) | RC & TL 225 | RC & TLA 200bps L 6 months | RC 275 | 125 | 200bps L 6 months |
|  | TLB 275 | TLB 275 |  |  | Grid thereafter |
| Undrawn Cost (bps) | 37.5 (25 when Lev<5.0x) | 37.5 | 50.0 | 37.5 (25 when Lev<5x) | 37.5 (25 when Lev<4.5x) |
| **FINANCIAL COVENANTS** |  |  |  |  |  |
| Leverage Ratio | Senior None | Senior 5.75x – 4.0x by year 3.6+ | Senior 4.5x maximum | Senior 5.5x – 3.0x by year 5.3 + | Senior None |
|  | Total 6.90x to 4.0x by 2004 | Total 7.0x – 5.0x years 2 + | Total 6.75x – 4.5x by year 5.3 | Total 8.75x – 4.5x by year 5.3 | Total – 0.9x down in 4 flx by 12/01/03 |
| Fixed Charge Coverage | None | None | 1.05x after year 3 | None | 1.05x after year 4 |
| Capex | None | If Lev > 5.5x then | $39MM  $11.5MM year 3 | None | None |
|  |  | 99 $125MM  '00 $95MM |  |  |  |
|  |  | 01 $60MM thereafter $50MM |  |  |  |
| Interest Coverage | 1.5x – 2.0x by 2002 | 1.5x – 2.0x by year 3.5+ | 1.5x – 2.5x year 3.3+ | 1.5x – 2.0x by year 2.5x | 1.5x – 2.0x by year 2.5 |
| Debt Service Coverage | 1.25x – 1.1x from year 3 | 1.25x | None | None | None |
| Negative Covenants | Negative pledge | $50MM aggregate unsecured debt & cap lease basket | Mandatory prepayments on 50% X% C F 100% Asset Sales 100% Equity 100% Debt | Negative Pledge | No negative Pledge |
|  | $50MM debt basket $150MM sub debt basket $10MM seller financing | $50 M permanent basket | $10MM Permitted liens  unlimited Cap Leases | $50MM Cap Leases |
|  | No restricted payments if Lev < 5.0x | $50MM acquisition basket if Lev 5.5x | Restricted payments allow up to 50% of Ann X% C F | Restricted payments allow up to 1.0  of Ann X% C F |
|  | $20MM Investments excl | Distributions up to 25  of X% C F if Total | $10MM acquisition on future Pref Stock if Lev < 5.5x | Ann X% C F |
|  | Acquisitions | Leverage < 5.5x | Permitted asset sales if single sale < 25% and agg | Restricted Pmts on C g of Ann'l basket where Lev < 10  and |
|  | Restricted Pmts if Lev<5x | Permitted asset sales if single sale < 15 | sales of 43% of Annualized OCF | Permitted asset sales if single sale < 10 and |
|  |  | and agg  sales of 30% of Ann OCF | Unlimited CATV acqs | agg sales of 75  of Ann OF f |
|  |  | Mgmt Fee 3Y Gross Rev | $25MM Aggregate non CATV Acq Allowance per year ($100MM over life) | $25MM Aggregate Acqs where Lev  5x |
| Amortization | Reductions  RC  TLA  TLB | | | Reductions  RC  TLA | | RC Commitment Reductions | Reductions  RC  TLA |

**TWFanch One Amortization:**

| Year | RC | TLA | TLB |
|---|---|---|---|
| 2002 | 10% | 10% | 1% |
| 2003 | 19 | 19/ | 1.6 |
| 2004 | 19% | 19 | 1/ |
| 2005 | 21 | 21/ | 1% |
| 2006 | 21 | 21 | 1 |
| 2007 | 10.5 | 10.4 | 94 |

Mandatory Prepmts 100% asset sales (12mos reinvestment period) 100% of debt issuance

**Bresnan Amortization:**

| Year | RC | TLA | TLB |
|---|---|---|---|
| 2002 | 10% | 10% | 1% |
| 2003 | 15.4 | 15% | 1% |
| 2004 | 15 + | 15% | 1 + |
| 2005 | 20% | 20% | 1% |
| 2006 | 25 | 25 + | 1% |
| 2007 | 15 | 15% | 1.4 |

3/29/08  Bullet
Mandatory Prepmts 100% asset sales (12mos reinvestment period)

**Interlink Amortization:**

| Year | RC | TLA |
|---|---|---|
| 2001 | 5% | 6 |
| 2002 | 15 | 12/ |
| 2003 | 15 | 15.4 |
| 2004 | 15 | 18 |
| 2005 | 15 | 21.4 |
| 2006 | 15 | 22 |
| 2007 | 15 | 6 |

**Lenfest RC Commitment Reductions:**

| Year | RC |
|---|---|
| 2001 | 5% |
| 2002 | 10% |
| 2003 | 15 |
| 2004 | 22% |
| 2005 | 28% |
| 7/31/06 | 20.6 bullet |

