

| | |
|---|---|
| DIRECT DIAL NUMBER: | Lawrence G. McMichael |
| (215) 575-7268 | lmcmichael@dilworthlaw.com |

*With counsel:* Lawrence C. Marshall
**STANFORD LAW SCHOOL**
559 Nathan Abbot Way
Stanford, CA 94305
DIRECT DIAL NUMBER:
(650) 723-7572

July 1, 2014

Honorable Kimba M. Wood
United States District Judge, Southern District of New York
1610 United States Courthouse
500 Pearl Street
New York, NY 10007

    RE:    *Rigas v. United States*, 11 Civ. 6964 (KMW) & 02 Cr. 1236 (KMW)

Dear Judge Wood:

    Yesterday we wrote to the Court on behalf of John and Timothy Rigas to indicate that we do not oppose the Government's request for an extension of its response deadline. We requested, however, that such an extension be limited to two (2) weeks rather than 30 days.

    In the second paragraph of our letter, we stated that the Government's request was directed only to our co-counsel Professor Lawrence C. Marshall. That statement was incorrect. We have retrieved the initial email and it was in fact sent to all counsel. We apologize to the Court and the Government for this unintentional error.

    Respectfully,

s/ Lawrence G. McMichael     /s/ Lawrence C. Marshall (with consent)
Lawrence G. McMichael          Lawrence C. Marshall

cc:    Damian Williams (via e-mail)
        Justina L. Geraci (via e-mail)

1500 Market Street • Suite 3500E • Philadelphia, PA 19102-2101 • 215-575-7000 • fax: 215-575-7200
www.dilworthlaw.com • Cherry Hill, NJ • Harrisburg, PA • Washington, DC • Neptune, NJ • Wilmington, DE

116633017_3