UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN J. RIGAS and TIMOTHY J. RIGAS,
        Petitioners,

        v.

UNITED STATES OF AMERICA,
        Respondent.

11 Civ. 6964 (KMW)
02 Cr. 1236 (KMW)

ECF Case

# PETITIONERS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE TO SUBPOENA TO CARL E. ROTHENBERGER AND PATRICK M. McLAUGHLIN

Petitioners John J. Rigas and Timothy J. Rigas, hereby move to compel production of documents in response to the subpoena to Carl E. Rothenberger and Patrick M. McLaughlin. The basis for this Motion is set forth more fully in the attached Memorandum of Law.

April 15, 2015

Respectfully submitted,

*s/ Lawrence G. McMichael*
LAWRENCE G. MCMICHAEL, ESQ.
*ADMITTED PRO HAC VICE*
CHRISTIE CALLAHAN COMERFORD, ESQ.
*ADMITTED PRO HAC VICE*
DILWORTH PAXSON LLP
1500 MARKET STREET, SUITE 3500E
PHILADELPHIA, PA 19102-2101
(215) 575-7000

LAWRENCE C. MARSHALL, ESQ.
*ADMITTED PRO HAC VICE*
STANFORD LAW SCHOOL
559 NATHAN ABBOT WAY
STANFORD, CA 94305
(650) 723-7572

118143581_1