# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| JOHN J. RIGAS and <br> TIMOTH J. RIGAS, <br>     *Petitioners,* <br>   *v.* <br> UNITED STATES OF AMERICA, <br>     *Respondent.* | ) ) ) ) ) )    No. 11-cv-6964 <br> )    No. 02-cr-1236 <br> ) ) ) ) |

## APPEARANCE OF COUNSEL

To:    Clerk of the Court

        AUSAs Brian Blais and Damian Williams

      I have been authorized to appear *pro hac vice* in this matter, and I appear in this case as counsel for Petitioners, John J. Rigas and Timothy J. Rigas.

      I have already appeared and been granted leave to appear *pro hac vice* in this matter from the time the instant § 2255 Motion was initiated under its criminal case number. (02-cr-1236, Docket No. 455). This Appearance under the civil case number is being filed, nonetheless, out of an abundance of caution.

March 16, 2017

                                        /s/ Lawrence C. Marshall

                                        Admitted *pro hac vice* in this case *sub nom*
                                        No. 02-cr-1236 on Sept. 26, 2011

                                        559 Nathan Abbott Way
                                        Stanford, California 94305
                                        [lmarshall@stanford.edu](mailto:lmarshall@stanford.edu)
                                        650-723-7572
                                        Fax: 650-723-4426

## CERTIFICATE OF SERVICE

I, Lawrence Marshall, do hereby certify that on March 16, 2017, I caused a copy of the foregoing "Appearance of Counsel" to be filed and served by the Court's ECF system and by Electronic Mail upon the following:

United States Attorney's Office,
SDNY
Brian Roger Blais
Damian Williams One St. Andrew's
Plaza
New York, NY 1007
brian.blais@usdoj.gov
damian.williams@usdoj.gov

/s/ Lawrence C. Marshall
Lawrence C. Marshall

**This documents has been filed electronically and is available for viewing and downloading from the ECF system.**