IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN J. RIGAS and TIMOTHY J. RIGAS, | |
| Petitioners, | 11 Civ. 6964 (KMW) |
| | 02 Cr. 1236 (KMW) |
| v. | |
| | ECF Case |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**PETITIONERS' MOTION FOR JUDGMENT ON VARIOUS CLAIMS ALLEGING VIOLATIONS OF *BRADY V. MARYLAND*, 373 U.S. 83 (1963)**

Petitioners hereby move for Judgment (which can also be called Summary Judgment) on various claims in their First Amended Motions Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct their Sentences. The claims that are the subject of this Motion are various claims alleging violations of *Brady v. Maryland*, 373 U.S. 83 1963).

Support for this Motion is set forth in the following documents being filed this date: (a) Petitioners' Memorandum in Support of Their Motion for Judgment on Various Claims Alleging Violations of *Brady v. Maryland*, 373 U.S. 83 (1963); Synopsis of Petitioners' Memorandum in Support of Their Motion for Judgment on Various Claims Alleging Violations of *Brady v. Maryland*, 373 U.S. 83 (1963); and (c) Petitioners' Statement Pursuant to Local Rule 56.1 in Support of Their Motion for

Judgments on Various Claims Alleging Violations of *Brady v. Maryland*, 373 U.S. 83 (1963).

WHEREFORE, Petitioners respectfully requests that the Court hold they are entitled to relief under 28 U.S.C. § 2255, and vacate their convictions.

April 28, 2017

/s/ Lawrence C. Marshall
Lawrence C. Marshall
*Admitted Pro Hac Vice*
Stanford Law School
Stanford, CA 94305
(657) 723-7572