Lawrence C. Marshall
*559 Nathan Abbott Way*
Stanford, California 94306

650-723-7572
lmarshall@stanford.edu


September 10, 2017


The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
1610 United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: *Rigas v. United States*, 11-CV-6964 (KMW)

Dear Judge Wood,

    On behalf of Petitioners John and Timothy Rigas, I write to ask that the Court grant the opportunity for oral argument regarding the motion for summary disposition that is now fully briefed. Given the complexity of the matter and the enormity of the record, I believe it would be beneficial for counsel to have the opportunity to address the Court's questions and concerns.

                                                Respectfully,

                                                /s/ Lawrence C. Marshall

                                                Lawrence C. Marshall
                                                Admitted *Pro Hac Vice*
                                                559 Nathan Abbott Way
                                                Stanford, CA 94305
                                                650-723-7572
                                                FAX: 650-723-4426
                                                lmarshall@stanford.edu


Filed and served via ECF