```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOHN J. RIGAS and TIMOTHY J. RIGAS,

                Petitioners,

-against-

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------------------------X

11-CV-6964 (KMW)
02-CR-1236 (KMW)
**ORDER**

KIMBA M. WOOD, District Judge:

    Petitioners' motion for partial summary judgment is DENIED, because Petitioners have failed to comply with the requirements of Local Rule 56.1 and this Court's Individual Practices.

SO ORDERED.

Dated: New York, New York
       October 4, 2017

                                        Kimba M. Wood
                                        United States District Judge