Lawrence C. Marshall
559 Nathan Abbott Way
Stanford, California 94305

October 4, 2017

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: *United States v. Rigas*, 11 Civ. 6964 (KMW) & 02 Cr. 1236 (KMW)

Dear Judge Wood,

   In my capacity as counsel for John J. Rigas and Timothy J. Rigas in the above-captioned case, I write to request clarification of this Court's Order entered today. The Order indicates that the Motion for Partial Summary Judgment that Petitioners filed was not in compliance with Local Rule 56.1 and this Court's Individual Practices. Please allow me to assure the Court that every effort was made to comply with all applicable rules, and I deeply apologize for whatever errors were made. As it stands, though, I do not know where the deficiencies occurred. It would be of great benefit if the Court could indicate the nature of the shortcomings so I can be sure to cure them in quick order.

                                                        Respectfully,

                                                        s/ Lawrence C. Marshall

                                                        Admitted *Pro Hac Vice*
                                                        Stanford Law School
                                                        559 Nathan Abbott Way
                                                         Stanford, CA 04305