# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN J. RIGAS and TIMOTHY J. RIGAS,<br><br>　　　　　Petitioners,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | 11 Civ. 6964 (KMW)<br>02 Cr. 1236 (KMW)<br><br>**AFFIDAVIT OF MEGAN<br>CUNNIFF CHURCH IN SUPPORT<br>OF MOTION TO ADMIT<br>COUNSEL *PRO HAC VICE*** |

　　　　Megan Cunniff Church, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of MoloLamken LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing, *see* Ex. A, I am a member in good standing of the Bar of the State of Illinois.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. Wheretofore your affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for Petitioners John J. Rigas and Timothy J. Rigas.

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/13/17

*signature*

Megan Cunniff Church
MOLOLAMKEN LLP
300 N. LaSalle Street
Chicago, Illinois 60654
Tel.: (312) 450-6716
Fax: (847) 440-2692
mchurch@mololamken.com

*Attorney for Petitioners*

Sworn to me this 13
day of DEC, 2017

*signature*
Notary Public

OFFICIAL SEAL
ANTHONY KEITH WINSTON
Notary Public - State of Illinois
My Commission Expires 08/21/2018