IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN J. RIGAS and TIMOTHY J. RIGAS, | |
| *Petitioners*, | 11-CV-6964 (KMW) |
| | 02-CR-1236 (KMW) |
| v. | |
| UNITED STATES OF AMERICA, | |
| *Respondent*. | |

**DECLARATION OF STEVEN F. MOLO IN SUPPORT OF PETITIONERS' MOTION FOR JUDGMENT ON VARIOUS CLAIMS ALLEGING VIOLATIONS OF *BRADY v. MARYLAND*, 373 U.S. 83 (1963)**

Steven F. Molo declares, pursuant to 28 U.S.C. § 1746:

1. I am a partner at MoloLamken LLP and am counsel for Petitioners John J. Rigas and Timothy J. Rigas in the above-captioned case. I am admitted to practice before this Court. I submit this declaration in support of Petitioners' Motion for Judgment on Various Claims Alleging Violations of *Brady v. Maryland*, 373 U.S. 83 (1963) and Petitioners' Amended Rule 56.1 Statement.

2. Attached hereto as Appendix Exhibits 1-59 are true and correct copies of the following:

| Document Name | Exhibit Number |
|---|---|
| *United States v. Rigas*, No. 02-Cr-1236 (S.D.N.Y.), Indictment, ECF No. 80 | 1 |
| Decl. of Lawrence McMichael in *U.S. v. Rigas*[1] | 2 |
| Decl. of Bernard Preziosi in *U.S. v. Rigas* | 3 |
| Decl. of Timothy Rigas in *U.S. v. Rigas* | 4 |
| Adelphia Commc'ns Corp., Schedule 8-K (May 24, 2002) | 5 |
| *U.S. v. Rigas*, Verdict Form (July 15, 2004) | 6 |
| *United States v. Rigas*, 490 F.3d 208 (2d Cir. 2007) | 7 |
| *United States v. Rigas*, 583 F.3d 108 (2d Cir. 2009) | 8 |
| *U.S. v. Rigas*, Mem. in Support of Rigas' Mot. to Compel | 9 |
| *U.S. v. Rigas*, Gov't Mem. in Opposition to Mot. to Compel | 10 |
| *U.S. v. Rigas*, No. 08-3485-cr (2d Cir.), Gov't Appeal Br. | 11 |
| *United States v. Rigas*, No. 02-CR-1236, 2008 WL 144824, (S.D.N.Y. Jan. 15, 2008) | 12 |
| *U.S. v. Rigas*, No. 08-3485-cr (2d Cir.), Rigas Appeal Br. | 13 |
| *U.S. v. Rigas*, No. 08-3485-cr (2d Cir.), Tr. of Oral Arg. on Appeal | 14 |
| *United States v. Rigas*, 779 F. Supp. 408 (M.D. Pa. 2011) | 15 |
| *U.S. v. Rigas*, No. 4:05-CR-402 (M.D. Pa.), Order (Jan. 26, 2012) | 16 |
| Thomas Feeney, Notes of Carl Rothenberger Meeting on Feb. 20, 2004 | 17 |
| J. Alan Johnson, Mem. of Carl Rothenberger Meeting on Feb. 20, 2004 | 18 |
| P. Jerome Richey, Notes of Carl Rothenberger Meeting on Feb. 20, 2004 | 19 |
| Patrick M. McLaughlin, Notes of Carl Rothenberger Meeting on Feb. 20, 2004 | 20 |

---

[1] This abbreviation refers to case no. 02-Cr-1236 in the Southern District of New York unless otherwise noted.

Patrick M. McLaughlin, Mem. modifying Johnson Mem. of Carl Rothenberger
    Meeting on Feb. 20, 2004 ....................................................................................21

Patrick M. McLaughlin, Notes of AUSA Clark's Oct. 25, 2004
    Interview of Carl Rothenberger ..........................................................................22

Gov't Trial Ex. 101, *U.S. v. Rigas* ...................................................................................23

Adelphia Commc'ns Corp., Minutes of Meeting of the Board of Directors (Mar. 13, 1996) .......24

Decl. of Paul Grand (Oct. 4, 2011) ..................................................................................25

Adelphia Commc'ns Corp., Schedule 13-D (Jan. 21, 2000),
    Gov't Trial Ex. 4710-A, *U.S. v. Rigas* ................................................................26

Adelphia Commc'ns Corp., Minutes of Meeting of the Board of Directors
    (Apr. 8, 1999 and Aug. 23, 1999) .......................................................................27

Emails, Carl Rothenberger, *Issues list for Class B Sale* (Mar. 3, 1999, 1:42 PM;
    Apr. 1, 1999, 2:22 PM, 6:21 PM, 6:22 PM) ........................................................28

Executive Summary of Adelphia Commc'ns Corp. Proposal to Banks,
    Government Trial Ex. 1552-A, *U.S. v. Rigas* ....................................................29

Adelphia Commc'n Corp., 2000 10-K .............................................................................30

