UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN J. RIGAS and TIMOTHY J. RIGAS,

    Petitioners,

v.

UNITED STATES OF AMERICA,

    Respondent.

11 CV 06964 (KMW)

ORDER

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/18
```

KIMBA M. WOOD, District Judge:

The Court has reviewed the discovery-related letters filed recently by counsel. Given the length of discovery to date, and the age of this case, the Court will not grant the extended deadlines sought by counsel.

Counsel must comply with the following deadlines:

1. Close of document discovery: April 6, 2018.

    a. Counsel must identify any discovery motions regarding documents in time for the briefing to be completed by April 6, 2018.

2. Any subpoenas of third parties:

    a. Counsel must identify any motions relating to subpoenas of third parties in time for the briefing to be completed by April 13, 2018.

3. Close of all discovery: April 27, 2018.

    a. Counsel must identify any other motions relating to discovery from anyone in time for the briefing to be completed by April 27, 2018.

4. Petitioners' briefs regarding any of their claims: May 4, 2018.

    a. Government Response: May 18, 2018.

      b.    Any Reply by Petitioners:  May 25, 2018.

Counsel must understand that these are firm dates, and should not expect any adjournments.

SO ORDERED.

Dated: New York, New York
       February 15, 2018

*[signature]*

THE HON. KIMBA M. WOOD
United States District Judge