

Steven F. Molo
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T: 212.607.8170
F: 212.607.8161
smolo@mololamken.com
www.mololamken.com

March 20, 2018

**By ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *Rigas v. United States*, No. 11 Civ. 6964 & 02 Cr. 1236

Dear Judge Wood:

  At the status hearing on March 15, 2018, the Court requested a redline version of the Local Rule 56.1 Statement of Material Facts that compared the original Local Rule 56.1 Statement (filed on May 17, 2017, Dkt. 134) with the Amended Local Rule 56.1 Statement of Material Facts (filed on February 7, 2018, Dkt. 163-1). The redline is attached to this letter. We have also provided a redline to the government. We have also provided the Court with a redline of the memorandum of law (filed on February 7, 2018, Dkt. 163-3).

  As we noted at last week's hearing, there were very few substantive alterations to the memorandum of law. The changes in the memorandum related primarily to accurate citations to the corrected Rule 56.1 statement. The changes added no new facts upon which the Rigases are relying in support of their *Brady* claims. However, as the Court will see, there were significant alterations to the original Local Rule 56.1 Statement, which was deficient and not compliant with the Court's rules and individual practices.

  We have conferred with counsel for the government, who are in the process of reviewing the Amended Local Rule 56.1 Statement. They said that they will

notify the Court of their intention to file a response within the next week, as they previously indicated to the Court during the status hearing.

We are hand delivering a copy of the redline of the Local Rule 56.1 Statement to the Court tomorrow.

                                              Respectfully submitted,

                                              /s/ Steven F. Molo

| | |
|---|---|
| LAWRENCE C. MARSHALL, ESQ. | STEVEN F. MOLO |
| ADMITTED *PRO HAC VICE* | MOLOLAMKEN LLP |
| 559 NATHAN ABBOTT WAY | 430 PARK AVENUE |
| STANFORD, CALIFORNIA 94305 | NEW YORK, NEW YORK 10022 |
| (650) 723-7572 | (212) 607-8160 |
| lmarshall@stanford.edu | smolo@mololamken.com |
| | |
| | MEGAN CUNNIFF CHURCH |
| | JORDAN RICE |
| | ADMITTED *PRO HAC VICE* |
| | MOLOLAMKEN LLP |
| | 300 NORTH LASALLE STREET |
| | CHICAGO, ILLINOIS 60654 |
| | (312) 450-6700 |
| | mchurch@mololamken.com |
| | jrice@mololamken.com |
| | |
| | *Attorneys for Petitioners* |

cc:    AUSA Brian Roger Blais
         AUSA Damian Williams

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of March, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties with an e-mail address of record who have appeared and consent to electronic service in this action.

Dated:  March 20, 2018

/s/ Steven F. Molo
STEVEN F. MOLO
MOLOLAMKEN LLP
430 PARK AVENUE
NEW YORK, NY 10022
(212) 607-8160
smolo@mololamken.com

*Attorney for Petitioners*