# Exhibit 32

① 

| MAY 22, 2002 | Fax @ Home  (616-656 9482 (F)
| 8:30 PM |

Phil                                    Jones →

8-k   Ready to filed

Ed Hartman — will he meet w/ the Special Committee.

DAVID BOIES

   — Deal to pay down debt.
   — Terminating the 202 agreement
        Concerned

      ✓ All will leave the Board.
      ✓ Leaning that way.
      ✓ Designate 2 non ~~member~~ family member

BUFFALO SABRES  } Took this off. @ this time
PARAXIS
    ↳ Special Committee.

• Conf Call →

10:00 PM —

Pauline — "NOT HAPPY" //

PM 03046

② 

```
      3
     .26
     15 000
    ─────────
    13 0 000
     26
    ─────────
    39 0,000
```

```
     3.
     26
     25 000
    ─────────
    13 0000
     52
    ─────────
    65 0,000
```

<u>System Sales</u> —
- KKR has called.

Bankers Mtg in NYC

45 min. { 
① Ask for their support re liquidity.
② Facility Per DIP
③ Commitments to the NASDAQ s', SEC
④ Strong Co.
⑤ Credit facility in their Best INTEREST
   — Strong Questions  [Need 750 mio.]

✓ One lead Banker will/is the interface.

✓ We are not saying No .... working today.
   ↳

✓ WACHOVIA → Good Mtg. re Bridge facility
                        liquidity update

Cash flow annualysis

        Through July 1 or July 5.

PM 03047

③

<u>Very Precarious Position</u> <u>CASE</u>
- ✓ $90 mio in The bank
- ✓ Salaries are a big drain
- ✓ Restructuring Officer
  - Conway & Con  } well received by the banks.
  - ↳ Reports to the Spec. Comm.

Handout —
  Retain Restructuring Officer works for Special Committee. (all financial matters)

[TABS]

Press Release:

Amendment to the charter of The Special Committee.

---

Series of Mtg trying to Raise Capital

<u>Insight</u> / Salomon Bros
  ↳ Significant interest.
  INVESTMENT / Strategic Affiliation
  (They are cople people)

"Doing Due Diligence"

- Need $250 miol + $750 mio

PM 03048

④

o  Texas Pacific

　　Due Diligence

　　Interested but .... will be **very expensive**

　　$100 mio + _____ /orr
　　Want More

o  Charter/Salomon  (they want to move quickly)

　　✓ Look up Los Angeles
　　✓ Specific properties
　　✓ Other - flexible

o  KKR

o

Should call each of these investors when the 8K will be released

Mtg w/ Charter on FRIDAY

- Extremely interested in doing a job up to 4 Billion

PM 03049

⑤

Questions:
- ✓ LA Assets (can't get cash out)
  Prepared to do a deal immediately.
  $250 mio
  
  | Must be closed in MAY |

- ✓ Quantify the liabilities facing the company?
  (Not Assod By the Banks)

- ✓ MAY ∴ have to Damages

Dick PARSONS — Will give us a call in the morning.

– Debt + Equity will save the company.
1) Must move quickly.
2) Will meet on Saturday – Mid Morning 10 AM

---

Puerto Rico
  Opportunity to move aggressively.
  The "Carlisle Group."
     ↳ Could move quickly.
       meet w/them on FRIDAY(?)

  "Not getting the interest or the price" J. Rigas

PM 03050

**8K Status:**

Iterating ⟶ Next Draft out 1st thing in the morning. It will be filed tomorrow.

~~Incomplete~~ but .... must be filed.

Information incomplete — Con E. Kailbourne sign. ~~eta~~

Clarify ✦

---

Appropriate Policy

PM 03051

**Personal Policy:**
   Jim Brown — Resigned ⎫
         — ~~Severance Package~~ ⎬ 5 years of expense
         — Insurance ⎭ account — totally $42K.

Review our compliance    TPC



Policies in the HR Area.

Schedule,
$1,300,000 loans out to the people.

$700,000 "Interest free loan"? from the Co.?
John Ricard nothing about this.

"There are a couple of Policies." John Ricard.
2 weeks of Their pay.
Mike Mulhaley.

Some of Them left The company.

"Foreign Corrupt Practices Act"

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Employee Indemnification
Civil      } Will not talk.
Criminal

Co. By laws will indemnify.
  Officers & Bd. Directors

1) Tell The staff illegal
2)
3) INDEMNIFY Them
4) Plead The 5th — Discharge Them.

PM 03052



# D-T Update

- ~~Reassured~~ Listen
- Cooperate but ....
- Available to Spec. Committee if they got a waiver. (their lawyers) *not coming back to work*
- 
- "Where are we"? relative to a 10K.

  Must get:
  ① TWC  } have a leg up
  ② Urbet Kohn
  
  — Approach them first
  ① They have stature

We will never get a 10K from D-T.
Critically important to get a 10K filed.

---

10 minute Break

Leonard Tow Issue

- Very Direct in recent conversation
- Wants 3 seats on the board.
- Recommend that Tow join the board + Scott Snyder 1 or 2 people
  DAVID Recommendation:

PM 03053



We should do it.
- Reduces our exposure
- Give him 2 seats now ; 1 later.

He will be a thorn. But....

He should also be invited to join the special committee.

---

Press Release:
Indebtness Report increase $2.5B in 2001
Total Co borrowing indebtness = $3.1B (Aeric)



JOHN WANTED TO SHOW IT DIFFERENTLY!

Peter Venetis
- Declined to resign.
- Will not sign the agreement.

- He is getting no support.
- He is using Bad judgement.

PM 03054