# Exhibit 34

```
alp_132: Matter Detail (riversu/115702)            Fried, Frank, Harris, Shriver & Jacobson                                PAGE   36
Run Date & Time: 06/05/02 11:59:10                 Work Date Thru : 05/31/02

Client: 030721 ADELPHIA COMMUNICATIONS             Billing Prt    : STEPHEN FRAIDIN P.C.          Proforma: 1477091            (05125)
Matter: 00002 INQUIRY                              Responsible Prt: STEPHEN FRAIDIN P.C.          Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name          Dept  Position   Work Date Description                                    Hours         Amount      Index Number
```



```
STEIN, MARK J.         30    PARTNER    05/23/02 Prep for and attendance at presentation to      14.00                     6855211
                                                 SEC/USAO by PwC;
                                                 information;
                                                 t/c w/USAO re: Rigas transaction; t/c's
                                                 /meetings re: same; work on memo re:
                                                 indemnification.
```

```
Client: 030721 ADELPHIA COMMUNICATIONS
 Matter: 00002 INQUIRY
```

```
alp_132: Matter Detail (riversu/115702)           Fried, Frank, Harris, Shriver & Jacobson                        PAGE    39
Run Date & Time: 06/05/02 11:59:11                    Work Date Thru : 05/31/02

Client: 030721 ADELPHIA COMMUNICATIONS              Billing Prt    : STEPHEN FRAIDIN P.C.    Proforma: 1477091      (05125)
Matter: 00002 INQUIRY                              Responsible Prt: STEPHEN FRAIDIN P.C.     Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name       Dept  Position    Work Date Description                                    Hours                ndex Number
```

| Employee Name | Dept | Position | Work Date | Description | Hours | Index Number |
|---|---|---|---|---|---|---|
| SIMMONS, PETER L. | 30 | PARTNER | 05/24/02 | Issues re indemnification & advancement of fees; discs w/ M. Stein, associates. | 1.75 | 6839979 |
| STEIN, MARK J. | 30 | PARTNER | 05/24/02 | t/c w/T. Coleman; t/c w/C. Clarke; prepare memo re: indemnification issues; review of documentation of Rigas deal. | 8.50 | 6855212 |
| BEBCHICK, LISA | 30 | ASSOCIATE | 05/24/02 | Adelphia Team meeting re: ; advancement issue. | 0.60 | 6852846 |
| | | | 05/24/02 | Research re: advancement; reviewed treatises; read case law. | 11.80 | 6852847 |
| | | | 05/24/02 | Meeting with L. Sulem re: indemnification and advancement. | 0.60 | 6852848 |
| JAFFE, BRETT D. | 30 | ASSOCIATE | 05/24/02 | Draft/revise talking points; mtg. w/Stein; | 9.50 | 6861496 |

```
Client: 030721 ADELPHIA COMMUNICATIONS
Matter: 00002 INQUIRY
```

```
alp_132: Matter Detail (riversu/115702)           Fried, Frank, Harris, Shriver & Jacobson                                    PAGE   40
Run Date & Time: 06/05/02 11:59:11                Work Date Thru : 05/31/02

Client: 030721 ADELPHIA COMMUNICATIONS            Billing Prt    : STEPHEN FRAIDIN P.C.        Proforma: 1477091              (05125)
Matter: 00002 INQUIRY                             Responsible Prt: STEPHEN FRAIDIN P.C.        Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name        Dept  Position   Work Date Description                                    Hours                     Index Number
```

| Employee Name | Dept | Position | Work Date | Description | Hours | Index Number |
|---|---|---|---|---|---|---|
| SULEM, LAURA | 30 | ASSOCIATE | 05/24/02 | Met with P. Simmons and E. Hirsch re: indemnification law; researched same; confer with P. Simmons and L. Bebchick re: same. | 8.80 | 6833794 |

Client: 030721 ADELPHIA COMMUNICATIONS
 Matter: 00002 INQUIRY

```
alp_132: Matter Detail (riversu/115702)            Fried, Frank, Harris, Shriver & Jacobson                              PAGE    41
Run Date & Time: 06/05/02 11:59:12                  Work Date Thru : 05/31/02

Client: 030721 ADELPHIA COMMUNICATIONS              Billing Prt    : STEPHEN FRAIDIN P.C.        Proforma: 1477091         (05125)
Matter: 00002 INQUIRY                               Responsible Prt: STEPHEN FRAIDIN P.C.        Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name        Dept  Position   Work Date  Description                                    Hours              Index Number
```

| Employee Name | Dept | Position | Work Date | Description | Hours | Index Number |
|---|---|---|---|---|---|---|
| SIMMONS, PETER L. | 30 | PARTNER | 05/25/02 | Calls w/ Laura Sulem & Lisa Bebchick re their research on indemnification and advancement of expenses issues. | 1.00 | 6839988 |
| STEIN, MARK J. | 30 | PARTNER | 05/25/02 | Participate in special committee meeting; t/c w/S. Fraidin re: meeting at USAO; emails re: document collection. | 3.50 | 6855213 |
| BEBCHICK, LISA | 30 | ASSOCIATE | 05/25/02 | Research re: advancement. | 7.50 | 6852850 |
|  |  |  | 05/25/02 | Phone conversation with P. Simmons re: advancement. | 0.50 | 6852851 |

```
Client: 030721 ADELPHIA COMMUNICATIONS
 Matter: 00002 INQUIRY
```

```
alp_132: Matter Detail (riversu/115702)           Fried, Frank, Harris, Shriver & Jacobson                              PAGE    42
Run Date & Time: 06/05/02 11:59:13                      Work Date Thru : 05/31/02

Client: 030721 ADELPHIA COMMUNICATIONS                  Billing Prt    : STEPHEN FRAIDIN P.C.          Proforma: 1477091      (05125)
Matter: 00002 INQUIRY                                   Responsible Prt: STEPHEN FRAIDIN P.C.          Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name         Dept  Position    Work Date Description                                  Hours                  Index Number


SULEM, LAURA          30    ASSOCIATE   05/25/02 Researched law re: indemnification.            6.00                  6833796




BEBCHICK, LISA        30    ASSOCIATE   05/26/02 Drafted talking points re: advancement.        7.00                  6852852
```

