# Exhibit 42



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 27, 2004

VIA FEDERAL EXPRESS
Defense Counsel on
  the Attached Distribution List

Re: <u>United States v. John J. Rigas, et al</u>.
    02 Cr. 1236 (LBS)

Dear Counsel:

Enclosed are additional witness statements for the individuals listed on the attached index, which has been amended to reflect these additions. Please note that the shaded entries denote today's production to you. Additionally, GX 3508-H and GX 3505-E are intended to replace previous versions which were produced to you on December 30, 2003.

Please do not hesitate to contact the undersigned if you have any questions or have not received any of the materials listed on the enclosed index.

Very truly yours,

Margaret Lee
Paralegal Specialist
(212) 637-2388

Encl.

To all Counsel listed below:

JOHN J. RIGAS
Peter Fleming, Jr., Esq.
Curtis, Mallet-Prevost, et al.
101 Park Avenue
New York, NY 10178
Tel. (212) 696-6000
Fax (212) 697-1559

TIMOTHY J. RIGAS
Paul R. Grand, Esq.
Morvillo, Abramowitz, et al.
565 Fifth Avenue
New York, NY 10017
Tel. (212) 856-9600
Fax (212) 856-9494

MICHAEL J. RIGAS
Andrew J. Levander, Esq.
Swidler Berlin Shereff Friedman
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel. (212) 973-0111
Fax (212) 891-9598

MICHAEL C. MULCAHEY
Mark J. Mahoney, Esq.
Harrington & Mahoney
1620 Statler Towers
Buffalo, NY 14202
Tel. (716) 853-3700
Fax (716) 853-3710

# 3500 Materials     02 Cr. 1236 (LBS)

| Witness | 3500 Number | Description | Date |
|---|---|---|---|
| Brown, James | 3501-A | Fried Frank interview memo | 4/4/02 |
| | 3501-B | Fried Frank interview memo | 4/5/02 |
| | 3501-C | Fried Frank interview memo | 4/8/02 |
| | 3501-D | Fried Frank interview memo | 4/9/02 |
| | 3501-E | Fried Frank interview memo | 5/8/02 |
| | 3501-F | Proffer agreement | 9/25/02 (cont. 9/26) |
| | 3501-G | Interview notes | 9/25/02 |
| | 3501-H | Interview notes | 9/26/02 |
| | 3501-I | Cooperation agreement | 11/4/02 |
| | 3501-J | Plea allocution | 11/14/02 |
| | 3501-K | Partial Judgment of Permanent Injunction and Other Relief by Consent Against James R. Brown | 11/14/02 |
| | 3501-L | Memorandum of interview -- IRS | 12/17/02 |
| | 3501-M | Agreement to waive presence of counsel | 3/11/03 |
| | 3501-N | Interview notes | 3/11/03 |
| | 3501-O | MOI | 3/11/03 |
| | 3501-P | Interview notes | 9/30/03 |
| | 3501-Q | Interview notes | 11/13/03 |
| | 3501-R | Resignation letter | 5/19/02 |
| | 3501-S | ML Media v. Century deposition | 5/18/00 |
| | 3501-T | Interview notes | 12/1/03 |
| | 3501-U | Interview notes | 12/4/03 |
| | 3501-V | Interview notes | 12/5/03 |
| | 3501-W | Interview notes | 12/29/03 |
| | 3501-X | Interview notes | 1/26/04 |
| Chrosniak, Karen | 3502-A | Fried Frank interview memo | 4/4/02 |
| | 3502-B | Proffer agreement | 5/24/02 |
| | 3502-C | Interview notes | 5/24/02 |
| | 3502-D | MOI | 5/24/02 |
| | 3502-E | Covington highlights of meeting (ADEL 0019106, 19128 - 19131) | 6/8/02, 6/9/02 |
| | 3502-F | Proffer agreement extension | 7/26/02 |
| | 3502-G | Nonprosecution agreement | 10/2/02 |
| | 3502-H | Interview notes | 10/8/03 |
| | 3502-I | Conference Attendance 2001 & 2002 | 2001, 2002 |
| | 3502-J | Notes (Bates #ed 0001 - 0424) | 1/24/00 - 3/11/02 |
| | 3502-K | Fax from Chrosniak re conference investor day one-on-one meeting schedules | 12/31/03 |
| | 3502-L | Interview notes | 12/31/03 |
| Coyle, Dennis | 3503-A | Interview notes | 8/27/02 |
| | 3503-B | GJ testimony | 8/28/02 |
| | 3503-C | D&O questionnaire (ACI 263868 - 892) | 4/1/02 |
| | 3503-D | Notes re: ACC board mtgs (DC 01000 - 01012) | 1998, 1999 |
| | 3503-E | ACC board mtg (DC 01013 - 1019) | 1/5/00 |
| | 3503-F | ACC board mtg notes (DC 01020 - 1022) | 1/5/00 |

