# Exhibit 54

DEAN MARSHALL                                              December 13, 2011

                                                                           1
        IN THE COURT OF COMMON PLEAS OF POTTER COUNTY
                          PENNSYLVANIA

                             -----


   MICHAEL J. RIGAS and       ) CIVIL DIVISION
   ZITO LIMITED PARTNERSHIP,  )
                              )
                              ) No. 2006-305
           Plaintiffs,        )
                              )
                              ) TELEPHONE DEPOSITION OF:
           vs.                )  Dean Marshall
                              )
                              )
   JAMES R. BROWN and CONNIE  ) DATE:
   BROWN,                     )  December 13, 2011
                              )
                              )
           Defendants.        ) REPORTED BY:
                              )  Leslie Nemeth


                             -----


        TELEPHONE DEPOSITION OF DEAN MARSHALL, a witness

   herein, called upon for examination, taken pursuant

   to the Pennsylvania Rules of Civil Procedure, by and

   before Leslie Nemeth, a Court Reporter and Notary

   Public in and for the Commonwealth of Pennsylvania,

   at the law offices of Sherrard, German & Kelly,

   620 Liberty Avenue, 28th Floor, Pittsburgh,

   Pennsylvania, on Tuesday, December 13, 2011,

   commencing at 12:27 p.m.



Toll Free: 800.345.4940
Facsimile: 215.988.1843

Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com

DEAN MARSHALL                                            December 13, 2011

17

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Is it true that the government asked you not to |
| 3 | | discuss the substance of that meeting with |
| 4 | | anyone? |
| 5 | A | Well, the government did not want me |
| 6 | | communicating directly with anybody from the |
| 7 | | Rigas family. |
| 8 | Q | Was that something that was communicated directly |
| 9 | | to you or to your attorney? |
| 10 | A | I don't recall, but it was communicated either |
| 11 | | directly or indirectly to me. |
| 12 | Q | Was it ever communicated to you that you |
| 13 | | shouldn't discuss the substance of that initial |
| 14 | | meeting with Mr. Brown? |
| 15 | A | I don't recall. |
| 16 | Q | Did you have an understanding that the government |
| 17 | | had instructed Adelphia not to interview you in |
| 18 | | connection with its investigation? |
| 19 | A | Not that I recall, no. |
| 20 | Q | After being told that you shouldn't discuss the |
| 21 | | substance of your meeting with any member of the |
| 22 | | Rigas family, did you feel isolated? |
| 23 | A | I'm sorry.  I don't understand that question. |
| 24 | Q | I guess at the point in time that you had this |
| 25 | | initial meeting the members of the Rigas family |



Toll Free: 800.345.4940
Facsimile: 215.988.1843

Suite 1210
1600 John F. Kennedy Blvd
Philadelphia, PA 19103
www.esquiresolutions.com