# Exhibit 56

| | |
|---|---|
| **From:** | Phil Korologos <pkorologos@bsfllp.com> |
| **Sent:** | Wednesday, February 19, 2003 1:00 PM |
| **To:** | Tim Coleman <Timothy.Coleman@USDOJ.gov>; christopher.clark2@usdoj.gov; silvia.serpe@usdoj.gov |
| **Cc:** | Myron Trepper <mtrepper@willkie.com>; Marc Abrams <mabrams@willkie.com>; Baird, Bruce <bbaird@cov.com>; Katherine Eskovitz <keskovitz@bsfllp.com> |
| **Subject:** | Rigas request for depositions of Gelber, Coyle, Metros and Kailbourne |
| **Attach:** | B0004A91.PDF |

Attached is a fax I received today in which the Rigases' counsel asks for depositions of the pre-petition independent directors and the Company. Clearly, this request relates to the issues we have previously discussed regarding your desire not to have these depositions occur. I am sure these are depositions you continue not to want to take place prior to resolution of the criminal action against the Rigases. In addition, I would like to speak with at least one of you today on the scheduling issues that are upcoming in the Equity Committee's shareholder meeting litigation and the timing of any motion to prevent the depositions referenced in the attached letter from Dilworth Paxon. I am in my NYC office today at 212-446-2390.

Thanks

Philip C. Korologos, Esq.
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
pkorologos@bsfllp.com
914-749-8227 (direct)
914-749-8300 (fax)
917-767-3724 (cell)
212-446-2390 (NYC direct)
212-446-2375 (NYC Fax)


-----Original Message-----
From: administrator@bsfllp.com [mailto:administrator@bsfllp.com]
Sent: Wednesday, February 19, 2003 12:14 PM
To: pkorologos@bsfllp.com
Subject: A fax has arrived from remote ID '215 575 7200'.

A fax has arrived from remote ID '215 575 7200'.
----------------------------------------------------------
Time: 2/19/2003 12:10:16 PM
Received from remote ID: 215 575 7200
Inbound user ID 0009, routing code 100
Result: (0/352;0/0) Successful Send
Page record: 1 - 2
Elapsed time: 01:06 on channel 0

PAGE 1/2 * RCVD AT 2/19/2003 12:10:16 PM [Eastern Standard Time] * SVR:/0 * DNIS:8300 * CSID:215 575 7200 * DURATION (mm-ss):01-06

# FAX COVER SHEET

DILWORTH PAXSON LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
U.S.A.
(215) 575-7000

**FAX number:** (215) 575-7200

## PLEASE DELIVER IMMEDIATELY!

DATE: February 19, 2003

TO: Phillip C. Korologos, Esquire

FAX NO.: 914-749-8300

FROM: Martin J. Weis, Esquire

NO. OF PAGES: 2

CLIENT/MATTER: 24681/72478

USER ID NUMBER: 487

COMMENTS: *[handwritten: assembly please disregard previous fax]*

| ORIGINAL WILL NOT FOLLOW |
|---|

| THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. |
|---|

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. WE WILL PAY THE POSTAGE. THANK YOU.

**IF YOU HAVE ANY PROBLEMS RECEIVING THIS MESSAGE OR DON'T RECEIVE ALL OF THE PAGES, PLEASE CALL (215) 575-7000**

469236_1

PAGE 2/2 * RCVD AT 2/19/2003 12:10:16 PM [Eastern Standard Time] * SVR:0 * DNIS:8300 * CSID:215 575 7200 * DURATION (mm-ss):01-06

# DILWORTH PAXSON LLP

LAW OFFICES

DIRECT DIAL NUMBER:                                                                                                       Martin J. Weis  
(215) 575-7136                                                                                                      mweis@dilworthlaw.com

February 19, 2003

<u>VIA TELECOPY</u>

Phillip C. Korologos, Esquire                   Marc Abrams, Esquire  
Boies, Schiller & Flexner LLP                    Willkie Farr & Gallagher  
333 Main Street                                                    787 Seventh Ave.  
Armonk, NY 10504                                       New York, NY 10019-6099

            RE:   Equity Committee v. Adelphia Communications Corporation, et al.  
                    <u>Adversary Proceeding No. 03-2017</u>

Dear Counsel:

      In connection with the upcoming preliminary injunction hearing in the above-referenced matter and in conjunction with the Scheduling Order entered on February 7, 2003, we would like to take the depositions of Erland Kailbourne, Leslie Gelber, Dennis Coyle and Pete Metros. Pursuant to Rule 30(b)(6), we are also going to need to depose an Adelphia corporate designee (or designees) to give testimony on behalf of Adelphia regarding various topics at issue in connection with the preliminary injunction hearing. The scope of the 30(b)(6) will be determined, in part, by Adelphia's responses to the pending discovery requests. We ask that you provide dates for these depositions by the end of this week.

      In addition, you (as well as the Equity Committee) have not responded to my February 13, 2003 letter asking that you provide us with the deposition discovery schedule in the above matter. Please do so as soon as possible. It is our intention to attend and participate.

                                                                    Sincerely,

                                                                    Martin J. Weis

MJW/pmb

cc:    Norman Kinel, Esquire (via e-mail)  
         Christopher J. Clark, Esquire (via e-mail)  
         John T. Carroll, III, Esquire (via e-mail)  
         Len Chazen, Esquire (via e-mail)  
         David Friedman, Esquire (via e-mail)  
         Marshall S. Hueber, Esquire (via e-mail)

3200 MELLON BANK CENTER · 1735 MARKET STREET · PHILADELPHIA PA 19103-7595  
484533_1         (215) 575-7000 · FAX (215) 575-7200 · www.dilworthlaw.com  
                                                                                       AFFILIATED OFFICE  
CHERRY HILL NJ    HARRISBURG PA    NEWTOWN SQUARE PA    TURNERSVILLE NJ    WASHINGTON DC    WILMINGTON DE

COV 0439