# Exhibit 57

| | |
|---|---|
| **From:** | George Carpinello |
| **Sent:** | Wednesday, November 20, 2002 3:49 PM |
| **To:** | coleman@timothy |
| **Cc:** | pkorologos |
| **Subject:** | PRIVILEGED COMMUNICATION - ATTORNEY/CLIENT COMMUNICATION |

Tim,

Phil Korologos left you an email yesterday. One of the issues he wanted to discuss was our proposed motion for a temporary restraining order freezing the Rigas defendants' assets. I'm enclosing draft papers for your review.

We would like to coordinate efforts and want to make sure that the bringing of this motion would not interfere with your office's activities.

We would like to bring the motion at the end of this week or early next week at the latest. Therefore, we would appreciate your comments at your earliest convenience.

George F. Carpinello, Esq.
Boies, Schiller & Flexner LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Phone (518) 434-0600
Fax (518) 434-0665

ATTORNEY-CLIENT PRIVILEGE/ATTORNEY WORK PRODUCT: This transmittal may contain privileged and confidential information, and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Boies, Schiller & Flexner LLP immediately at (518) 434-0600 or by return email.

 

Order to Show       Memo of Law in
Cause and TRO.do... Support of Debt...

1

CONFIDENTIAL                    ACI 395146