# Exhibit 59

**Echelon**

| | |
|---|---|
| **From:** | Phillip Korologos [pkorologos@bsfllp.com] |
| **Sent:** | Thursday, May 08, 2003 4:22 PM |
| **To:** | 'Christopher.Clark2@usdoj.gov' |
| **Cc:** | Eric Brenner; Kate Ruggieri |
| **Subject:** | RE: IRS/MDPA Sabol Interview Request |

Will do. I assume we'll hear from you/them (and confirm it) if you work something out.

Thanks for the prompt response.

Philip C. Korologos, Esq.
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
(914) 749-8227 (direct)
(914) 749-8300 (fax)
(917) 767-3724 (cell)
(212) 446-2390 (NYC Office)


-----Original Message-----
From: Christopher.Clark2@usdoj.gov [mailto:Christopher.Clark2@usdoj.gov]

Sent: Thursday, May 08, 2003 4:19 PM
To: pkorologos@bsfllp.com
Cc: judd.lawler@usdoj.gov
Subject: RE: IRS/MDPA Sabol Interview Request

Interview is off. No one should interview Sabol tomorrow or anytime without my say so.

-----Original Message-----
From: PKorologos@bsfllp.com [mailto:PKorologos@bsfllp.com]
Sent: Thursday, May 08, 2003 4:12 PM
To: Clark, Christopher
Cc: Lawler, Judd
Subject: IRS/MDPA Sabol Interview Request


The IRS supervisor in the M.D.PA is Nan Lawlor. She is not in Coudersport for the interviews, but the IRS agents that are there asked that you speak with Nan. Her number is 570-961-2483; ext. 143.


Thanks


Philip C. Korologos, Esq.

Boies, Schiller & Flexner LLP

333 Main Street

Armonk, NY 10504

(914) 749-8227 (direct)

(914) 749-8300 (fax)

(917) 767-3724 (cell)

1

CONFIDENTIAL          ACI          386097