# Exhibit 62

# Echelon

| | |
|---|---|
| **From:** | Phil Korologos [pkorologos@bsfllp.com] |
| **Sent:** | Thursday, February 13, 2003 12:21 PM |
| **To:** | Tim Coleman (Timothy.Coleman@USDOJ.gov); christopher.clark2@usdoj.gov; 'silvia.serpe@usdoj gov' |
| **Cc:** | Bruce Baird (bbaird@cov.com); Marc Abrams (mabrams@willkie.com); Roger Netzer (rnetzer@willkie.com) |
| **Subject:** | FW: Stip w/ government |


Stip & Ord-Disc Re
   Debtors_.DO...

   Tim, Chris and Silvia:

I have received the email below from Sidley and assume you have reached agreement with
them on the terms of this stipulation a copy of which is attached.

The only comment I want to raise with you is one that I mentioned when we met on Monday
which is whether you want to add at this time something on how the cross examination of
any live witnesses at trial will occur.  As you will recall, direct testimony of the
witnesses will go in by affidavit, cross will occur live (on the 21st at the hearing).  We
currently only anticipate calling one of the pre-petition independent directors (Les
Gelber) at the hearing.  Obviously, his direct testimony will be limited to Schleyer and
Cooper compensation issues, and thus any cross should naturally be so limited.

I am assuming based on my discussion with you on Monday that by not addressing the scope
of cross in this stipulation that we will collectively make sure at the hearing that any
issues relating to scope of cross or the questioning of Les (e.g., by the Rigases who are
at least a party in interest in the bankruptcy) are limited to the direct testimony of the
submitted affidavit.  If you don't intend to do it this way, you may want to get the
parties to stipulate, and the court to enter it as a protective order, that the scope of
cross examination at the hearing will be so limited.  I believe we can take care of this
at the time of the hearing, but want to make sure you are comfortable with that.

Philip C. Korologos, Esq.
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
914-749-8227 (direct)
914-749-8300 (fax)
917-767-3724 (cell)
212-446-2390 (NYC direct)
212-446-2375 (NYC Fax)


-----Original Message-----
From: NKinel@sidley.com [mailto:NKinel@sidley.com]
Sent: Thursday, February 13, 2003 1:10 AM
To: pkorologos@bsfllp.com; mabrams@willkie.com; aglenn@kasowitz.com; ashiff@kasowitz.com;
dfriedman@kasowitz.com; rnetzer@willkie.com
Cc: rhirth@sidley.com; jhutchinson@sidley.com
Subject: Stip w/ government

Attached is a revised version of the Stip which the government has signed off on.  Please
provide any technical comments you may have (fill in the blanks).  We will then finalize
and circulate for signature.

 <<Stip & Ord-Disc Re Debtors_ Mot to Retain Exec.DOC>>

ACI0636078

CONFIDENTIAL