# Exhibit 79

| | |
|---|---|
| From: | Clark, Christopher |
| To: | 'wmarsillo@BSFLLP.com' |
| Sent: | 10/29/2003 10:37:07 AM |
| Subject: | RE: Rigas access to accounting staff |

I object to Rob Cavileri, and I would like a postal inspector present during the meeting.

-----Original Message-----
From: wmarsillo@BSFLLP.com [mailto:wmarsillo@BSFLLP.com]
Sent: Tuesday, October 28, 2003 6:45 PM
To: Clark, Christopher
Subject: Rigas access to accounting staff


Chris:

Attached is a letter that we received from Larry McMichael. Pursuant to the stipulation that we have in place with the Rigases, they are entitled to request access to members of Adelphia's accounting staff to discuss tax and accounting issues concerning the Managed Entities. As you will note, the Rigases have requested a conference call be set up with four specific individuals in Adelphia's accounting department as well as someone from PWC. Please let me know if you have any objections to accountants for the Rigases speaking with the individuals listed in McMichael's letter. Thanks.

Regards,
Bill

Rigas_Habeas_0000896