# Exhibit 83

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

———————————————————————

JOHN J. RIGAS and TIMOTHY J. RIGAS,

                    Petitioners,

              *v.*

UNITED STATES OF AMERICA,

                    Respondent.

———————————————————————

:
:
:
:
:
:
:
:
:
:
:
:
:

11-CV-6964 (KMW)
02-CR-1236 (KMW)

### DECLARATION OF ROBERT LEETE

1.     My name is Robert Leete.  I currently work for UPMC Cole in Coudersport, Pennsylvania, as an analyst/process improvement coordinator.  I have held that position for the last five years.

2.     I worked for Adelphia Communications Corporation from approximately 1990 until 2005.

3.     At Adelphia, I started in accounts payable and then moved over into the treasury department.  I was involved in Adelphia's cash management system (CMS), bank transfers and stuff like that, and reporting.  I reported to Mike Mulcahey most of the time.

4.     While I was in the treasury department, I was responsible for transferring money from one bank account to another.  I consolidated all of the cash information so that we could have receipts and disbursements segregated out by cost center, which allowed us to know the cash position of the various entities/borrowing centers within Adelphia and the Rigas Family Entities.

5.     At some point in the spring of 2005, I received a message or my boss let me know that they were wrapping up the investigation of the Rigases, and there were a couple of people they were thinking of getting rid of.  I was one of those people.  I left Adelphia voluntarily and went to TelCove.  I later found out that Adelphia would have kept me on.

6.     I remember learning of the criminal investigation of Adelphia and the Rigases, but it is all kind of foggy now.  I think I learned about the investigation before the Rigases were arrested and shown on the television in handcuffs.  The Rigases had resigned, and they had certain Adelphia employees segregated into a sort of leper colony.  There was an interim management team at Adelphia that was run by Erkie Kailbourne and a few local people for a while.

7.     I was interviewed by the IRS, I think, as part of the investigation.  I have no idea who it was.  It was hard to know who it was.  There were several interviews where we talked about transactions.

8.     I remember that whoever was interviewing me was talking like John Rigas stole all of this money from the company, or at least that was his tone.  I told that interviewer that as far as those co-borrowing agreements were concerned, all of the money stayed in Adelphia's bank accounts.  John Rigas did not walk out with the money in his pocket.  In my opinion, my views on this kept me from getting called as a witness.

9.     At some point, someone within the company told us not to speak to the Rigases. If Adelphia learned that we had spoken to the Rigases, we would not be working at Adelphia any longer.  There was never a sense of "feel free to talk to the Rigases because they are equally entitled to the information."   The understanding from Adelphia was "better not talk to the Rigases or else…."

2

10.    Randy Fisher or someone at Adelphia sent an email that laid out what Adelphia's policy regarding the Rigases.  I understood that Adelphia was cooperating with the federal government as much as possible and that meant don't talk to the Rigases.

11.    During the investigation, I remember hearing that the Rigases had tried to reach out to so-and-so but they were afraid to talk to the Rigases.

12.    During the investigation, Mike Mulcahey asked to speak with me.  I met him at a secret location because I knew that if Adelphia learned that I had spoken to him, I would be fired.

13.    This declaration is a summary of what I remember regarding my employment with Adelphia and the events and circumstances surrounding the criminal prosecution of the Rigases.  If I think about these events more, I may remember additional information.


I declare under penalty of perjury that the foregoing is true and correct under 28 U.S.C. § 1746.


EXECUTED ON:  April __, 2018                    _Robert Leete_____
                                                                        Robert Leete


3