**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| JOHN J. RIGAS and TIMOTHY J. RIGAS, | : | |
| | : | |
| *Petitioners*, | : | 11-CV-6964 (KMW) |
| | : | 02-CR-1236 (KMW) |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| *Respondent*. | : | |
| | : | |

**DECLARATION OF LAWRENCE MARSHALL IN SUPPORT OF PETITIONERS'**
**REPLY IN SUPPORT OF THEIR MOTION FOR JUDGMENT**
**ON THE INTERFERENCE CLAIMS**

Lawrence Marshall declares, pursuant to 28 U.S.C. § 1746:

1.      I am counsel for Petitioners John J. Rigas and Timothy J. Rigas in the above-captioned case.  I am admitted to practice before this Court *pro hac vice*.  I submit this declaration in support of Petitioners' Reply in Support of Their Motion for Judgment on the Interference Claims.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the following: Coulter Dep. Tr., *Adelphia Commc'ns Corp. v. Deloitte & Touche LLP*, No. 000598 (Oct. 5, 2005).

3.      Attached hereto as Exhibit 2 is a true and correct copy of the following: Carl Rothenberger, et al., Notes re: Rigas Estate Planning (July 16, 1999).

* * * * *

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 9, 2018                    /s/ Lawrence C. Marshall
Stanford, California                    LAWRENCE C. MARSHALL
                                       ADMITTED *PRO HAC VICE*
                                       STANFORD LAW SCHOOL
                                       559 NATHAN ABBOTT WAY
                                       STANFORD, CALIFORNIA 94305
                                       (650) 723-7572
                                       lmarshall@law.stanford.edu

                                       *Attorney for Petitioners*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 9th day of July, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties with an e-mail address of record who have appeared and consent to electronic service in this action.

Dated: July 9, 2018

/s/ Lawrence C. Marshall
LAWRENCE C. MARSHALL, ESQ.
ADMITTED *PRO HAC VICE*
STANFORD LAW SCHOOL
559 NATHAN ABBOTT WAY
STANFORD, CALIFORNIA 94305
(650) 723-7572
lmarshall@law.stanford.edu

*Attorney for Petitioners*