

Steven F. Molo
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T: 212.607.8170
F: 212.607.8161
smolo@mololamken.com
www.mololamken.com

July 10, 2018

**By ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Rigas v. United States*, No. 11 Civ. 6964 & 02 Cr. 1236

Dear Judge Wood:

    Pursuant to the Court's individual practices, Petitioners request oral argument on their *Brady* and prosecutorial-interference claims.

    Respectfully submitted,

    /s/ Steven F. Molo

| | |
|---|---|
| LAWRENCE C. MARSHALL, ESQ. | STEVEN F. MOLO |
| ADMITTED *PRO HAC VICE* | MOLOLAMKEN LLP |
| 559 NATHAN ABBOTT WAY | 430 PARK AVENUE |
| STANFORD, CALIFORNIA 94305 | NEW YORK, NEW YORK 10022 |
| (650) 723-7572 | (212) 607-8160 |
| lmarshall@stanford.edu | smolo@mololamken.com |
| | |
| | MEGAN CUNNIFF CHURCH |
| | JORDAN RICE |
| | ADMITTED *PRO HAC VICE* |
| | MOLOLAMKEN LLP |
| | 300 NORTH LASALLE STREET |
| | CHICAGO, ILLINOIS 60654 |
| | (312) 450-6700 |
| | mchurch@mololamken.com |
| | jrice@mololamken.com |
| | *Attorneys for Petitioners* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of July, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties with an e-mail address of record who have appeared and consent to electronic service in this action.

Dated: July 10, 2018

/s/ Steven F. Molo
STEVEN F. MOLO
MOLOLAMKEN LLP
430 PARK AVENUE
NEW YORK, NY 10022
(212) 607-8160
smolo@mololamken.com

*Attorney for Petitioners*