

Steven F. Molo
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T: 212.607.8170
F: 212.607.8161
smolo@mololamken.com
www.mololamken.com

September 27, 2018

**By ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Rigas v. United States*, No. 11 Civ. 6964 & 02 Cr. 1236

Dear Judge Wood:

    As required by Rule 3.K of the Court's Individual Rules & Practices, we write to alert the Court that more than 60 days have passed since Petitioners' claims were fully briefed. We are, of course, aware of the unusual scope of this case and await the Court's decision. As previously indicated in our July 10, 2018 letter to the Court, Petitioners request oral argument on their *Brady* and prosecutorial-interference claims.

    Respectfully submitted,

    s/ Steven F. Molo

| | |
|---|---|
| LAWRENCE C. MARSHALL, ESQ. | STEVEN F. MOLO |
| ADMITTED *PRO HAC VICE* | MOLOLAMKEN LLP |
| 559 NATHAN ABBOTT WAY | 430 PARK AVENUE |
| STANFORD, CALIFORNIA 94305 | NEW YORK, NEW YORK 10022 |
| (650) 723-7572 | (212) 607-8160 |
| lmarshall@stanford.edu | smolo@mololamken.com |

    MEGAN CUNNIFF CHURCH
    JORDAN RICE
    ADMITTED *PRO HAC VICE*
    MOLOLAMKEN LLP
    300 NORTH LASALLE STREET
    CHICAGO, ILLINOIS 60654
    (312) 450-6700
    mchurch@mololamken.com
    jrice@mololamken.com

    *Attorneys for Petitioners*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of September, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties with an e-mail address of record who have appeared and consent to electronic service in this action.

Dated:  September 27, 2018 

s/ Steven F. Molo
STEVEN F. MOLO
MOLOLAMKEN LLP
430 PARK AVENUE
NEW YORK, NY 10022
(212) 607-8160
smolo@mololamken.com

*Attorney for Petitioners*