**Texas Cable Amortization:**

| Year | RC | TLA |
|---|---|---|
| 2002 | 20/4 | 5/ |
| 2003 | 12.5/ | 12 / |
| 2004 | 15/ | 15 |
| 2005 | 20/7 | 20/ |
| 2006 | 22.5/ | 22.5 |
| 2007 | 10.4 | 25/ |

Mandatory Prepmt  100   of  cl dcs (12mos reinvestment period)

| Grid based on Leverage Ratio | | | | | |
|---|---|---|---|---|---|

**TWFanch One Grid:**

| Leverage | TLB 275 |
|---|---|
| > 6.75x | 250 |
| 6.50x | 225 |
| 6.00x | 200 |
| 5.50x | 175 |
| 5.0x | 150 |
| 4.50x | 125 |
| 4.00x | 100 |
| <4.00x | 75 |

Grid TBD

**Bresnan Grid:**

| Leverage | RC | TLA | TLB |
|---|---|---|---|

Total leverage:

| Leverage | |
|---|---|
| 6.5x | 225 |
| 6.0x | 200 |
| 5.5x | 175 |
| 5.0x | 150 |
| 4.5x | 125 |
| 4.0x | 100 |
| <4.0x | 75.0 |

TLB stepdown to L+250 when Lev<5.5

**Interlink Grid — Total Leverage:**

| Leverage | |
|---|---|
| 6.5x | 275 |
| 6.0x | 250 |
| 5.5x | 250 |
| 5.0x | 225 |
| 4.5x | 200 |
| 4.0 | 175 |

6max 25 bps after sub debt raised

**Lenfest Grid — Total Leverage:**

| Leverage | |
|---|---|
| 6.50x | 150 |
| 6.25x | 125 |
| 6.0x | 112.5 |
| 5.75x | 87.5 |
| 5.25x | 75.0 |
| 4.75x | 62.5 |

**Texas Cable Grid — Total leverage:**

| Leverage | |
|---|---|
| > 6.75x |  |
| 6.5x | 290 |
| 6.0x | 17 |
| 5  | 1.9 |
| 5.0x | L |
| 4.x |  |
| 4.0x |  |

## Charter Communications Summary of Terms Analysis

| Issuer | CCE II Holdings | CCE, LP | CCE I | Charter Southeast | CCE II |
|---|---|---|---|---|---|
| Parent Sr. Unsec. Rating | | | | B/B3 | |
| Deal Size ($MM) | $95MM | $130MM | $540MM | $640MM | $375MM |
| Month In Market | Nov 98 | Oct 98 | Sept 98 | Jun 98 | Jun 98 |
| Purpose | Debt Repayment | Debt Repayment | Acquisition/Debt Rep | General Corporate | Acquisition |
| Secured | Yes | Yes | Yes | Yes | Yes |
| Type | TLC 95 | TL | RC 175 | RC 290 | RC 185 |
| | | | TLA 280 | TLA 200 | TLA 100 |
| | | | TLC 85 | TLB 150 | TLB 105 |
| Tenor | 8 yrs | 9 yrs | RC 8 yrs | RC 9 yrs | RC 8 yrs |
| | | | TLA 9 yrs | TLA 9 yrs | TLA 8 yrs |
| | | | TLC 8.5 yrs | TLB 9.5 yrs | TLB 9 yrs |
| Drawn Cost at Close (bps) | 325 | 325 | RC TLA 187.5 | RC 150 | RC TL 200 |
| | | | TLC 275 | TLA 150 | TLB 250 |
| | | | | TLB 200 | |
| **Financial Covenants** | | | | | |
| EBITDA LQA | Yes | | Yes | Yes | Yes |
| Interest Coverage Ratio | None | None | None | | None |
| Fixed Charge Coverage Ratio | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Pro Forma Debt Service | Yr 12/98 1.35 and thereafter 1.10 | 1.10 | 1.10 | 1.25 | Nov Dec 98 1.15 and thereafter 1.10 |
| Sr Leverage | | None | None | | None |
| OpCo & Sub Leverage | 5.25 with step downs | | | | |
| Total Leverage | 0.75 | 5.5 with step downs | 5.5 with step downs | 5.25 with step downs | 5.25 with step downs |

Amortization

**CCE II Holdings** — Quarterly

| Period | % of Loan |
|---|---|
| Q2 2002 | 0.166 |
| Q3 2002 | 0.167 |
| Q3 2002 | 0.167 |
| 2003 2005 | 0.25% |
| Q1 2006 | 32.166% |
| Q2 Q3 2006 | 32.167% |

**CCE, LP** — Quarterly

| Period | % of Loan |
|---|---|
| 2002 2006 | 0.25 |
| Q1 2007 | 0.25 |
| Q3 2007 | 47.50% |
| Q4 2007 | 47.50% |

**CCE I** — Quarterly

RC and TLA

| Period | % of Loan |
|---|---|
| 2002 | 4.4 |
| 2003 | 3.75? |
| 2004 | 5.125% |
| 2005 | 6.5% |
| 2006 | 8.63% |

TLC

| Period | % of Loan |
|---|---|
| 2002 | 0.25? |
| 2003 | 0.25 |
| 2004 | 0.25 |
| 2005 | 0.25? |
| Q1 Q3 06 | 0.25? |
| Q4 06 | 22.2? |
| 2007 | 71.250 |

**Charter Southeast** — Quarterly

RC TLA

| Period | % of Loan |
|---|---|
| 2002 | 2.750% |
| 2003 | 3.65% |
| 2004 | 3.65% |
| 2005 | 4.75% |
| 2006 | 5.95% |
| 2007 | 8.50% |

TLB

Q1 Q2 Q3 07 0.25%

Q3 07 & Mat. date 47.25?