Dep. of Gregory Dearlove, *Adelphia Commc'ns Corp. v. Deloitte & Touche, LLP*, No. 000598
    (C.P. Phila.) (May 10, 2006) ...............................................................................31

Securities & Exchange Commission, *Disclosure in Management's Discussion and Analysis
    About Off-Balance Sheet Arrangements and Aggregate Contractual Obligations*,
    68 Fed. Reg. 5982 (Feb. 5, 2003) ........................................................................32

Securities & Exchange Commission, *Commission Statement About Management's Discussion
    and Analysis of Financial Condition and Results of Operations*, 67 Fed. Reg. 3746
    (Jan. 25, 2002) .....................................................................................................33

Email from Carl Rothenberger to Jim Brown (Mar. 29, 2001), Gov't Trial Ex. 1912-A,
    *U.S. v. Rigas* .....................................................................................................34

*Dep. of Carl Rothenberger, Adelphia Commc'ns Corp. v. Deloitte & Touche*, No. 000598
    (C.P. Phila.) (Oct. 26, 2005) ................................................................................35

Docket Report, 02-cr-01236 (S.D.N.Y.) ..........................................................................36

Dep. of John Wharton, *Adelphia Commc'ns Corp. v. Deloitte & Touche*, No. 000598
(C.P. Phila.) (Dec. 22, 2005)..................................................................................................37

Dep. of John Tracy, *Adelphia Commc'ns Corp. v. Deloitte & Touche*, No. 000598
(C.P. Phila.) (Nov. 28, 2005) .................................................................................................38

*Rigas v. United States*, No. 11-cv-6964 (S.D.N.Y.), Letter to Judge Wood (Mar. 24, 2014),
ECF No. 34 ............................................................................................................................39

*Rigas v. United States*, No. 11-cv-6964 (S.D.N.Y.), Order (June 20, 2014), ECF No. 39............40

Thomas Feeney, Mem. of Interview of Patrick Michael Tylka (Aug. 23, 2002) ...........................41

Thomas Feeney, Mem. of Interview of Wallace Green Haislip (Aug. 23, 2002).........................42

Thomas Feeney, Mem. of Interview of David Scott Hansen (Aug. 28, 2002) ..............................43

Thomas Feeney, Mem. of Interview of Thomas Curt Nilson (Sept. 13, 2002) .............................44

Margaret Lee, Mem. of Interview of John Simons (Sept. 25, 2002) .............................................45

Thomas Feeney, Mem. of Interview of John Ashley Wharton (Oct. 10, 2002) ...........................46

Margaret Lee, Mem. of Interview of Marc Rothman (Dec. 13, 2002) ..........................................47

Thomas Feeney, Mem. of Interview of Anita Sheree Gifford (Jan. 24, 2003).............................48

Adelphia Commc'ns Corp., Minutes of Meeting of the Audit Committee (Nov. 13, 2000).........49

Ivan Hoffman Mems. to Tim Werth, *Second Quarter Wrap Up*
(Aug. 21, 2000 and Aug. 24, 2000) ........................................................................................50

Dep. of John Tracy, *Rigas v. Deloitte & Touche*, No. 03-MDL-1529 (S.D.N.Y.)
(Mar. 12, 2014) ......................................................................................................................51

Test. of John Tracy, *In re Adelphia Commc'ns Corp.*, No. NY-7026-A (S.E.C.)
(June 21, 2005).......................................................................................................................52

E-mail from Ward Dixon to Dave Hansen, Tom Nilson, and John Warton (Aug. 11, 2000),
Defense Trial Ex. 12,266, *U.S. v. Rigas* ...............................................................................53

*United States v. Rigas*, No. 11-cv-6764 (S.D.N.Y.), Gov't Opp. Mem. (Feb. 22, 2012),
ECF No. 16 ............................................................................................................................54

*United States v. Rigas*. No. 4:05-CR-402 (M.D. Pa.), Gov't Doc. Production (June 6, 2011)......55

*United States v. Rigas*, No. 11-cv-6764 (S.D.N.Y.), Decl. of Lawrence McMichael (Oct. 4, 2011), ECF No. 4 ................................................................................................................56

Mem. from Ivan Hoffman (Nov. 12, 2000) ...............................................................................57

*United States v. Rigas*, 02-cr-1236 (S.D.N.Y), Docket .............................................................58

Letter from U.S. Attorney to Defense Counsel (Jan. 27, 2004).....................................................59

\* \* \* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 7, 2018  
New York, New York

s/ Steven F. Molo  
STEVEN F. MOLO  
MOLOLAMKEN LLP  
430 PARK AVENUE  
NEW YORK, NY 10022  
(212) 607-8160  
smolo@mololamken.com

*Attorney for Petitioners*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of February, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties with an e-mail address of record who have appeared and consent to electronic service in this action.

Dated: February 7, 2018

s/ Steven F. Molo
STEVEN F. MOLO
MOLOLAMKEN LLP
430 PARK AVENUE
NEW YORK, NY 10022
(212) 607-8160
smolo@mololamken.com

*Attorney for Petitioners*