Client: 030721 ADELPHIA COMMUNICATIONS
Matter: 00002 INQUIRY

```
alp_132: Matter Detail (riversu/115702)           Fried, Frank, Harris, Shriver & Jacobson                                    PAGE   43
Run Date & Time: 06/05/02 11:59:13                     Work Date Thru : 05/31/02

Client: 030721 ADELPHIA COMMUNICATIONS                 Billing Prt    : STEPHEN FRAIDIN P.C.     Proforma: 1477091            (05125)
Matter: 00002 INQUIRY                                  Responsible Prt: STEPHEN FRAIDIN P.C.     Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name         Dept  Position   Work Date Description                                Hours              Index Number

SIMMONS, PETER L.     30    PARTNER    05/27/02 Quick review of Bebchick's memo.             0.25              6839991
STEIN, MARK J.        30    PARTNER    05/27/02 Review research re: indemnification;         1.40              6855215
```



```
Client: 030721 ADELPHIA COMMUNICATIONS
  Matter: 00002 INQUIRY
```

```
alp_132: Matter Detail (riversu/115702)        Fried, Frank, Harris, Shriver & Jacobson                              PAGE   44
Run Date & Time: 06/05/02 11:59:14                  Work Date Thru : 05/31/02

Client: 030721 ADELPHIA COMMUNICATIONS              Billing Prt    : STEPHEN FRAIDIN P.C.    Proforma: 1477091        (05125)
Matter: 00002 INQUIRY                               Responsible Prt: STEPHEN FRAIDIN P.C.    Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name        Dept  Position   Work Date Description                                  Hours            Index Number


STEIN, MARK J.        30   PARTNER    05/28/02 T/c's re: meeting w/USAO;                      8.50            6855217
                                               review draft talking points for
                                      USAO;


Client: 030721 ADELPHIA COMMUNICATIONS
 Matter: 00002 INQUIRY
```

```
alp_132: Matter Detail (riversu/115702)        Fried, Frank, Harris, Shriver & Jacobson                              PAGE   46
Run Date & Time: 06/05/02 11:59:14             Work Date Thru : 05/31/02

Client: 030721 ADELPHIA COMMUNICATIONS         Billing Prt    : STEPHEN FRAIDIN P.C.       Proforma: 1477091          (05125)
Matter: 00002 INQUIRY                          Responsible Prt: STEPHEN FRAIDIN P.C.       Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name      Dept  Position   Work Date Description                           Hours                   Index Number
```



```
FRAIDIN P.C., STEPHEN  10    PARTNER     05/29/02 Tel calls; confer                 2.00                   6849066
```

Client: 030721 ADELPHIA COMMUNICATIONS
Matter: 00002 INQUIRY

```
alp_132: Matter Detail (riversu/115702)           Fried, Frank, Harris, Shriver & Jacobson                              PAGE   47
Run Date & Time: 06/05/02 11:59:15                Work Date Thru : 05/31/02

Client: 030721 ADELPHIA COMMUNICATIONS            Billing Prt    : STEPHEN FRAIDIN P.C.        Proforma: 1477091         (05125)
Matter: 00002 INQUIRY                             Responsible Prt: STEPHEN FRAIDIN P.C.        Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name        Dept  Position   Work Date Description                                    Hours        Amount    Index Number
```

| Employee Name | Dept | Position | Work Date | Description | Hours | Amount | Index Number |
|---|---|---|---|---|---|---|---|
| JAFFE, BRETT D. | 30 | ASSOCIATE | 05/29/02 | Mtgs. w/Stein; TCs C&B; conf. call w/USAO | 6.50 | 2,535.00 | 6861499 |

```
Client: 030721 ADELPHIA COMMUNICATIONS
 Matter: 00002 INQUIRY
```

```
alp_132: Matter Detail (riversu/115702)            Fried, Frank, Harris, Shriver & Jacobson                              PAGE   52
Run Date & Time: 06/05/02 11:59:17                    Work Date Thru : 05/31/02

Client: 030721 ADELPHIA COMMUNICATIONS              Billing Prt    : STEPHEN FRAIDIN P.C.        Proforma: 1477091        (05125)
Matter: 00002 INQUIRY                               Responsible Prt: STEPHEN FRAIDIN P.C.        Status: B

U N B I L L E D   T I M E   D E T A I L
Employee Name       Dept  Position   Work Date Description                                 Hours                Index Number
```

| Employee Name | Dept | Position | Work Date | Description | Hours | Index Number |
|---|---|---|---|---|---|---|
| SIMMONS, PETER L. | 30 | PARTNER | 05/31/02 | Discs. Jaffe, Stein re indemnification and advancement. | 0.50 | 6854500 |
| STEIN, MARK J. | 30 | PARTNER | 05/31/02 | ▮▮▮ responses to government. | 5.00 | 6855223 |
| JAFFE, BRETT D. | 30 | ASSOCIATE | 05/31/02 | Mtg. w/Stein; TC Baird; ▮▮▮ mtg. w/Simmons re: indemnification; | 7.50 | ▮▮▮ |



```
Client: 030721 ADELPHIA COMMUNICATIONS
  Matter: 00002 INQUIRY
```