| Witness | 3500 Number | Description | Date |
|---|---|---|---|
| | 3503-G | ACC board mtg agenda (DC 01023 - 1024) | 3/8/00 |
| | 3503-H | ACC board mtg notes (DC 01025 - 01028) | 3/8/00 |
| | 3503-I | ACC board written consent (DC 01029 - 1033) | 6/12/00 |
| | 3503-J | ACC board mtg notes (DC 01034 - 1038) | 10/11/00 |
| | 3503-K | ACC board mtg notes (DC 01039 - 1040) | 10/11/00 |
| | 3503-L | ACC board mtg notes (DC 01041 - 1045) | 12/20/00 |
| | 3503-M | ACC board mtg notes (DC 01046 - 1048) | 1/17/01 |
| | 3503-N | ACC board mtg PR (DC 01049 - 1051) | 1/18/01 |
| | 3503-O | ACC board consent (DC 01052 - 01057) | 2/21/01 |
| | 3503-P | ACC board agenda, notes (DC 01058 - 1062) | 3/14/01 |
| | 3503-Q | ACC board mtg notes (DC 01063 - 1066) | 3/14/01 |
| | 3503-R | ACC board consent (DC 01067 - 1072) | 4/2/01 |
| | 3503-S | ACC board consent (DC 01073 - 1079) | 6/11/01 |
| | 3503-T | ACC board mtg agenda etc. (DC 01080 - 1098) | 8/7/01 |
| | 3503-U | ACC board mtg wksheets (DC 01099 - 1102) | 8/2/01 |
| | 3503-V | ACC board mtg PR (DC 01103 - 01108) | 9/4/01 |
| | 3503-W | ACC board mtg notes (DC 01109 - 1112) | 9/4/01 |
| | 3503-X | ACC board mtg notes, slides (DC 01113 - 1139) | 10/8/01 |
| | 3503-Y | ACC board mtg PR (DC 01140 - 1145) | 10/17/01 |
| | 3503-Z | ACC board mtg agenda (DC 01146 - 1147) | 10/17/01 |
| | 3503-AA | ACC board mtg agenda, notes, pR (DC 01148 - 1153) | 11/18/01 |
| | 3503-BB | ACC board mtg notes, PR (DC 01154 - 1156) | 1/15/02 |
| | 3503-CC | ACC board mtg notes, agenda (DC 01181 - 1188) | 3/6/02 |
| | 3503-DD | ACC board mtg spreadsheets (DC 01189 - 1198) | 3/6/02 |
| | 3503-EE | ACC audit comm notes, presentation (DC 01199 - 1213) | 8/10/01 |
| | 3503-FF | ACC audit comm minutes, spreadsheets, presentation, audit overview (DC 01214 - 01284) | 11/5/01 |
| | 3503-GG | ACC audit comm notes (DC 01157 - 1158) | 2/28/02 |
| | 3503-HH | ACC audit comm notes, D&T rpt (DC 01159 - 01180) | 2/28/02 |
| | 3503-II | ACC audit comm D&T rpt, notes, minutes (DC 01285 - 1349) | 2/28/02 |
| | 3503-JJ | ACC audit comm: memo from Kailbourne 3/28/02, BuffaloNews.com printout, notes (DC 01350 - 1356) | 4/12/02 |
| | 3503-KK | ACC audit comm mtg notes (DC 01357 - 1369) | 4/29/02 |
| | 3503-LL | D&O questionnaire update certificate (BLPC 2395090 - 104) | 7/10/95 |
| | 3503-MM | D&O questionnaire in connection w/ 10-K/A and proxy for annual stockholders mtg | 4/20/00 |
| Crawford, Gordon | 3504-A | Letter to John Rigas (PM 03793 - 94) | 4/12/02 |
| | 3504-B | Letter to John Rigas | 5/20/02 |
| | 3504-C | Interview notes | 8/25/03 (8/26?) |

| Witness | 3500 Number | Description | Date |
|---|---|---|---|
| | 3504-D | MOI | 8/26/03 (8/25?) |
| Cretekos, George | 3505-A | Covington memorandum of interview (ADEL 0010700 - 10702) | 5/22/02 |
| | 3505-B | Interview notes | 8/13/02 |
| | 3505-C | GJ testimony | 8/14/02 |
| | 3505-D | Covington interview memo (ADEL 0085581 - 5582) | 10/9/02 |
| | 3505-E | ACC passenger usage report 1/1/00 to 6/1/02 (ACI 343432-7494) | 12/29/03 |
| | 3505-F | Interview notes | 1/16/04 |
| Gelber, Leslie | 3506-A | Telephone interview notes | 7/22/02 |
| | 3506-B | Proffer agreement | 8/9/02 |
| | 3506-C | Interview notes | 8/9/02 |
| | 3506-D | GJ testimony | 8/12/02 |
| | 3506-E | NONE | NONE |
| | 3506-F | Interview notes | 12/16/03 |
| | 3506-G | Interview notes | 12/17/03 |
| | 3506-H | Adelphia invoices and service interruption notice (past due), Mar., Apr. 2002 (ADEL 0041442 - 446) | 3/26/02, 3/12/02, 4/5/02 |
| | 3506-I | D&O questionnaire (ACI 263894 - 917) | 3/22/02 |
| | 3506-J | Covington interview memo (ADEL 0085704 - 709) | 2/13/03 |
| | 3506-K | Covington interview memo (ADEL 0085710 - 711) | 2/21/03 |
| | 3506-L | Interview notes | 1/8/04 |
| Healy, Luke | 3507-A | Fried Frank interview memo | 4/18/02 |
| | 3507-B | Fried Frank interview memo | 5/10/02 |
| | 3507-C | NONE | |
| | 3507-D | Proffer agreement | 6/6/02 |
| | 3507-E | Interview notes | 6/6/02 |
| | 3507-F | Covington highlights of meeting (ADEL 0019106, 19127) | 6/8/02, 6/9/02 |
| | 3507-G | Covington conference call re: proffer (ADEL 0019132 - 19138) | 6/14/02 |
| | 3507-H | Interview notes | 6/25/02 |
| | 3507-I | Nonprosecution agreement | 7/19/02 |
| | 3507-J | Interview notes | 11/12/03 |
| | 3507-K | ML Media v. Century deposition | 5/12/00 |
| Helms, James | 3508-A | Fried Frank interview memo | 4/14/02 |
| | 3508-B | Fried Frank interview memo | 5/1/02 |
| | 3508-C | Covington memorandum of interview (ADEL 0019172 - 19178) | 5/17/02 |
| | 3508-D | Covington memorandum of interview (ADEL 0005500 - 5503) | 5/17/02 |
| | 3508-E | Fried Frank interview memo | 5/20/02 |
| | 3508-F | Covington memorandum of interview (ADEL 0005516 - 5520) | 5/21/02 |
| | 3508-G | Fried Frank interview memo | 5/21/02 |