**CCE II** — Quarterly

RC TLA

| Period | % of Loan |
|---|---|
| 2001 | 1.25? |
| 2002 | 3.75? |
| 2003 | 4.5 |
| 2004 | 5.0? |
| Q1 05 | 42% |

TLB

| Period | % of Loan |
|---|---|
| Q4 99 | 0.5? |
| 2000 01 | 0.25 |
| 2004 | 1.25 |
| 2005 | 17.2% |
| 2006 | 21.7? |

2094C 012091

2004C 012092

Exhibit C  Comparable Cable Transactions

| | TWFench-One | Brennan Communications | Interlink Communications | Texas Cable | Pamaxxee |
|---|---|---|---|---|---|
| Parent Sr Unsec Rating | NR | BB /Ba3 | NR NR | r B NR | Ba3 BB |
| Deal Size (MM) | $850 | $650 | $250 | $ 5x | - |
| Month in Market | In Market | Jan 99 | Nov 9b | Oct 9f | c  a |
| Purpose | Refinance | Refinance GCP | Refinance Acqus n | Refinance | Re   - GCP |
| Secured | Yes | Yes | Yes | Yes | Yes |
| Type | RC 350 | RRC 150 | RRC 100 | RC 50n | RRC 3b |
| | TLA 300 | TLA 325 | TL 250 | TL 000 | TL Cbv |
| | TLB 200 | TLB 172 | | | |
| Tenor | RC 8 5 | RRC 8 5 yrs | RC 8 25 yrs | RC 9 yrs | RRC 8 5 yrs |
| | TLA 8 5 | TLA 8 5 yrs | TL 8 25 yrs | TL 9 yrs | TL 8 5 yrs |
| | TLB 9 | TLB 9 yrs | | | |
| Upfront Fees | 375  500 | | | 62 5 | |
| Drawn Cost at Close (bps) | RC 225 | RRC 200 | RC 275 | RC 200 | RRC 200 |
| | TLA 225 | TLA 200 | TL 275 | TL 200 | TL 200 |
| | TLB 275 | TLB 275 | | | |
| Pricing Grid (bps) | Above set for 6months | | | | |
| ≥ 6 75x Leverage | | | | | |
| ≥ 6.5x, <6 75 | 250 | 225 | 275 | 225 | 200 0 |
| ≥ 6.25x, <6.5 | 225 | 225 | 275 | 200 | 200 0 |
| ≥ 6.0 <6.25 | 200 | 200 | 275 | 75 | 200 0 |
| ≥ 5.75 <6 0 | 200 | 200 | 275 | 175 | 187 5 |
| ≥ 5 5 <5 75 | 175 | 175 | 250 | 150 | 162 5 |
| ≥ 5.25 <5.5 | 175 | 175 | 250 | 150 | 125 0 |
| ≥ 5.0 <5.25 | 150 | 150 | 225 | 125 | 125 0 |
| ≥ 4 75 <5 0 | 150 | 150 | 225 | 125 | 100 0 |
| ≥ 4.5 <4 75 | 125 | 125 | 200 | 100 | 100 0 |
| ≥ 4 0, <4.5 | 100 | 125 | 200 | 100 | 75 0 |
| ≥ 3 5 <4 0 | 75 | 100 | 175 | 75 | 75 0 |
| >3.25 <3.5 | 75 | 75 | 150 | 62 5 | 75 0 |
| <3.25 | | | | | |
| Undrawn (bps) | 37 5 | ≥5 0x 37 5 | ≥5 5x 50 | ≥5 0x 37 5 | ≥ 4 5x 37 5 |
| | <5 5x 25 0 | <5 0x 25 0 | ≥4 0x <5 5 & 37 5 | <5 0x 25 0 | < 4 5x 25 0 |
| | | | <4 0x 25 0 | | |
| Credit Statistics | PF99 Estimated | 12/31/98E | PF 12.31/98 | PF 12/31/98 | PF 6/30/98 |
| Rev ($MM) | 229 1 | $286 40 | $109 70 | $-90 40 | $212 92 |
| EBITDA ($MM) | 117 5 | 314 50 | 51 85 | $197 31 | $106 93 |
| Sr Sec. Debt | 776 5 | 549 20 | $317 50 | $1 300 00 | NA |
| Total Debt | 776 3 | 719 20 | $317 50 | $1 300 00 | $664 00 |
| Sr Sec. Debt/EBITDA | 6 6 | 4 77x | 6 1x | 6 6X | NA |
| Total Debt/EBITDA | 6 6 | 6 24x | 6 1x | 6 6x | 6 2x |
| Capex | 89 2 | 56 9 | $25 30 | $0 00 | NA |
| EBITDA/Interest | 2 1 | NA | 9 5x | NA | 2 1 |
| EBITDA - Capex/Interest | 0 5 | NA | 1 9x | NA | NA |
| Subscribers (parent) | 524 917 | 655 800 | 243 091 | 1 120 200 | 0 |
| Subscribers (sub) | NA | 239 000 | NA | NA | 476 405 |