| Witness | 3500 Number | Description | Date |
|---|---|---|---|
| | 3508-H | Proffer agreement and extension | 6/20/02, 5/20/03, 12/17/03, 1/26/04, 1/27/04 |
| | 3508-I | Interview notes | 6/20/02 |
| | 3508-J | MOI | 6/20/02 |
| | 3508-K | Interview notes | 5/20/03 |
| | 3508-L | MOI | 5/20/03 |
| | 3508-M | Interview notes | 12/18/03 |
| | 3508-N | Interview notes | 1/26/04 |
| | 3508-O | Interview notes | 1/27/04 |
| Hofmann, Ivan | 3509-A | Proffer agreement | 5/23/02 |
| | 3509-B | Interview notes | 5/23/02 |
| | 3509-C | MOI | 5/23/02 |
| | 3509-D | Interview notes | 9/30/03 |
| | 3509-E | Interview notes | 11/19/03 |
| | 3509-F | SEC testimony | 9/26/02 |
| | 3509-G | SEC testimony | 1/30/03 |
| | 3509-H | SEC testimony | 3/5/03 |
| | 3509-I | SEC testimony | 5/6/03 |
| | 3509-J | SEC testimony | 5/7/03 |
| | 3509-K | SEC testimony | 5/8/03 |
| | 3509-L | SEC testimony | 5/9/03 |
| Kailbourne, Erland | 3510-A | Interview notes | 8/20/02 |
| | 3510-B | GJ testimony | 8/21/02 |
| | 3510-C | Covington interview memo (ADEL 0085580) | 10/24/02 |
| | 3510-D | Notes from mtg @ SEC | 5/17/02 |
| | 3510-E | D&O questionnaire and cover ltr to Rothenberger dated 3/15/02 (ACI 263808 - 833) | 3/12/02, 3/15/02 |
| | 3510-F | D&O questionnaire in connection w/ 10-K/A and proxy for annual stockholders mtg (BIPC 2623647 - 672) | 4/14/00 |
| | 3510-G | D&O questionnaire in connection w/ 10-K, 10-K/A and proxy (ACC-ENE 00840 - 866) | 3/12/02 |
| Kaser, Amy | 3511-A | Telephone interview notes | 5/7/02 |
| Klein, Brett | 3512-A | Covington memorandum of interview (ADEL 0005526 - 5529) | 5/23/02 |
| | 3512-B | Proffer agreement | 6/27/02 |
| | 3512-C | Interview notes | 6/27/02 |
| | 3512-D | MOI | 6/27/02 |
| Malone, Douglas | 3513-A | Fried Frank interview memo | 4/4/02 |
| | 3513-B | Proffer agreement | 5/30/02 |
| | 3513-C | Interview notes | 5/30/02 |
| | 3513-D | Covington memorandum of interview (ADEL 0019106, 19121 - 19126) | 6/8/02, 6/9/02 |
| | 3513-E | Nonprosecution agreement | 7/19/02 |
| | 3513-F | Interview notes | 10/6/03 |
| | 3513-G | Interview notes | 10/7/03 |
| | 3513-H | Interview notes | 12/15/03 |

| Witness | 3500 Number | Description | Date |
|---|---|---|---|
| | 3513-I | Memorandum to Tim Rigas re: Rigas Property | 8/15/01 |
| Marshall, Dean | 3514-A | Fried Frank interview memo | 4/9/02 |
| | 3514-B | Fried Frank interview memo | 4/17/02 |
| | 3514-C | Fried Frank interview memo | 5/14/02 |
| | 3514-D | Proffer agreement | 5/15/02 |
| | 3514-E | Interview notes | 5/15/02 |
| | 3514-F | Chart prepared by Marshall @ USAO | 5/15/02 |
| | 3514-G | MOI | 5/15/02 |
| | 3514-H | Covington highlights of meeting (ADEL 0019106 - 19111) | 6/8/02, 6/9/02 |
| | 3514-I | Nonprosecution agreement | 7/19/02 |
| | 3514-J | Interview notes | 11/6/03 |
| | 3514-K | Interview notes | 5/9/03 |
| | 3514-L | ML Media v. Century deposition | 5/23/00 |
| | 3514-M | Interview notes | 12/31/03 |
| Metros, Peter | 3515-A | Interview notes | 9/3/02 |
| | 3515-B | GJ testimony | 9/4/02 |
| | 3515-C | ACC board meeting notes (PM 04092 - 96) | 11/22/97 |
| | 3515-D | ACC board meeting notes (PM 00531 - 39) | 3/5/98 |
| | 3515-E | ACC board meeting ntoes (PM 00680 - 82) | 4/24/98 |
| | 3515-F | ACC board meeting notes (PM 01455 - 57) | 2/19/99 |
| | 3515-G | ACC board meeting notes (PM 01913 - 15) | 5/25/00 |
| | 3515-H | ACC board meeting notes (PM 04007 - 16) | 12/20/00 |
| | 3515-I | ACC board meeting notes (PM 04253 - 59) | 1/5/01 |
| | 3515-J | ACC board meeting notes (PM 03943 - 54) | 1/5/01 |
| | 3515-K | ACC board meeting notes (PM 03932 - 34) | 8/7/01 |
| | 3515-L | ACC board meeting notes (PM 04962 - 72) | 10/17/01 |
| | 3515-M | ACC board meeting notes (PM 04000 - 03) | 12/19/01 |
| | 3515-N | ACC board meeting notes (PM 03189 - 90) | 3/6/02 |
| | 3515-O | ACC board meeting notes (PM 04027 - 31) | 5/6/02 |
| | 3515-P | ACC outsiders board meeting notes (PM 04017 - 24) | 5/10/02 |
| | 3515-Q | ACC board meeting notes (PM 03042 - 54) | 5/22/02 |
| | 3515-R | ACC board meeting notes (PM 04065 - 79) | 6/1/02 |
| | 3515-S | ACC board meeting notes (PM 04080 - 84 | 6/23/02 |
| | 3515-T | ACC board meeting notes (PM 04085 - 91) | 6/25/02 |
| | 3515-U | ACC board meeting notes (PM 04248 - 52) | date unknown |
| | 3515-V | ACC board meeting notes (PM 04243 - 47) | date unknown |
| | 3515-W | ACC '01 Directors and Officer Questionnaire (PM 05523 - 47) | 4/9/02 |
| | 3515-X | Covington interview memo (ADEL 0085617 - 5618) | 11/1/02 |
| | 3515-Y | Interview notes | 12/18/03 |
| | 3515-Z | D&O questionnaire (ACI 263783 - 805) | 4/11/02 |
| | 3515-AA | D&O questionnaire in connection w/ proxy for annual mtg of stockholders & 10-K (BIPC 1893409 - 427) | 6/11/87 |
| | 3515-BB | D&O questionnaire in connection w/ proxy (BIPC 1898621 - 876) | 6/27/93 |
| | 3515-CC | D&O questionnaire in connection w/ S-3 (BIPC 2451178 - 192) | 12/9/93 |