2004C 012093

Exhibit C  Comparable Cable Transactions

| | Avalon | Insight | CCE-I | Charter Southeast | CCE II |
|---|---|---|---|---|---|
| Parent Sr Unsec Rating | NR,NR | NR,NR | | BB- | |
| Deal Size (MM) | $221 | $553 | $540 | $500 | $27 |
| Month in Market | Oct 95 | Oct 96 | Sep 97 | Jun 98 | |
| Purpose | Refinance Acq | GCP | Acquis or Dec | GCP | Acquis |
| Secured | (Yes) | Yes | Yes | Yes | Yes |
| Type | RC 30 TLA 121 TLB 170 | RC 250 TLA 300 | RC 175 TLA 280 TLC 85 | RC TL 250 TLA 270 TLB 150 | RC 175 TLA 150 TLB 95 |
| Tenor | RC 7 yrs TLA 7 yrs TLB 8 yrs | RC 8 yrs TLA 8 yrs | RC 8 yrs TLA 8 yrs TLC 8 5 yrs | RC TL 9 yrs TLA 9 yrs TLB 9 5 yrs | RC TLA 8 yrs TLB 9 yrs |
| Upfront Fees | 100 | | | | |
| Drawn Cost at Close (bps) | RC 300 TLA 300 TLB 375 | RC 200 TL 200 | RC TLA 187 5 TLC 275 | RC 150 TLA 150 TLB 200 | RC TL 200 TLB 250 |
| **Pricing Grid (bps)** | | | | | |
| ≥ 6 75x Leverage | | | | | |
| ≥ 6.5x, <6 75 | 300 | | | | |
| ≥ 6.25x, <6 5 | 300 | 200 | | | |
| ≥ 6 0 <6.25 | 300 | 200 | | | |
| ≥ 5 75 <6 0 | 300 | 175 | 187 5 | | 200 |
| ≥ 5 5 <5 75 | 275 | 175 | 187 5 | | 200 |
| ≥ 5.25 <5 5 | 275 | 137 5 | 187 5 | 150 | 175 |
| ≥ 5 0 <5.25 | 250 | 137 5 | 187 5 | 150 | 175 |
| ≥ 4 75 <5 0 | 250 | 112 5 | 162 5 | 137 5 | 162 5 |
| ≥ 4 5 <4 75 | 225 | 100 | 162 5 | 137 5 | 162 5 |
| ≥ 4 0 <4 5 | 225 | 100 | 137 5 | 100 | 137 5 |
| ≥ 3 5 <4 0 | 200 | 87 5 | 125 | 75 | 100 |
| >3.25 <3.5 | 175 | | 125 | 75 | 75 |
| <3.25 | | | 125 | 62 5 | 75 |
| Undrawn (bps) | 50 0 | ≥5 0x 37 5 <5 0x 25 0 | | >4 0x 37 5 <4 0x 25 0 >4 0x 37 5 <4 0x 25 0 | |
| **Credit Statistics** | PF 9 mo 8 30/98 | PF 12/31/98 | | LTM 6 30/98 | |
| Rev ($MM) | $76 68 | $131 10 | | $19 72 | |
| EBITDA ($MM) | $35 72 | $73 40 | | $96 07 | |
| Sr Sec Debt | $224 50 | NA | | $-13 90 | |
| Total Debt | $325 00 | $460 00 | | $73- 89 | |
| Sr Sec Debt/EBITDA | 6 3x | NA | | 4 7x | |
| Total Debt/EBITDA | 9 09 | 6 3x | | 5 06x | |
| Capex | $17 85 | NA | | $82 23 | |
| EBITDA/Interest | 1 5x | 2 3x | | | |
| EBITDA Capex/Interest | 0 76x | NA | | | |
| Subscribers (parent) | 249 523 | ( ) | | 1 206 000 | |
| Subscribers (sub) | NA | 323 327 | | — 200 | |