| Witness | 3500 Number | Description | Date |
|---|---|---|---|
| | 3515-DD | D&O questionnaire in connection w/ proxy (BIPC 1900068 - 081) | 1994 |
| | 3515-EE | D&O questionnaire update certificate (BIPC 2893105 - 109) | 12/18/95 |
| | 3515-FF | D&O questionnaire for YE 12/31/01 (BIPC 2672373 - 400) | 4/9/02 |
| Rothenberger, Carl | 3516-A | Covington interview highlights (ADEL 0056130 - 148) | 8/22/02 |
| Sabol, Joseph | 3517-A | Covington interview highlights (ADEL 005521 - 5525) | 5/21/02 |
| | 3517-B | Proffer agreement and extension | 7/12/02, 5/29/03 |
| | 3517-C | Interview notes | 7/12/02 |
| | 3517-D | MOI | 7/12/02 |
| | 3517-E | Interview notes | 5/29/03 |
| | 3517-F | MOI | 5/29/03 |
| Siderman, Richard | 3518-A | Interview notes | 8/13/02 |
| | 3518-B | GJ testimony | 8/14/02 |
| Smith, Glenn | 3519-A | Fried Frank interview memo | 5/23/02 |
| | 3519-B | Covington interview memo (ADEL 0085696 - 703) | 5/23/02 |
| | 3519-C | Proffer agreement | 6/28/02 |
| | 3519-D | Interview notes | 6/28/02 |
| | 3519-E | MOI | 7/12/02 |
| | 3519-F | Covington interview memo (ADEL 0085551) (replace w/ ADEL 0085696 - 703?) | 9/16/02 |
| | 3519-G | Interview notes | 1/13/04 |
| Solomon, Russell | 3520-A | Interview notes | 6/26/02 |
| | 3520-B | MOI | 6/26/02 |
| | 3520-C | Interview notes | 9/17/02 |
| | 3520-D | GJ testimony | 9/18/02 |
| Theofilactidis, Alexis | 3521-A | Interview notes | 9/16/02 |
| | 3521-B | MOI | 9/16/02 |
| | 3521-C | Covington interview highlights (ADEL 0085518 - 5519) | 10/7/02 |
| Werth, Timothy | 3522-A | Fried Frank interview memo | 4/5/02 |
| | 3522-B | Fried Frank interview memo | 5/1/02 |
| | 3522-C | Proffer agreement | 5/21/02 |
| | 3522-D | Interview notes | 5/21/02 a.m. |
| | 3522-E | MOI | 5/21/02 a.m. |
| | 3522-F | Interview notes | 5/21/02 p.m. |
| | 3522-G | MOI | 5/21/02 p.m. |
| | 3522-H | Covington summary of meeting (ADEL 0018716 - 20) | 5/21/02 |
| | 3522-I | Covington highlights of meeting (ADEL 0019106, 19112 - 20) | 6/8/02, 6/9/02 |
| | 3522-J | Cooperation agreement | 1/10/03 |
| | 3522-K | Waiver of Indictment | 1/10/03 |
| | 3522-L | Information | 1/10/03 |
| | 3522-M | Plea allocution | 1/10/03 |
| | 3522-N | Interview notes | 8/8/02 |

| Witness | 3500 Number | Description | Date |
|---|---|---|---|
| | 3522-O | Interview notes | 12/8/03 |
| | 3522-P | Interview notes | 12/19/03 |
| | 3522-Q | Interview notes | 12/20/03 |
| Wilson, Peta | 3523-A | Interview notes | 9/4/02 |
| | 3523-B | MOI | 9/4/02 |
| | 3523-C | GJ testimony | 9/4/02 |
| Woolcock, Jason | 3524-A | Proffer agreement | 7/10/02 |
| | 3524-B | Interview notes | 7/10/02 |
| | 3524-C | MOI | 7/10/02 |
| | 3524-D | Interview notes | 1/19/04 |
| Zacherl, LeMoyne | 3525-A | Powerpoint presentation | date unknown |
| | 3525-B | Covington interview memo (ADEL 0055635 - 39) | 8/26/02 |
| | 3525-C | IRS interview memo | 10/8/02 |
| | 3525-D | Interview notes | 8/27/02 |
| | 3525-E | Interview notes | 8/28/02 |
| Pekarski, Linda | 3526-A | Fried Frank interview memo | 5/3/02 |
| | 3526-B | Covington interview highlights (ADEL 0085511 - 17) | 6/18/02 |
| | 3526-C | Covington interview memo (ADEL 0020314 - 31) | 8/8/02 |
| | 3526-D | Interview notes | 12/11/03 |
| | 3526-E | Interview notes | 1/16/04 |
| Reifenheiser, Thomas | 3527-A | Interview notes | 11/6/03 |
| | 3527-B | Interview notes | 1/21/04 |
| Ritchey, Susan | 3528-A | Interview notes | 12/12/03 |
| | 3528-B | Interview notes | 12/15/03 |
| | 3528-C | SEC file no. 0-16014 | 1994 |
| Tanner, Nan | 3529-A | Covington interview memo (ADEL 0055900 - 01) | 8/8/02 |
| | 3529-B | IRS memorandum of activity | 10/16/02 |
| | 3529-C | Interview notes | 12/11/03 |
| Abbas, Jeff | 3530-A | Covington interview memo (ADEL 0018770 - 18773) | 6/18/02 |
| | 3530-B | Covington interview memo (ADEL 0020305 - 20309) | 8/5/02 |
| | 3530-C | Covington interview memo (ADEL 0085597) | 8/1/02 |
| Alpoyanis, Thomas | 3531-A | MOI | 10/25/02 |
| | 3531-B | Interview notes | 10/25/02 |
| | 3531-C | GJ testimony | 10/30/02 |
| Althardt, Pat | 3532-A | Covington interview memo (ADEL 0019100 - 19103) | 6/3/02 |
| Baker, Tammy | 3533-A | Covington interview memo (ADEL 0055605 - 0055608) | 8/16/02 |
| Baldoni-McClain, Amy Jo | 3534-A | Covington interview memo (ADEL 0018818 - 18821) | 7/29/02 |
| Barrett, Kathy | see 3532-A | Covington interview memo (ADEL 0019100 - 19103) | 6/3/02 |
| Benson, Bob | 3535-A | Covington interview memo (ADEL 000085526 - 29) | 9/5/02 |