2004C 012094

Exh C Comparable Cable Transactions

| | Lenfest Communications | Falcon Cable | Cablevision | Frontiervision |
|---|---|---|---|---|
| Parent Sr Unsec Rating | BB+ Ba3 | NR Ba2 | BB+ Ba2 | B B |
| Deal Size (MM) | $300 | $ 150 | $2 600 | $... |
| Month in Market | Jun 95 | Mar 96 | Feb 96 | Jun 9 |
| Purpose | Re nance Acq | JV Finance | Debt Repayment | Acqu tn |
| Secured | No | Yes | | Yes |
| Type | RRC 300 | RRC 650 | RC 2800 | RC 30C |
| | | TL B 200 | | TLA 250 |
| | | TL C 300 | | TLB 250 |
| Tenor | RRC 7 6 yrs | RRC 8 5 yrs | RC 364-days | RC 8 YRS |
| | | TL A 9 yrs | | TLA 8 YRS |
| | | TL B 8 5 yrs | | TLB 8 YRS |
| Upfront Fees | | | 33 | NA |
| Drawn Cost at ( lose (bps) | RRC 125 | RRC 87 5 | RC 75 | RC 225 |
| | | TLB 175 | | TLA 225 |
| | | TLC 200 | | TLB 237 5 |
| **Pricing Grid (bps)** | | | | |
| ≥ 8.75x Leverage | 150 | | | 22p |
| ≥ 8.5x, <8 75 | 150 | | | 200 |
| ≥ 8.25x, <8.5 | 125 | | | 200 |
| ≥ 8 0, <8.25 | 125 | | 112 5 | 200 |
| ≥ 5 75 <6 0 | 112 5 | 137 5 200 225 | 112 5 | 175 |
| ≥ 5.5 <5.75 | 1 25 | 137 5 200.225 | 87 5 | 175 |
| ≥ 5.25 <5 5 | 87 5 | 112 5 175.200 | 75 | 50 |
| ≥ 5.0 <5.25 | 87 5 | 112 5 175 200 | 75 | 150 |
| ≥ 4 75 <5.0 | 75 | 87 5 175.200 | 60 | 137 5 |
| ≥ 4 5 <4 75 | 75 | 87 5 175.200 | 60 | 137 5 |
| ≥ 4 0 <4 5 | 62 5 | 62 5 150 175 | 50 | 125 |
| ≥ 3.5 <4 0 | 62 5 | 62 5 150 175 | | 112 5 |
| ≥3.25 <3.5 | 62 5 | 50 0 150 175 | | 1 25 |
| <3.25 | | | | |
| Undrawn (bps) | ≥5 0 37 5 | ≥5 0 37 5 | 33 | 37 5 |
| | <5 0 25 0 | <5 0 25 0 | | |
| **Credit Statistics** | FYE 12/01/1997 | 12.31 97 LQA | 12.31 97 | PF 12/31/1998 |
| Rev ($MM) | $413 80 | $~72 63 | $1 949 36 | $244 84 |
| EBITDA ($MM) | $210 10 | $187 45 | $580 98 | $118 13 |
| Sr Sec. Debt | $999 60 | $912 00 | $2 240 36 | $507 50 |
| Total Debt | $ 292 60 | $1 578 14 | $5 579 35 | $707 50 |
| Sr Sec. Debt/EBITDA | 4 8x | 4 9x | 3 8x | 4 3x |
| Total Debt/EBITDA | 6 2x | 8 4x | 9 6x | 5 99x |
| Capex | $67 50 | NA | $457 59 | $~1 39 |
| EBITDA/Interest | 1 7x | 1 9x | 1 57x | 1 85x |
| EBITDA Capex/Interest | 1 2x | NA | 0 33x | 1 2x |
| Subscribers (parent) | NA | NA | 2 844 408 | (NA) |
| Subscribers (sub) | 991 757 | 975 000 | | 567 900 |

2004C 012095

Exhib C Comparable Cable Transactions

| | Marcus Cable | Adelphia Chelsea | Adelphia UCA | Adelphia NVA |
|---|---|---|---|---|
| Parent Sr Unsec. Rating | B1B3 | Ba2 | Ba[illegible] | B B[illegible] |
| Deal Size (MM) | $ 100 | $690 | $200 | $[illegible] |
| Month in Market | Feb 97 | Apr 9[illegible] | Ma 95 | [illegible] |
| Purpose | Refinance | Acquisition (Chelsea) | Acquisition Re | Acquis [illegible] NVA |
| Secured | Yes | Yes | Yes | Yes |
| Type | RRC 310<br>TL A 490<br>TL B 300 | RC 540<br>TLB 150 | RC 20 | RC 200 |
| Tenor | RRC TL A 7 75 yrs<br>TL B 8 75 yrs | RC 7 7 yrs<br>TLB 8 7 yrs | RC 8 5 | RC 8 [illegible] |
| Upfront Fees | NA | NA | NA | NA |
| Drawn Cost at Close (bps) | RRC 137 5<br>TLA 137 5<br>TLB 225 0 | RC 200<br>TLB 275 | RC 87 5 | RC 200 |
| Pricing Grid (bps) | | | | |
| ≥ 6 75x Leverage | | | | |
| ≥ 6.5x, <6 75 | 200 0 225 0 | | | |
| ≥ 6.25x, <6.5 | 175 0 225 0 | 200 | | 200 |
| ≥ 6 0 <6.25 | 150 0 225 0 | 200 | | 200 |
| ≥ 5 75 <6 0 | 150 0 225 0 | 175 | 187 5 | 187 5 |
| ≥ 5 5 <5 75 | 137 5 225 0 | 175 | 187 5 | 187 5 |
| ≥ 5.25 <5 5 | 137 5 225 0 | 150 | 187 5 | 150 |
| ≥ 5 0 <5.25 | 112 5 200 0 | 125 | 162 5 | 150 |
| ≥ 4.75 <5 0 | 112 5 200 0 | 125 | 137 5 | 150 |
| ≥ 4 5 <4 75 | 87 5 200 0 | 100 | 137 5 | 150 |
| ≥ 4 0 <4.5 | 87 5 200 0 | 100 | [illegible]2 5 | 100 |
| ≥ 3 5 <4 0 | 75 0 200 0 | 75 | 87 5 | 75 |
| >3.25, <3.5 | 75 0 200 0 | 62 5 | | 75 |
| <3.25 | | | | |
| Undrawn (bps) | ≥5 0x 37 5<br><5 0x 25 0 | 35 | 37 5 | 37 5 |
| Credit Statistics | FYE (12/31/97)(OpCo) | 3.31 98 | Not Available | 3.31 98 |
| Rev ($MM) | $434 50 | $403 60 | | $403 60 |
| EBITDA ($MM) | $204 29 | $265 42 | | $265 42 |
| Sr Sec. Debt | $855 00 | $1 229 00 | | $ 229 00 |
| Total Debt | $1 438 47 | $2 124 62 | | $2 124 62 |
| Sr Sec. Debt/EBITDA | 4 18x | 4 6x | | 4 6x |
| Total Debt/EBITDA | 7 04x | 8 0x | | 8 0x |
| Capex | $120 91 | $100 89 | | $100 89 |
| EBITDA/Interest | 2 51x | 1 2x | | 1 2x |
| EBITDA Capex/Interest | 0 58x | 0 7x | | 0 7x |
| Subscribers (parent) | | 1 868 440 | | 1 868 440 |
| Subscribers (sub) | | 1 039 704 | | 1 039 704 |