| Witness | 3500 Number | Description | Date |
|---|---|---|---|
| Billirakis, Steve | 3536-A | Covington interview memo (ADEL 0085652 - 58) | 10/8/02 |
| | 3536-B | Covington interview memo (ADEL 0085659) | 10/14/02 |
| Bilotti, Richard | 3537-A | Interview notes | 11/10/03 |
| | 3537-B | Interview notes | 9/11/03 |
| Bizzak, Lisa | 3538-A | Fried Frank interview memo | 5/23/02 |
| | 3538-B | Covington interview memo (ADEL 0018755 - 18757) | 5/28/02 |
| Booken, Bruce | 3539-A | Covington interview memo (ADEL 0056100 - 0056117) | 8/23/02 |
| Born, Matthew | 3540-A | Interview notes | 11/7/03 |
| Brady, (Joseph) Michael | 3541-A | Covington interview memo (ADEL 0019182 - 19184) | 5/17/02 |
| | 3541-B | Covington interview memo (ADEL 0085612 - 13) | 9/4/02 |
| | 3541-C | Covington interview memo (ADEL 0085688 - 92) | 11/7/02 |
| | 3541-D | Interview notes | 11/20/03 |
| | 3541-E | ML Media v. Century deposition | 10/24/01 |
| | 3541-F | Letter to Kailbourne re: payment | 5/23/02 |
| Brown, Leslie | 3542-A | Fried Frank interview memo | 5/8/02 |
| | 3542-B | Covington interview memo (ADEL 0085602 - 04) | 8/22/02 |
| Brown, Todd | 3543-A | Fried Frank interview memo | 5/23/02 |
| | 3543-B | Covington interview memo (ADEL 0018743 - 18744) | 5/23/02 |
| | 3543-C | Covington interview memo (ADEL 0085665 - 66) | 10/1/02 |
| | 3543-D | Interview notes | 1/15/04 |
| Burg, Dave | 3544-A | Fried Frank interview memo | 4/19/02 |
| Caswell, William | 3545-A | SEC testimony | 4/8/03 |
| | 3545-B | SEC testimony | 4/9/03 |
| | 3545-C | SEC testimony | 4/11/03 |
| | 3545-D | SEC testimony | 4/23/03 |
| | 3545-E | SEC testimony | 4/24/03 |
| Cavallari, Rob | 3546-A | Covington interview memo (ADEL 0018876 - 18880) | 6/5/02 |
| | 3546-B | IRS interview memo | 10/16/02 |
| Cipolla, Carmen | see 3532-A | Covington interview memo (ADEL 0019100 - 19103) | 6/3/02 |
| Cohen, Oren Moshe | 3547-A | MOI | 5/8/02 |
| | 3547-B | Interview notes | 5/8/02 |
| Coolidge, Tracy | 3548-A | Covington interview memo (ADEL 0018704 - 0018706) | 5/20/02 |
| | 3548-B | Interview notes | 8/13/02 |
| | 3548-C | GJ testimony | 8/14/02 |
| Coudriet, Hugh | 3549-A | Covington interview memo (ADEL 0018798 - 18802) | 6/3/02 |
| | 3549-B | Covington interview memo (ADEL 0018803 - 18809) | 7/18/02 |