2004C 012096

[illegible] Comparable [illegible] 3 1 99 11 07 PM

2004C 012097

# G. Bank Universe

2004C 012098

# Bank & Institutional Lending Commitments at 12/31/98
(Dollars in Thousands)

2004C 012099

2004C 012100

2004C 012101

Cable Investor Analysis

| Funds | TWFanch Feb 98 $850MM | Bresnan Communications Jan 99 $875 | Avalon Oct 96 $371MM | CCE I Sep 98 $540MM | CCE II Jun 98 $290MM | Charter Southeast Jun 98 $540MM | Falcon Mar 98 $1,150MM | Frontier Vision Jan 98 $800MM | Adelphia (Chelsea) Apr 96 $650 | Citizen Century Jan 98 $200MM | # of Deals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Alliance Capital | X | X | | | | | | | | | 2 |
| 2 Allstate | X | X | | | | | | | | | 2 |
| 3 American Money Mgmt | | X | | | | | | | | | 1 |
| 4 Angelo Gordon | X | X | | | | | | | | | 2 |
| 5 Appaloosa | X | X | | | | | | | | | 2 |
| 6 Bain Capital | | X | | | | | | | | | 1 |
| 7 Black Diamond | | X | | | | | | | | | 1 |
| 8 Caravelle | X | X | | | | | | | | | 2 |
| 9 CIFL High Yield Loan Portfolio | | | | | | | | | X | | 1 |
| 10 Conseco | | | | | | | | | | | 0 |
| 11 Cresceno/TCW | | | | | | | | | | | 0 |
| 12 Cypress | X | X | | | | | | | | | 2 |
| 13 Eaton Vance | X | X | | | | | | | | | 2 |
| 14 First Dominion | | X | | | | | | | | | 1 |
| 15 Franklin | X | X | | | | | | | | | 2 |
| 16 General Re | X | X | | | | | | | | | 2 |
| 17 Harch Capital | | X | | | | | | | | | 1 |
| 18 Highland Capital | X | X | | | | | | | | | 2 |
| 19 Imperial Credit | X | X | | | | | | | | | 2 |
| 20 Indosuez Capital | X | X | | | | | | | | | 2 |
| 21 ING Capital | X | X | | | | | | | | | 2 |
| 22 Invesco | X | X | | | | | | | | | 2 |
| 23 KZH Riverside | X | X | | | | | | | | | 2 |
| 24 Liberty View Capital | | X | | | | | | | | | 1 |
| 25 MLAM | X | X | | | | | | | | | 2 |
| 26 MSDW Prime Income | X | X | | | | | | | | | 2 |
| 27 JP Morgan Investment | X | X | | | | | | | | | 2 |
| 28 Mountain Capital | | X | | | | | | | | | 1 |
| 29 Mass Mutual | | X | | | | | | | | | 0 |
| 30 Merrill Lynch Sr Floating Rate | X | | | | | | | | X | | 2 |
| 31 Met Life | | | | | | | | | | | 0 |
| 32 New York Life | X | | | | | | | | | | 1 |
| 33 Oak Hill | | X | | | | | | | | | 1 |
| 34 Octagon | X | X | | | | | | | | | 2 |
| 35 ORIX USA | | X | | | | | | | | | 1 |
| 36 Paribas LLC | | | | | | | | | | | 0 |
| 37 PIMCO | | X | | | | | | | | | 1 |
| 38 Pilgrim | X | X | | | | | | | | | 2 |
| 39 PPM | | | | | | | | | | | 0 |
| 40 Protective Life Insurance | | | | | | | | | X | | 1 |
| 41 Putnam | | | | | | | | | | | 0 |
| 42 Scudder/Kemper | | | | | | | | | | | 0 |
| 43 Shenkman | X | X | | | | | | | | | 2 |
| 44 Stanfield Capital | | X | | | | | | | | | 1 |
| 45 Stein Roe | | X | | | | | | | | | 1 |
| 46 Stering Asset Management | X | | | | | | | | | | 1 |
| 47 Sun America KZH $plus | X | X | | | | | | | | | 2 |
| 48 Thoroughbred Ltd Partnership I | | | | | | | | | X | | 1 |
| 49 Travelers | X | X | | | | | | | | | 2 |
| 50 Van Kampen American Capital | X | | | | | | | | | | 1 |
| 51 VKM | | X | | | | | | | | | 1 |
| **Total Institutional Investors** | 27 | 38 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | |

2004C 012103

# H. Franchise List / Map

2004C 012104

| Number | State | Franchise Name | Expiration Date |
|---|---|---|---|
| 1 | FL | City of Atlantis | 01/30/2008 |
| 2 | FL | City of Belle Glades | 08/10/1996 |
| 3 | FL | City of Boca Raton | 11/22/2000 |
| 4 | FL | City of Boynton Beach | 01/03/2009 |
| 5 | FL | City of Clewiston | 06/17/2006 |
| 6 | FL | City of Deerfield Beach | 04/10/1999 |
| 7 | FL | City of Delray Beach | 07/22/2004 |
| 8 | FL | City of Greenacres | 03/27/2008 |
| 9 | FL | City of Miramar | 01/18/2004 |
| 10 | FL | City of Moore Haven | 10/05/2002 |
| 11 | FL | City of Okeechobee | 02/07/2001 |
| 12 | FL | City of Pahokee | 04/20/2000 |
| 13 | FL | City of Pembroke Pines | 03/15/2003 |
| 14 | FL | City of South Bay | 10/18/2003 |
| 15 | FL | County of Broward | 04/08/2001 |
| 16 | FL | County of Glades | 04/18/2003 |
| 17 | FL | County of Henry | 01/13/2080 |
| 18 | FL | County of Okeechobee | 09/21/2000 |
| 19 | FL | County of Palm Beach | 07/07/2008 |
| 20 | FL | Town of Haverhill | 02/11/2018 |
| 21 | FL | Village of Palm Springs | 06/10/2013 |
| 22 | FL | Village of Wellington | 01/01/2006 |
| 23 | MI | Township of Almena | 03/19/2006 |
| 24 | MI | Township of Antwerp | 07/07/2013 |
| 25 | MI | Township of Decatur | 11/14/2010 |
| 26 | MI | Township of Hamilton | 05/24/2013 |
| 27 | MI | Township of Lawrence | 04/11/1999 |
| 28 | MI | Township of Marcellus | 06/19/2010 |
| 29 | MI | Township of Oshtemo | 08/10/1999 |
| 30 | MI | Township of Paw Paw | 10/11/2013 |
| 31 | MI | Township of Porter | 09/12/2010 |
| 32 | MI | Township of Texas | 02/23/1997 |
| 33 | MI | Township of Volina | 08/29/2005 |
| 34 | MI | Township of Waverly | 07/07/2013 |
| 35 | MI | Village of Decatur | 09/23/2010 |
| 36 | MI | Village of Lawton | 07/11/2003 |
| 37 | MI | Village of Paw Paw | 07/09/2003 |
| 38 | NC | City of Elizabeth City | 03/04/2001 |
| 39 | NC | County of Hertford | 09/19/1998 |
| 40 | NC | County of Pasquotank | 03/04/2001 |
| 41 | NC | Town of Ahoskie | 08/18/2001 |
| 42 | NC | Town of Murfreesboro | 02/27/2011 |
| 43 | NC | Town of Winton | 09/27/1999 |
| 44 | NC | Village of Cofield | 06/30/2004 |
| 45 | OH | City of Aurora | 04/02/1996 |
| 46 | OH | City of Hudson Village | 10/01/1998 |
| 47 | OH | City of Macedonia | 04/02/1996 |
| 48 | OH | City of Twinsburg | 02/24/1996 |
| 49 | OH | Township of Mantua | 07/21/2003 |
| 50 | OH | Township of Northfield Center | 03/02/1996 |
| 51 | OH | Township of Sagamore Hills | 03/05/1996 |
| 52 | OH | Township of Shalersville | 10/17/1999 |
| 53 | OH | Township of Twinsburg | 03/09/1996 |
| 54 | OH | Village of Boston Heights | 11/10/2012 |
| 55 | OH | Village of Greenwood | 12/31/2006 |
| 56 | OH | Village of Hiram | 10/11/2013 |
| 57 | OH | Village of Mantua | 02/13/1999 |
| 58 | OH | Village of Reminderville | 03/10/1996 |
| 59 | PA | Borough of Beaver | 10/08/2005 |
| 60 | PA | Borough of Braddock | 03/24/2008 |
| 61 | PA | Borough of Bridgewater | 10/19/2005 |
| 62 | PA | Borough of Churchill | 09/08/2006 |
| 63 | PA | Borough of East McKeesport | 04/14/2005 |
| 64 | PA | Borough of East Pittsburgh | 11/18/2003 |
| 65 | PA | Borough of East Rochester | 09/11/2004 |
| 66 | PA | Borough of Falls Creek | 02/18/2001 |