| Witness | 3500 Number | Description | Date |
|---|---|---|---|
| | 3549-C | Covington interview memo (ADEL 0019100 - 0019102) | 6/3/02 |
| Coulter, Stephen | 3550-A | Interview notes | 4/19/02 |
| | 3550-B | SEC testimony | 7/11/02 |
| | 3550-C | Covington interview memo (ADEL 0085693 - 95) | 5/23/02 |
| Courtney, Scott | 3551-A | Covington interview memo (ADEL 0085637 - 41) | 7/17/02 |
| Davis, Lew | 3552-A | Covington interview memo (ADEL 0056118 - 0056129) | 8/22/02 |
| DeBauge, Leslie | 3553-A | Proffer agreement | 9/17/02 |
| | 3553-B | Interview notes | 9/17/02 |
| DelPrato, Gary | 3554-A | Covington interview memo (ADEL ADEL 0020345 - 20350) | 8/9/02 |
| | 3554-B | Interview notes | 1/15/04 |
| Dorsey, Jeff | 3555-A | Interview notes | 6/25/02 |
| Dryer, Shawn | 3556-A | Covington interview memo (ADEL 0085642 - 46) | 8/15/02 |
| | 3556-B | Covington interview memo (ADEL 0085647 - 51) | 9/4/02 |
| Dubisz, James | 3557-A | IRS interview memo | 11/4/02 |
| Durkin, Karen | 3558-A | Covington interview memo (ADEL 0055609 - 0055611) | 8/21/02 |
| Ferraro, Leo | 3559-A | IRS interview memo | 10/1/02 |
| Fisher, Randall | 3560-A | Email to Gibble re: document retention | 4/1/02 |
| | 3560-B | Proffer agreement | 4/26/02 |
| | 3560-C | Interview notes | 4/26/02 |
| | 3560-D | MOI | 4/26/02 |
| | 3560-E | Fried Frank interview memo | 5/7/02 |
| | 3560-F | Fried Frank interview memo | 5/8/02 |
| | 3560-G | Covington interview memo (ADEL 0018739 - 18742) | 5/23/02 |
| | 3560-H | Fisher Q&A from Covington | 6/24/02 |
| | 3560-I | Covington interview memo (ADEL 0085625 - 36) | 10/9/02 |
| Fitzhenry, Bill | 3561-A | Fried Frank interview memo | 5/22/02 |
| | 3561-B | Covington interview memo (ADEL 0018729 - 18730) | 5/22/02 |
| | 3561-C | Covington interview memo (ADEL 0085525) | 8/28/02 |
| | 3561-D | Interview notes | 1/16/04 |
| Foster, Charles | 3562-A | Interview notes | 5/7/02 |
| Furman, Wick | 3563-A | Fried Frank interview memo | 4/29/02 |
| | 3563-B | Covington interview memo (ADEL 0085677 - 78) | 9/12/02 |
| Garbarino, Dick | 3564-A | Covington interview memo (ADEL 0055612 - 0055613) | 8/19/02 |
| | 3564-B | Interview notes | 12/23/03 |
| Gerner, Virginia | 3565-A | Fried Frank interview memo | 4/17/02 |
| Gibble, Linda | 3566-A | Covington interview memo (ADEL 0085605 - 07) | 7/9/02 |
| Goldsmith, David | 3567-A | Interview notes | 10/31/03 |

| Witness | 3500 Number | Description | Date |
|---|---|---|---|
| Green, Brigitte | 3568-A | Covington interview memo (ADEL 0018814 - 18817) | 7/29/02 |
| Gupta, Niraj | 3569-A | SEC interview notes | none |
| | 3569-B | MOI | 6/19/02 |
| | 3569-C | Interview notes | 6/19/02 |
| Hallock, Robin | 3570-A | Covington interview memo (ADEL 0018822 - 18827) | 7/31/02 |
| Harris, Christopher | 3571-A | Interview notes | 5/14/02 |
| | 3571-B | Interview notes | 5/14/02 |
| Hartman, Ed | 3572-A | Fried Frank interview memo | 4/3/02 |
| | 3572-B | Covington interview memo (ADEL 0018737 - 18738) | 5/22/02 |
| | 3572-C | Covington interview memo (ADEL 0085575 - 79) | 5/20/02 |
| | 3572-D | Covington interview memo (ADEL 0018763 - 18769) | 6/6/02 |
| Haskins, Tracy | 3573-A | Covington interview memo (ADEL 0085671 - 72) | 10/9/02 |
| Hau, Bill | 3574-A | Covington interview memo (ADEL: 0019145 - 19149) | 7/30/02 |
| | 3574-B | IRS interview memo | 2/4, 2/5/03 |
| Heusner, Pamela | 3575-A | MOI | 4/26/02 |
| | 3575-B | Interview notes | 4/26/02 |
| | 3575-C | Proffer agreement | 4/26/02 |
| | 3575-D | Covington interview memo (ADEL 0018872 - 18875) | 6/19/02 |
| Hicks, Sandy | 3576-A | Covington interview memo (ADEL 0018863 - 18866) | 7/24/02 |
| Holmberg, Jason | 3577-A | Fried Frank interview memo | 5/21/02 |
| | 3577-B | Covington interview memo (ADEL 0085587 - 96) | 8/16/02 |
| | 3577-C | Covington interview memo (ADEL 0085586) | 11/6/02 |
| | 3577-D | Interview notes | 11/15/04 |
| Hudak, Martha | 3578-A | Fried Frank interview memo | 4/25/02 |
| | 3578-B | MOI | 7/15/03 |
| | 3578-C | Interview notes | 7/15/03 |
| | 3578-D | Covington interview memo (ADEL 0085608 - 11) | 8/23/02 |
| Bagiatis, Nicholas | 3579-A | SEC testimony | 7/10/03 |
| Biegel, Stephen G. | 3580-A | SEC testimony | 6/17/03 |
| Cottrill, Don | 3581-A | SEC testimony | 4/29/03 |
| | 3581-B | SEC testimony | 4/30/03 |
| Dearlove, Gregory M. | 3582-A | SEC testimony | 3/11/03, am |
| | 3582-B | SEC testimony | 3/11/03, pm |
| | 3582-C | SEC testimony | 3/12/03 |
| | 3582-D | SEC testimony | 3/31/03 |
| | 3582-E | SEC testimony | 5/29/03 |
| Gondosh, Christina | 3583-A | SEC testimony | 12/10/03 |
| Hobert, Jr., Chester A. | 3584-A | SEC testimony | 6/19/03 |
| Lindsay, Michael | 3585-A | SEC testimony | 6/4/03 |