System Franchise List Page 1

2004C 012105

| Number | State | Franchise Name | Expiration Date |
|--------|-------|----------------|-----------------|
| 67 | PA | Borough of Freedom | 08/15/2004 |
| 68 | PA | Borough of Hatboro | 07/16/2004 |
| 69 | PA | Borough of Lansdale | 01/05/2000 |
| 70 | PA | Borough of Monaca | 01/02/2006 |
| 71 | PA | Borough of North Braddock | 12/27/1999 |
| 72 | PA | Borough of North Wales | 05/24/2006 |
| 73 | PA | Borough of Rankin | 04/20/2002 |
| 74 | PA | Borough of Rochester | 11/04/2005 |
| 75 | PA | Borough of South New Castle | 10/18/2009 |
| 76 | PA | Borough of Trafford | 06/08/2005 |
| 77 | PA | Borough of Turtle Creek | 09/11/2010 |
| 78 | PA | City of DuBois | 10/22/2002 |
| 79 | PA | City of New Castle | 10/01/2009 |
| 80 | PA | Municipality of Monroeville | 05/06/2001 |
| 81 | PA | Township of Brighton | 01/01/2006 |
| 82 | PA | Township of Haverford | 03/02/2006 |
| 83 | PA | Township of Hickory | 07/11/2008 |
| 84 | PA | Township of Horsham | 06/16/2005 |
| 85 | PA | Township of Mahoning | 01/01/2009 |
| 86 | PA | Township of Marple | 06/08/2007 |
| 87 | PA | Township of Montgomery | 01/17/2004 |
| 88 | PA | Township of Neshannock | 01/01/2011 |
| 89 | PA | Township of North Huntington | 01/17/2009 |
| 90 | PA | Township of Plain Grove | 12/11/2002 |
| 91 | PA | Township of Rochester | 08/21/2004 |
| 92 | PA | Township of Scott | 08/12/2009 |
| 93 | PA | Township of Shenango | 06/12/2007 |
| 94 | PA | Township of Towamencin | 07/31/2000 |
| 95 | PA | Township of Union | 05/25/2008 |
| 96 | PA | Township of Upper Dublin | 07/01/2005 |
| 97 | PA | Township Upper Gwynedd | 01/23/1999 |
| 98 | PA | Township of Vanport | 12/17/2004 |
| 99 | PA | Township of Washington | 10/13/2010 |
| 100 | PA | Township of Wilkins | 07/11/2007 |
| 101 | PA | Township of Wilmington | 06/10/1999 |
| 102 | PA | Township of Winslow | 04/01/2014 |
| 103 | SC | County of Beaufort | 03/31/2007 |
| 104 | SC | Town of Hilton Head Island | 03/31/2007 |
| 105 | VA | City of Colonial Heights | Perpetual |
| 106 | VA | City of Emporia | 11/16/2006 |
| 107 | VA | City of Hopewell | 02/21/2002 |
| 108 | VA | City of Lynchburg | 03/10/2003 |
| 109 | VA | City of Petersburg | 01/08/1992 |
| 110 | VA | County of Amherst | 07/21/2001 |
| 111 | VA | County of Bedford | 09/23/2008 |
| 112 | VA | County of Dinwiddie | 02/14/2001 |
| 113 | VA | County of Greensville | 06/16/2004 |
| 114 | VA | County of Halifax | 03/01/1996 |
| 115 | VA | County of Mecklenburg | 04/12/1996 |
| 116 | VA | County of Prince George | 01/12/2020 |
| 117 | VA | County of Rockbridge | 01/23/2005 |
| 118 | VA | Fort Lee | Perpetual |
| 119 | VA | Town of Amherst | 06/13/2006 |
| 120 | VA | Town of Craigsville | 04/15/2003 |
| 121 | VA | Town of Elkton | 04/15/1999 |
| 122 | VA | Town of Grottoes | 10/10/2004 |
| 123 | VA | Town of Halifax | 03/01/1996 |
| 124 | VA | Town of LaCrosse | 06/03/2006 |
| 125 | VA | Town of Luray | 03/10/2006 |
| 126 | VA | Town of McKenney | 01/12/1999 |
| 127 | VA | Town of Shenandoah | 10/12/2001 |
| 128 | VA | Town of South Boston | 02/03/2007 |
| 129 | VA | Town of South Hill | 07/30/2008 |
| 130 | VA | Town of Stanley | 10/19/2004 |

2004C 012106