| Witness | 3500 Number | Description | Date |
|---|---|---|---|
| IT Group (Conable, Grazier, Pavacic, Hauber) | 3586-A | Fried Frank interview memo | 4/18/02 |
| | 3586-B | Fried Frank interview memo | 5/2/02 |
| Jackson, Clifford | 3587-A | Covington interview memo (ADEL 0019158 - 19165) | 8/1/02 |
| | 3587-B | Covington interview memo (ADEL 0085551 - 52) | 9/13/02 |
| Johnson, Scott | 3588-A | Covington interview memo (ADEL 0018734 - 18736) | 5/22/02 |
| | 3588-B | Interview notes | 8/6/02 |
| | 3588-C | GJ testimony | 8/7/02 |
| Jones, Rees | 3589-A | MOI | 2/7/03 |
| | 3589-B | Interview notes | 2/7/03 |
| Kane, James (aka Jake) | 3590-A | Covington interview memo (ADEL 0085583 - 85) | 3/12/03 |
| | 3590-B | Interview notes | 9/16/03 |
| Keeling, Bryan | 3591-A | Fried Frank interview memo | 4/24/02 |
| | 3591-B | Fried Frank interview memo | 4/24/02 |
| Kelley, Orby | 3592-A | Covington interview memo (ADEL 0018867 - 18869) | 7/22/02 |
| Kenny, Tim | 3593-A | Covington interview memo (ADEL 0019166 - 19171) | 7/25/02 |
| | 3593-B | Interview notes | 8/9/02 |
| | 3593-C | GJ testimony | 8/12/02 |
| Kline, Dave | 3594-A | Covington interview memo (ADEL 0085572 - 74) | 9/4/02 |
| Koshenski, Bob | 3595-A | Covington interview memo (ADEL 0018810 - 18813) | 7/29/02 |
| Krammes, Rosie | 3596-A | Covington interview memo (ADEL 0018779 - 18787) | 7/1/02 |
| | 3596-B | Interview notes | 1/15/04 |
| Lamb, Tom | 3597-A | Fried Frank interview memo | 4/3/02 |
| Langley, Joanne | 3598-A | Covington interview memo (ADEL 0085598 - 601) | 7/10/02 |
| Larson, Pat | 3599-A | Covington interview memo (ADEL 0018711 - 18715) | 5/21/02 |
| | 3599-B | Covington interview memo (ADEL 0055614 - 0055616) | 8/8/02 |
| | 3599-C | Covington interview memo (ADEL 0085614 - 15) | 9/27/02 |
| Larsen, Tom | 35100-A | Covington interview memo (ADEL 0085667 - 70) | 8/22/02 |
| | 35100-B | Interview notes | 1/16/04 |
| Lee, Benjamin | 35101-A | Covington interview memo (ADEL 0020351 - 20354) | 8/8/02 |
| | 35101-B | IRS interview memo | 10/16/02 |
| Leete, Rob | 35102-A | Covington interview memo (ADEL 0055617 - 0055621) | 8/15/02 |
| | 35102-B | IRS interview memo | 10/16/02 |
| | 35102-C | Interview notes | 1/15/04 |

| Witness | 3500 Number | Description | Date |
|---|---|---|---|
| Legal Dept. | 35103-A | Fried Frank interview memo | 5/8/02 |
| Leightley, Jennifer Lynn | 35104-A | SEC testimony | 5/29/02 |
| Liberatore, Dan | 35105-A | Covington interview memo (ADEL 0085553 - 57) | 6/4/02 |
| | 35105-B | Interview notes | 8/6/02 |
| | 35105-C | Covington interview memo (ADEL 0085558 - 60) | 9/4/02 |
| Lindsey, Barbara | 35106-A | Covington interview memo (ADEL 0018828 - 0018832) | 7/31/02 |
| McGee, Peggy | 35107-A | Covington interview memo (ADEL 0055622 - 0055630) | 8/14/02 |
| McMullen, Teri | 35108-A | Covington interview memo (ADEL 055810 - 055814) | 6/5/02 |
| Milliard, Daniel | 35109-A | MOI | 9/12/02 |
| | 35109-B | Interview notes | 9/12/02 |
| | 35109-C | Covington interview memo (ADEL 0085561 - 71) | 11/6/02 |
| Mitchell, Kathy | 35110-A | Covington interview memo (ADEL 055815 - 055818) | 9/11/02 |
| Montgomery, Ann | 35111-A | Fried Frank interview memo | 5/8/02 |
| | 35111-B | Covington interview memo (ADEL 0019172 - 19182) | 5/17/02 |
| | 35111-C | Interview notes | 6/30/02 |
| | 35111-D | Proffer agreement | 6/20/02 |
| Morgart, Peggy | 35112-A | Covington interview memo (ADEL 0085616) | 10/9/02 |
| Nichols, Mary Lynn | 35113-A | SEC testimony | 5/29/02 |
| Nitzio, Susan | 35114-A | Interview notes | 11/6/03 |
| O'Leary, Paul | 35115-A | SEC testimony | 5/22/02 |
| Operations Mgrs (McManus, F. Furman, Brett, Wiesenhurst, Wahl) | 35116-A | Fried Frank interview memo | 5/7/02, 5/8/02, 5/10/02 |
| Pavacic, Ted | 35117-A | Fried Frank interview memo | 4/18/02 |
| | | see also 3586: IT Group | |
| Powell, Ted | 35118-A | Fried Frank interview memo | 5/22/02 |
| | 35118-B | Covington interview memo (ADEL 0018721 - 18724) | 5/21/02 |
| | 35118-C | Covington interview memo (ADEL 0055632 - 34) | 8/7/02 |
| Ragosta, Kelly | 35119-A | Covington interview memo (ADEL 0018860 - 18862) | 7/16/02 |
| Rahr, David | 35120-A | Covington interview memo (ADEL 0019172 - 19175) | 5/17/02 |
| Rapp, Ronald | 35121-A | Fried Frank interview memo | 5/23/02 |
| | 35121-B | Covington interview memo (ADEL 0018750 - 18754) | 5/23/02 |
| | 35121-C | Covington interview memo (ADEL 0018837 - 18841) | 7/30/02 |
| | 35121-D | Interview notes | 8/8/02 |

| Witness | 3500 Number | Description | Date |
|---|---|---|---|
| | 35121-E | Covington interview memo (ADEL 0085551 - 52) | 9/13/02 |
| Raptis, Charles | 35122-A | Covington interview memo (ADEL 0018842 - 18847) | 6/19/02 |
| | 35122-B | Covington interview memo (ADEL 0018848 - 18851) | 7/18/02 |
| | 35122-C | Covington interview memo (ADEL 055803 - 055807) | 8/23/02 |
| | 35122-D | Covington interview memo (ADEL 0085545 - 46) | 10/16/02 |
| | 35122-E | Covington interview memo (ADEL 0085547 - 50) | 8/02 - 10/02 |
| | 35122-F | Covington interview memo (ADEL 0070559 - 0070567) | 11/13/02 |
| | 35122-G | Interview notes | 1/15/04 |
| Nagel, Virginia | 35123-A | Fried Frank interview memo | 4/18/02 |
| | 35123-B | Covington interview memo (ADEL 0085673 - 76) | 7/9/02 |
| Riley, Steve | 35124-A | Covington interview memo (ADEL 0085660 - 64) | 9/4/02 |
| Scally, Lisa | 35125-A | MOI | 3/5/03 |
| | 35125-B | Interview notes | 3/5/03 |
| Scally, Mark | 35126-A | MOI | 3/5/03 |
| | 35126-B | Interview notes | 3/5/03 |
| Schaeffer, Greg | 35127-A | Fried Frank interview memo | 4/24/02 |
| Shapiro, Douglas | 35128-A | Interview notes | 5/14/02 |
| | 35128-B | Interview notes | 5/14/02 |
| | 35128-C | Interview notes | 11/17/03 |
| | 35128-D | U.S. Bankruptcy Court deposition | 9/24/03 |
| Shipley, Todd | 35129-A | Interview notes | 5/3/02 |
| Silverman, Michael | 35130-A | MOI | 4/22/02 |
| | 35130-B | Interview notes | 4/22/02 |
| Smith, Angela | 35131-A | Covington interview memo (ADEL 0085520 - 22) | 10/9/02 |
| Smith, Ralph | 35132-A | Covington interview memo (ADEL 0018852 - 18855) | 7/18/02 |
| Smoulter, David | 35133-A | Covington interview memo (ADEL 0018870 - 18871) | 6/4/02 |
| Snyder, Brian | 35134-A | Covington interview memo (ADEL 0018881 - 18882) | 6/4/02 |
| Snyder, Sherri | 35135-A | Covington interview memo (ADEL 0020341 - 20344) | 8/8/02 |
| Snyder, Shirley | 35136-A | Fried Frank interview memo | 4/18/02 |
| | 35136-B | Covington interview memo (ADEL 0019151 - 19157) | 8/1/02 |
| | 35136-C | Interview notes | 1/16/04 |
| Szarowicz, Kathy | 35137-A | Covington interview memo (ADEL 0020310 - 20313) | 8/7/02 |
| | 35137-B | Covington interview memo (ADEL 055808 - 055809) | 8/28/02 |

| Witness | 3500 Number | Description | Date |
|---|---|---|---|
| Taylor, Megan | 35138-A | Covington interview memo (ADEL 0018758 - 18759) | 5/31/02 |
| Taylor, Roxanne | 35139-A | Covington interview memo (ADEL 0020300 - 20304) | 8/1/02 |
| Terrano, Ann | 35140-A | IRS interview memo | 10/16/02 |
| Thurner, Chris | 35141-A | Fried Frank interview memo | 5/7/02 |
| | 35141-B | Interview notes | 1/7/04 |
| | 35141-C | Proffer agreement | 1/6/04 |
| | 35141-D | Interview notes | 1/22/04 |
| Updegraff, Charles | 35142-A | Covington interview memo (ADEL 0085543 - 44) | 8/7/02 |
| Venetis, Ellen Rigas | 35143-A | MOI | 10/2/02 |
| | 35143-B | Interview notes | 10/2/02 |
| | 35143-C | Proffer agreement | 10/2/02 |
| | 35143-D | MOI | 10/7/02 |
| | 35143-E | Interview notes | 10/7/02 |
| Venetis, Peter | 35144-A | Covington interview memo (ADEL 0006800 - 6809) | 6/19/02 |
| | 35144-B | Covington interview memo (ADEL 0085619 - 24) | 10/30/02 |
| Wahl, Bob | | see 3532-A, 35116-A | |
| Walters, Janice | 35145-A | Covington interview memo (ADEL 0020332 - 20340) | 8/8/02 |
| Walsh, Ed | 35146-A | Covington interview notes (ADEL 0020368 - 69) | 5/22/02 |
| | 35146-B | Fried Frank interview memo | 5/22/02 |
| | 35146-C | Interview notes | 8/16/02 |
| | 35146-D | GJ testimony | 8/19/02 |
| Weitz, Wallace | 35147-A | Interview notes | 10/8/03 |
| | 35147-B | Notes from meeting w/ Tim Rigas | 8/21/01 |
| Zorichak, Andrew | 35148-A | Interview notes | 8/6/02 |
| | 35148-B | Interview notes | 1/16/04 |
| Brogni, John | 35149-A | Interview notes | 12/29/03 |
| | 35149-B | Notes (DT00237036 - 39) | 7/9/98 |
| | 35149-C | Notes (DT00236982 - 84) | 9/3/98 |
| | 35149-D | Notes (DT00236985 - 87) | 9/4/98 |
| | 35149-E | Notes (DT00236974 - 79) | 9/10/98 |
| | 35149-F | Notes (DT00237160 - 61) | 9/10/98 |
| | 35149-G | Notes on mtg w/ John Rigas (DT00236963 - 66) | 9/12/98 |
| | 35149-H | Notes on John Rigas interview (DT00236968 - 73) | 9/12/98 |
| | 35149-I | Notes on telecon w/ Tim Rigas (DT00237162 - 64) | 10/16/98 |
| | 35149-J | Notes on mtg w/ Tim, etc. (DT00237151 - 52) | 12/29/98 |
| Kronman, Anthony | 35150-A | U.S. Bankruptcy Court deposition | 2/7/03 |
| | 35150-B | Declaration and exhibits | 2/20/03 |
| | 35150-C | U.S. Bankruptcy Court deposition | 2/24/03 & 2/26/03 |
| Cavallaro, Richard | 35151-A | Interview notes | 12/23/03 |
| | 35151-B | Interview notes | 1/20/04 |
| Reis, Sylvia | 35152-A | SEC file no. 0-16014-3 | 1995 |

| Witness | 3500 Number | Description | Date |
|---|---|---|---|
| Williams, M for David Slade | 35153-A | Interview notes | 1/20/04 |